JESSE SBAIH & ASSOCIATES, LTD.
Jesse M. Sbaih (#7898)
Ines Olevic-Saleh (#11431)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 896-2529
Fax    (702) 896-0529
Email: jsbaih@sbaihlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN,<br><br>　　　　　Plaintiff,<br>vs.<br><br>M.J. DEAN CONSTRUCTION, INC.; DOES I through X; AND ROE CORPORATIONS XI–XX, INCLUSIVE, inclusive;<br><br>　　　　　Defendant. | Case No.: 2:20-cv-01765-APG-EJY<br><br>**DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |

　　　　Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule of Practice 26-1, the parties, by and through their respective counsel of record hereby stipulate to and request that the Court enter the following discovery plan and scheduling order:

　　　　**1.**　　**Fed. R. Civ. P. 26(f) Conference**:　On December 31, 2020, the parties held a telephonic conference to discuss issues required by Fed. R. Civ. P. 26(f) and LR 26-1.  Ines Olevic-Saleh, Esq. of the law firm of JESSE SBAIH & ASSOCIATES, LTD. appeared for Plaintiff Parnell Colvin ("Plaintiff" or "Mr. Colvin"); and Robert Rosenthal, Esq. of the law firm of HOWARD AND HOWARD appeared on behalf of Defendant M.J. Dean Construction, Inc. ("Defendant" or "M.J. Dean").

　　　　**2.**　　**Initial Disclosures**: Initial Disclosures are due **January 15, 2021**.

　　　　**3.**　　**Discovery Cut-off Date**:　**May 17, 2021**, which is six (6) months from the date the first Defendant appeared in the case.

**4.** **Amending the Pleadings and Adding Parties**: All motions to amend the pleadings or to add parties shall be filed not later than **February 16, 2021**, which is ninety (90) days before the discovery cut-off date.

**5.** **Fed. R. Civ. P. 26(a) Disclosures (Experts)**: Disclosures concerning initial experts shall be made by **March 18, 2021**, which is sixty (60) days before the discovery cut-off date. Disclosures of rebuttal experts shall be made by **April 19, 2021**[1], which is thirty-two (32) days after the initial disclosure of experts.

**6.** **Dispositive Motions**: The date for filing dispositive motions shall be not later than **June 16, 2021**, which is thirty (30) days after the discovery cut-off date.

**7.** **Pretrial Order**: The date for filing the joint pretrial order shall not be later than **July 16, 2021**, thirty (30) days after the date set for filing dispositive motions.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after decision on the dispositive motions or until further order of the Court.  The parties shall include the disclosures required pursuant to Fed. R. Civ. P. 26(a)(3), and any objections thereto, with the pretrial order.

**9.** **Fed R. Civ. P. 26(f)(3) Scope of Discovery**:

A. The Parties agree that discovery should extend to the full extent allowed by the Federal Rules of Civil Procedure.

B. The Parties anticipate that discovery will be required of electronically stored information, which will likely be substantial and voluminous.  The Parties agree that electronically stored information will be initially produced in hard copy and native format if subsequently requested by a party.

**10.** **Alternative Dispute Resolution**: The parties certify they met and discussed the possibility of using alternative dispute-resolution processes including mediation and arbitration.

**11.** **Alternative Forms of Case Disposition**: The parties certify that they considered consent to trial by magistrate judge and the use of the Short Trial Program and opted out of such programs.

---

[1] The 30-day deadline falls on a Saturday.  Thus, two (2) additional days were added for the deadline to fall on a workday.

**12.** **Electronic Evidence**: The parties certify that electronic evidence was discussed and that there is presently an intent to present electronic evidence to a jury.

**13.** **Settlement**: In accordance with Fed. R. Civ. P. 26(f), the Parties discussed settlement but have not reached any agreement at this time.

**14.** **Later Appearing Parties**: A copy of this Discovery Plan and Scheduling Order shall be served upon any person served after it is entered or, if additional defendants should appear, within five (5) days of their first appearance. This Discovery Plan and Scheduling Order shall apply to such later appearing parties, unless a stipulation of the parties is approved by the Court, or the Court, on motion for good cause shown, otherwise orders.

**15.** **Additional Information**:

**Additional Provisions Regarding Inadvertent Disclosure/Clawback**

In addition to the protections provided in Rule 26(b)(5)(B) regarding inadvertent production of information subject to a claim of privilege or of protection as trial-preparation material, the Parties agree that disclosure of any document produced in this action that could have been withheld, in whole or in part, based on a legitimate claim of attorney-client privilege, work-product protection, or other applicable privilege (an "Inadvertently Produced Document") shall not result in the waiver of any privilege or protection associated with such document, nor result in a waiver of any kind.

Within fourteen (14) days of a demand for the return of any Inadvertently Produced Document, the producing party shall provide the receiving party with a privilege log setting forth the basis for the claim of privilege in relation to the Inadvertently Produced Document. In the event that some portion of the Inadvertently Produced Document does not contain privileged information, the producing party will also provide a redacted copy of the Inadvertently Produced Document that omits the information subject to the claim of privilege.

If the receiving party disagrees with the producing party's designation of an Inadvertently Produced Document as privileged, it may object to such a designation by providing written notice within fourteen (14) days of receipt of a written demand for return of the subject Inadvertently Produced Document. Should the parties fail to reach agreement following a meaningful attempt to resolve the dispute, any such objection shall be resolved by the Court after an *in camera* review of the Inadvertently

Produced Document.  No party may use any disputed document in the litigation while resolution of such a dispute is pending.

**Defendant's November 17, 2020 Pending Motion to Dismiss Plaintiff's Causes of Action for Negligent Infliction of Emotional Distress, Intentional Infliction of Emotional Distress, Vicarious Liability/Respondeat Superior and Negligent Hiring, Training and Supervision**

On November 17, 2020, Defendant filed a Motion to Dismiss the following causes of action alleged by Plaintiff:  Negligent Infliction of Emotional Distress, Intentional Infliction of Emotional Distress, Vicarious Liability/Respondeat Superior and Negligent Hiring, Training and Supervision. Defendant has not sought to dismiss Plaintiff's causes of action for Retaliation, Discrimination or Harassment.  The Court has not yet ruled on Defendant's Motion to Dismiss.

Because Defendant's Motion to Dismiss is dispositive regarding 4 of Plaintiff's 7 claims, Defendant respectfully requests that all dates in the subject Discovery Plan and Scheduling Order should be stayed until the Court issues a decision on Defendant's Motion to Dismiss in order to avoid discovery that is unnecessary or is conducted in piecemeal fashion.

Plaintiff opposes the stay.

**16.** **Court Conference**:  The Parties do not request a conference with the Court before the entry of the Scheduling Order.

**17.** **Extension of Discovery Deadlines**:  Requests to extend the discovery deadlines set forth in this Stipulated Discovery Plan and Scheduling Order must be filed with the Court no later than twenty-one (21) days prior to the expiration of the subject deadline.

///
///
///
///
///
///
///
///

**18.   Discovery Conference**

Pursuant to LR II 56-1(c), before moving for an order relating to discovery, the moving party must request a conference with the assigned magistrate judge.

Dated this 5th day of January, 2021.

JESSE SBAIH & ASSOCIATES, LTD.

/s/ Ines Olevic-Saleh
Jesse M. Sbaih, Esq.
Nevada Bar No. 7898
Ines Olevic-Saleh, Esq
Nevada Bar No. 11431
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
*Attorneys for Plaintiff*

Dated this 5th day of January, 2021.

HOWARD & HOWARD ATTORNEYS PLLC.

/s/ Robert Rosenthal
Robert L Rosenthal, Esq.
Nevada Bar No. 6476
Martin a. Little, Esq
Nevada Bar No. 7067
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:_____

Print | Close Window

**Subject:** [FWD: RE: Proposed Discovery Plan]
**From:** iolevic@sbaihlaw.com
**Date:** Tue, Jan 05, 2021 2:33 pm
**To:** "jdavidson@sbaihlaw.com" <jdavidson@sbaihlaw.com>
**Attach:** image001.png
hh_logo_0f1dbcb0-80ba-4943-b445-368a57555dd0.png

```
Ines Olevic-Saleh, Esq.
JESSE SBAIH & ASSOCIATES, LTD.
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel: (702) 896-2529
Fax: (702) 896-0529

The information contained in this email message is protected under the
Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and may also
be protected by attorney-client and/or the attorney/work product
privileges. It is intended only for the use of the individual named above
and the privileges are not waived by virtue of this having been sent by
email. If the person actually receiving this email or any other reader of
the email is not the named recipient, any use, dissemination,
distribution, or copying of the communication is strictly prohibited. If
you have received this communication in error, please immediately notify
us by telephone at (702) 896-2529 and return the original message to us
at jsbaih@sbaihlaw.com.
```

-------- Original Message --------
**Subject:** RE: Proposed Discovery Plan
**From:** "Robert L. Rosenthal" <rrosenthal@howardandhoward.com>
**Date:** Tue, January 05, 2021 2:12 pm
**To:** "'iolevic@sbaihlaw.com'" <iolevic@sbaihlaw.com>

Of course.

## Howard & Howard | Robert L. Rosenthal
law for business · Attorney and Counselor

3800 Howard Hughes Pkwy., Ste. 1000, Las Vegas, NV 89169
D: 702.667.4809 | F: 702.567.1568
rrosenthal@howardandhoward.com | Bio | vCard | LinkedIn

**NOTICE:** Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.

**From:** iolevic@sbaihlaw.com <iolevic@sbaihlaw.com>
**Sent:** Tuesday, January 5, 2021 1:00 PM
**To:** Robert L. Rosenthal <rrosenthal@howardandhoward.com>
**Subject:** RE: Proposed Discovery Plan

**CAUTION: EXTERNAL EMAIL**

Thank you.
I am agreeable to the added language as long as we can also add a sentence conveying that we oppose any stay. Specifically, as follows:

<u>Because Defendant's Motion to Dismiss is dispositive regarding 4 of Plaintiff's 7 claims, Defendant respectfully requests that all dates in the subject Discovery Plan and Scheduling Order should be stayed until the Court issues a decision on Defendant's Motion to Dismiss in order to avoid discovery that is unnecessary or is conducted in piecemeal fashion.</u>
Plaintiff opposes the stay.

If this is acceptable to you, we will proceed with filing.

Best regards,

```
Ines Olevic-Saleh, Esq.
JESSE SBAIH & ASSOCIATES, LTD.
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel: (702) 896-2529
Fax: (702) 896-0529

The information contained in this email message is protected under
the Electronic Communications Privacy Act, 18 U.S.C. 2310-2321, and
may also be protected by attorney-client and/or the attorney/work
product privileges. It is intended only for the use of the
individual named above and the privileges are not waived by virtue
of this having been sent by email. If the person actually receiving
this email or any other reader of the email is not the named
recipient, any use, dissemination, distribution, or copying of the
communication is strictly prohibited. If you have received this
communication in error, please immediately notify us by telephone
at (702) 896-2529 and return the original message to us at
jsbaih@sbaihlaw.com.
```

-------- Original Message --------
Subject: Proposed Discovery Plan
From: "Robert L. Rosenthal" <rrosenthal@howardandhoward.com>
Date: Tue, January 05, 2021 12:11 pm
To: "'iolevic@sbaihlaw.com'" <iolevic@sbaihlaw.com>
Cc: "Kirill V. Mikhaylov" <kvm@h2law.com>, Barbara Dunn <bdunn@howardandhoward.com>

Ines,

I just had a couple of additions (see attached). Assuming you do not have any other changes, you have my authority to file.

Thanks,

Rob

**Howard & Howard** | **Robert L. Rosenthal**
law for business· | Attorney and Counselor

3800 Howard Hughes Pkwy., Ste. 1000, Las Vegas, NV 89169
D: 702.667.4809 | F: 702.567.1568
rrosenthal@howardandhoward.com | Bio | vCard | LinkedIn

NOTICE: Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.

Copyright © 2003-2021. All rights reserved.

Copyright © 2003-2021. All rights reserved.