UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN,<br><br>    Plaintiff<br><br>v.<br><br>M.J. DEAN CONSTRUCTION, INC.,<br><br>    Defendant | Case No.: 2:20-cv-01765-APG-EJY<br><br>**Order Accepting Report and Recommendation, Granting Motion to Dismiss in Part, Denying Motion to Amend, and Granting Leave to File a Second Amended Complaint**<br><br>[ECF Nos. 7, 12, 19] |

    On April 7, 2021, Magistrate Judge Youchah recommended that I grant in part defendant M.J. Dean Construction, Inc.'s motion to dismiss, deny plaintiff Parnell Colvin's motion to amend, and grant leave for Colvin to file a proposed second amended complaint. ECF No. 19. No party objected. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

    I THEREFORE ORDER that Magistrate Judge Youchah's report and recommendation **(ECF No. 19) is accepted**, defendant M.J. Dean Construction, Inc.'s motion to dismiss **(ECF No. 7) is GRANTED in part**, and plaintiff Parnell Colvin's motion to amend **(ECF No. 12) is DENIED**.

1  I FURTHER ORDER that by May 28, 2021, Parnell Colvin may file a second amended
2  complaint consistent with Magistrate Judge Youchah's report and recommendation.
3  DATED this 27th day of April, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE