JESSE SBAIH & ASSOCIATES, LTD.
Jesse M. Sbaih (#7898)
Ines Olevic-Saleh (#11431)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel    (702) 896-2529
Fax    (702) 896-0529
Email: jsbaih@sbaihlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN,<br><br>             Plaintiff,<br>vs.<br><br>M.J. DEAN CONSTRUCTION, INC.; DOES I through X; AND ROE CORPORATIONS XI–XX, INCLUSIVE, inclusive;<br><br>             Defendant. | Case No.: 2:20-cv-01765-APG-EJY<br><br>**NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO RE-OPEN DISCOVERY AND EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS** |

COMES NOW Plaintiff Parnell Colvin ("Mr. Colvin" or "Plaintiff"), by and through his attorneys of record, Jesse Sbaih & Associates, Ltd., and hereby notifies this Honorable Court that he has no opposition to re-opening of discovery for sixty (60) days requested in the Motion to Re-Open Discovery and Extend Deadline to File Dispositive Motions filed by Defendant M.J. Dean Construction Inc. ("M.J. Dean" or "Defendant"), as long as discovery is re-opened with respect to both parties.

Additionally, Plaintiff has no objection to extension of the deadline to file dispositive motions by sixty (60) days as requested in the Defendant's motion.

Plaintiff's counsel hereby advises the Court that defense counsel did not cite to his health issues in his communications to Plaintiff's counsel in relation to his request for re-opening of discovery. Had Plaintiff's counsel been made aware of Mr. Rosenthal's ongoing health issues, she would have agreed

to Mr. Rosenthal's request without the need for filing of a motion, as she has done in the past. Plaintiff's counsel is sympathetic to Mr. Rosenthal's condition and wishes him speedy recovery.

DATED this 4th day of June, 2021.

                                      JESSE SBAIH & ASSOCIATES, LTD.

By    /s/ Ines Olevic-Saleh
        Jesse M. Sbaih (#7898)
        Ines Olevic-Saleh (#11431)
        The District at Green Valley
        170 South Green Valley Parkway, Suite 280
        Henderson, Nevada 89012
              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Pursuant to FRCP Rule 5(b), I certify that I am an employee of the law firm of Jesse Sbaih & Associates, Ltd., and that on this 4th day of June, 2021, I caused **NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO RE-OPEN DISCOVERY AND EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS** to be served via electronic service to the following:

Martin A. Little, Esq.
Robert L. Rosenthal, Esq.
Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy, Suite 1000
Las Vegas, NV 89169
  *Attorneys for Defendant*

                    /s/ Ines Olevic-Saleh
An employee of Jesse Sbaih & Associates, Ltd.