JESSE SBAIH & ASSOCIATES, LTD.
Jesse M. Sbaih (#7898)
Ines Olevic-Saleh (#11431)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel     (702) 896-2529
Fax    (702) 896-0529
Email: jsbaih@sbaihlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PARNELL COLVIN,<br><br>              Plaintiff,<br><br>vs.<br><br>M.J. DEAN CONSTRUCTION, INC.; DOES I through X; AND ROE CORPORATIONS XI–XX, INCLUSIVE, inclusive;<br><br>              Defendant. | Case No.: 2:20-cv-01765-APG-EJY<br><br>**NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(f)** |

COMES NOW Plaintiff Parnell Colvin ("Mr. Colvin" or "Plaintiff"), by and through his attorneys of record, Jesse Sbaih & Associates, Ltd., and hereby notifies this Honorable Court that he has no opposition to striking of the references to "Doe Employee(s)/Agent(s)" as requested in the Motion to Strike Portions of Plaintiff's First Amended Complaint Pursuant to FRCP 12(f) filed by Defendant M.J. Dean Construction Inc.

DATED this 4th day of June, 2021.

                                                  JESSE SBAIH & ASSOCIATES, LTD.

                                        By     /s/ Ines Olevic-Saleh_____
                                                  Jesse M. Sbaih (#7898)
                                                  Ines Olevic-Saleh (#11431)
                                                  The District at Green Valley
                                                  170 South Green Valley Parkway, Suite 280
                                                  Henderson, Nevada 89012
                                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Pursuant to FRCP Rule 5(b), I certify that I am an employee of the law firm of Jesse Sbaih & Associates, Ltd., and that on this 4th day of June, 2021, I caused **NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(f)** to be served via electronic service to the following:

Martin A. Little, Esq.
Robert L. Rosenthal, Esq.
Howard & Howard Attorneys PLLC
3800 Howard Hughes Pkwy, Suite 1000
Las Vegas, NV 89169
  *Attorneys for Defendant*

              /s/ Ines Olevic-Saleh
An employee of Jesse Sbaih & Associates, Ltd.