Jesse Sbaih & Associates, Ltd.
Jesse M. Sbaih (#7898)
Ines Olevic-Saleh (#11431)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 896-2529
Fax   (702) 896-0529
Email: jsbaih@sbaihlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN,<br><br>             Plaintiff,<br>vs.<br><br>M.J. DEAN CONSTRUCTION, INC.;<br>DOES I through X; AND ROE<br>CORPORATIONS XI–XX, INCLUSIVE,<br>inclusive;<br><br>             Defendant. | Case No.: 2:20-cv-01765-APG-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION TO CONTINUE HEARING ON JESSE SBAIH & ASSOCIATES, LTD'S MOTION TO WITHDRAW AS COUNSEL**<br><br>**Action filed on September 22, 2020**<br><br>[Second Request] |

   PLAINTIFF PARNELL COLVIN ("Plaintiff"), by and through his counsel of record, JESSE SBAIH & ASSOCIATES, LTD., and DEFENDANT M.J. DEAN CONSTRUCTION, INC. ("Defendant"), by and through its counsel of record, the law firm of HOWARD & HOWARD ATTORNEYS PLLC, hereby stipulate and agree that the hearing on Jesse Sbaih & Associates, Ltd.'s Motion to Withdraw as Counsel (ECF No. 30) be continued as set forth herein.

   On June 8, 2021, Jesse Sbaih & Associates, Ltd. filed its Motion to Withdraw as Counsel (ECF No. 30). On June 9, 2021, the Court set a hearing for June 18, 2021 at 1:00 p.m. (ECF No. 31). On June 9, 2021, Defendant filed a Notice of Non-Opposition to Jesse Sbaih & Associates, Ltd.'s Motion to Withdraw as Counsel (ECF No. 32). The parties hereby stipulate the June 18, 2021 hearing be continued to the Court's first available date during the week of June 21, 2021.

///

**Reason for Extension**

Although counsel for the parties are available on June 18, 2021 to attend the hearing, Plaintiff Colvin (who wishes to attend the hearing), advised his current attorneys that he has a prior commitment that prevents him from attending the hearing on that date. This stipulation is made in good faith and not for the purpose of delay.

This is the first request to continue the hearing on Jesse Sbaih & Associates, Ltd.'s Motion to Withdraw as Counsel.

| | |
|---|---|
| DATED this 14th day of June, 2021. | DATED this 14th day of June, 2021. |
| JESSE SBAIH & ASSOCIATES, LTD. | HOWARD & HOWARD ATTORNEYS PLLC |
| */s/ Jesse M. Sbaih* <br> Jesse M. Sbaih, Esq. <br> Ines Olevic-Saleh, Esq. <br> JESSE SBAIH & ASSOCIATES, LTD <br> The District at Green Valley Ranch <br> 170 South Green Valley Parkway, Suite 280 <br> Henderson, Nevada 89012 <br> *Attorneys for Plaintiff* | */s/ Robert L. Rosenthal* <br> Martin A. Little, Esq. <br> Robert L. Rosenthal, Esq. <br> HOWARD & HOWARD ATTORNEYS PLLC <br> 3800 Howard Hughes Parkway, Suite 1000 <br> Las Vegas, NV 89169 <br> *Attorneys for Defendant* |

IT IS HEREBY ORDERED that the Stipulation and Order for Extension to Continue Hearing on Jesse Sbaih & Associates, Ltd's Motion to Withdraw as Counsel (ECF No. 34) is GRANTED.

IT IS FURTHER ORDERED that the hearing set for June 18, 2021 at 1:00 p.m. is vacated and rescheduled to June 21, 2021 at 10:00 a.m. in Courtroom 3C before the undersigned Magistrate Judge.

_____
U.S. MAGISTRATE JUDGE

Dated: June 14, 2021