1  LAW OFFICE OF DANIEL MARKS
   DANIEL MARKS, ESQ.
2  Nevada State Bar No.: 002003
   NICOLE M. YOUNG, ESQ.
3  Nevada State Bar No. 12659
   610 South Ninth Street
4  Las Vegas, Nevada 89101
   Office@danielmarks.net
5  *Attorneys for Plaintiff*

6

7                       UNITED STATES DISTRICT COURT

8                              DISTRICT OF NEVADA

9  PARNELL COLVIN,                         Case No. 2:20-cv-01765-APG-EJY

10         Plaintiff,

11 v.

12 M.J. DEAN CONSTRUCTION, INC,

13         Defendant,
   _____/
14
                        **SUBSTITUTION OF ATTORNEYS**
15
           Plaintiff Parnell Colvin, hereby substitutes and appoints Daniel Marks, Esq., and the Law
16
   Office of Daniel Marks, to represent him in the above-entitled action, in the place and stead of
17
   Jesse M. Sbaih, Esq., and Associates, LTD.
18
           DATED this ___ day of June, 2021.
19
                                              _____
20                                             PARNELL COLVIN
21

22 / / / /
23 / / / /
24 / / / /
25 / / / /
26 / / / /
27 / / / /
28 / / / /
   / / / /

1  Daniel Marks, Esq., hereby agrees to represent the Plaintiff, Parnell Colvin, in the above-
2  entitled action, in the place and stead of Jesse M. Sbaih, Esq., and Associates, LTD.
3  DATED this _____ day of June, 2021.
4  LAW OFFICE OF DANIEL MARKS

DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
NICOLE M. YOUNG, ESQ.
Nevada State Bar No. 12659
610 South Ninth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

Jesse Sbaih, Esq., and Associates, LTD, hereby agrees to the substitution of Daniel Marks, Esq., as counsel for the Plaintiff, Parnell Colvin, in the above-entitled action.

DATED this _24th_ day of June, 2021.

JESSE SBAIH & ASSOCIATES, LTD

JESSE M. SBAIH, ESQ.
Nevada State Bar No. 7989
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012

1  Daniel Marks, Esq., hereby agrees to represent the Plaintiff, Parnell Colvin, in the above-
2  entitled action, in the place and stead of Jesse M. Sbaih, Esq., and Associates, LTD.
3  DATED this 24 day of June, 2021.

LAW OFFICE OF DANIEL MARKS

_____
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
NICOLE M. YOUNG, ESQ.
Nevada State Bar No. 12659
610 South Ninth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

Jesse Sbaih, Esq., and Associates, LTD, hereby agrees to the substitution of Daniel Marks, Esq., as counsel for the Plaintiff, Parnell Colvin, in the above-entitled action.

DATED this _____ day of June, 2021.

JESSE SBAIH & ASSOCIATES, LTD


_____
JESSE M. SBAIH, ESQ.
Nevada State Bar No. 7989
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the LAW OFFICE OF DANIEL MARKS, and that on the 25 day of June, 2021, I did serve a true and correct copy of the above and foregoing **SUBSTITUTION OF ATTORNEYS** by way of Notice of Electronic Filing provided by the court mandated ECF filing service, upon the Defendant at the following:

Jesse M. Sbaih, Esq.
JESSE SBAIH & ASSOCIATES, LTD
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012

Martin A. Little, Esq.
Robert L. Rosenthal, Esq.
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
*Attorneys for Defendant*

_____
An employee of the
LAW OFFICE OF DANIEL MARKS