## INDEX LIST OF EXHIBITS

| | |
|---|---|
| Exhibit A | Glidewell Declaration |
| Exhibit B | Rosenthal Declaration |
| Exhibit C | Colvin deposition transcript |
| Exhibit D | Thomason deposition transcript |
| Exhibit E | MJ Dean's Anti-Harassment / Discrimination Policy |
| Exhibit F | Code of Safe Practices & Anti-Drug and Harassment Policies |
| Exhibit G | Office Policy Manual |
| Exhibit H | Internal Complaint |
| Exhibit I | Rosequist deposition transcript |
| Exhibit J | Other witness statements |
| Exhibit K | Logan declaration |
| Exhibit L | Jeffers declaration |
| Exhibit M | Rodriguez declaration |
| Exhibit N | Gutierrez deposition transcript |
| Exhibit O | April 1, 2020 letter from MSG |
| Exhibit P | Termination Notice dated April 6, 2020 |