

# ROSENTHAL DECLARATION

## DECLARATION OF ROBERT ROSENTHAL

I, Robert Rosenthal, declare as follows:

1. I am an attorney licensed to practice in all of the courts in Nevada and I represent Defendant M.J. Dean Construction, Inc. in this matter.

2. Attached hereto as Exhibit C is a true and correct copy of relevant portions of the deposition transcript of Parnell Colvin.

3. Attached hereto as Exhibit D is a true and correct copy of relevant portions of the deposition transcript of John Thomason.

4. Attached hereto as Exhibit I is a true and correct copy of relevant portions of the deposition transcript of Paul Rosequist.

5. Attached hereto as Exhibit K is a true and correct copy of relevant portions of the deposition transcript of Kevin Gutierrez.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called upon as a witness I could and would competently testify thereto.

Dated: October 8, 2021

Robert Rosenthal