# EXHIBIT F



# Code of Safe Practices & Anti-Drug and Harassment Policies

**M.J. Dean Construction, INC.**
www.mjdeanconstruction.com

This Employee Safety Handbook is intended for all M.J. Dean Construction, Inc. employees, full time and part time, regular and temporary, and all other Company employment categories, i.e., student interns, etc.

The Handbook has been developed to provide employees with answers to general questions concerning health and safety in the workplace. It is important, however, that you and your supervisor discuss site-specific safety policies and programs for your department. Your supervisor must inform you of the safety procedures and required training you will need to do your job.

Please familiarize yourself with these safety practices and adhere to them at all times. M.J. Dean Construction, Inc.'s policies, procedures, manuals, and many other safety resources may be obtained from the Human Resource or Safety Departments. Should you have any questions or concerns regarding these practices, please do not hesitate to contact the Safety Department.

5055 West Patrick Lane
Las Vegas, Nevada 89118
702-873-1947, Fax 702-873-7857

Case 2:20-cv-01765-APG-EJY   Document 43-7   Filed 10/08/21   Page 3 of 6

## Table of Contents

**Drug and Harassment Free Workplace** .................................................................................. 4
  Drug and Alcohol Abuse Policy ............................................................................................ 4
    Alcohol .................................................................................................................................. 4
    Illegal Drugs ......................................................................................................................... 4
    Drug Testing Parameters .................................................................................................... 4
    Drug Panel Chart ................................................................................................................. 6
    Prohibitions ......................................................................................................................... 6
    Employee's Voluntary Admission of Substance Abuse Problem: ........................................ 7
    Employee Assistance for Substance Abuse ........................................................................ 7
    Responsibilities ................................................................................................................... 7
    Searches ............................................................................................................................. 8
    Disciplinary Action .............................................................................................................. 8
    Employee Acknowledgement .............................................................................................. 8
    Definitions ............................................................................................................................ 9
  Anti-Harassment and Discrimination Policy ........................................................................ 11
    Prohibited Behavior ........................................................................................................... 11
    Avoiding Harassment ........................................................................................................ 12
    Harassment by Nonemployees ......................................................................................... 12
    Complaint Procedure and Investigation ............................................................................ 12
    Retaliation .......................................................................................................................... 12
**General Safe Practices** ........................................................................................................ 13
    Disciplinary Procedure ...................................................................................................... 14
**Housekeeping** ...................................................................................................................... 15
**Personal Protective Equipment** .......................................................................................... 16
**First Aid** ............................................................................................................................... 17
**Fire Protection and Prevention** ........................................................................................... 18
**Electrical** .............................................................................................................................. 19
**Tools** .................................................................................................................................... 20
    General .............................................................................................................................. 20
    Electrical ............................................................................................................................ 20
    Pneumatic ......................................................................................................................... 20
    Powder Actuated ............................................................................................................... 21
    Fuel Powered .................................................................................................................... 21
**Material Handling and Storage** ........................................................................................... 22
**Heavy Equipment** ................................................................................................................ 23
    General .............................................................................................................................. 23
    Cranes ............................................................................................................................... 23
    Motor Vehicles .................................................................................................................. 24
    Personnel Hoists ............................................................................................................... 24
    Material Hoists .................................................................................................................. 25
**Ladders** ............................................................................................................................... 26
**Scaffolding** .......................................................................................................................... 27
    General .............................................................................................................................. 27
    Rolling Scaffolds ............................................................................................................... 28
    Suspended Scaffolds (climber) ......................................................................................... 28
    Needle Beam Scaffolds .................................................................................................... 28
    Float Scaffolds ................................................................................................................. 29
**Welding and Burning Operations** ....................................................................................... 30
    General .............................................................................................................................. 30
    Fire Prevention ................................................................................................................. 30
    Welding ............................................................................................................................. 31
    Burning ............................................................................................................................. 31

    Gas Cylinder; Storage and Handling .................................................................................. 31
    Ventilation and Protection ................................................................................................... 32
**Excavations** .................................................................................................................................. 33
    General ................................................................................................................................. 33
    Requirements for Protective Systems ............................................................................... 34
**Concrete and Masonry Construction** ..................................................................................... 36
    General ................................................................................................................................. 36
    Personal Protective Equipment .......................................................................................... 36
    Equipment and Tools .......................................................................................................... 36
    Cast in Place Concrete ....................................................................................................... 37
    Precast Concrete ................................................................................................................ 38
    Lift Slab Operations ............................................................................................................ 38
    Masonry ............................................................................................................................... 39
**Steel Erection** ............................................................................................................................. 40
    Structural Steel Assembly .................................................................................................. 40
    Bolting, Riveting, Fitting Up and Plumbing Up ................................................................. 40
**Demolition** ................................................................................................................................... 41
    Preparation .......................................................................................................................... 41
    Stairs, Passageways, and Ladders ................................................................................... 41
    Chutes .................................................................................................................................. 41
    Removal of Material Through Floor Openings ................................................................ 42
    Removal of Walls & Masonry Sections ............................................................................. 42
    Removal of Floors; Manual ................................................................................................ 42
    Removal of Walls, Floors, & Material; With Equipment .................................................. 42
    Storage ................................................................................................................................ 42
    Removal of Steel Construction .......................................................................................... 43
    Mechanical Demolition ....................................................................................................... 43
    **Explosive Demolition** ...................................................................................................... 43

## Anti-Harassment and Discrimination Policy

M.J. Dean Construction, Inc. strives to maintain an environment free from discrimination and harassment, where employees treat each other with respect, dignity and courtesy. This policy applies to all phases of employment, including but not limited to recruiting, testing, hiring, promoting, demoting, transferring, laying off, terminating, paying, granting benefits and training.

### Prohibited Behavior

M.J. Dean Construction, Inc. does not and will not tolerate any type of harassment of our employees, applicants for employment, or our customers. Discriminatory conduct or conduct characterized as harassment as defined below is prohibited.

The term harassment includes, but is not limited to, slurs, jokes, and other verbal or physical conduct relating to a person's gender, ethnicity, race, color, creed, religion, sexual orientation, national origin, age, disability, marital status, military status or any other protected classification that unreasonably interferes with a person's work performance or creates an intimidating, hostile work environment.

Sexually harassing behavior in particular includes unwelcome conduct such as: sexual advances, requests for sexual favors, offensive touching, or other verbal or physical conduct of a sexual nature. Such conduct may constitute sexual harassment when it:

1. is made an explicit or implicit condition of employment
2. is used as the basis for employment decisions
3. unreasonably interferes with an individual's work performance, or
4. creates an intimidating, hostile or offensive working environment.

The types of conduct covered by this policy include, but are not limited to, demands or subtle pressure for sexual favors accompanied by a promise of favorable job treatment or a threat concerning employment.

Specifically, it includes sexual behavior such as:

1. repeated unwanted requests for dates
2. unwelcome sexual jokes or teasing
3. unwelcome discussion of sexual conduct
4. questions or comments about another's sex life
5. making sexually offensive statements
6. spreading sexual statements or rumors about an employee
7. displaying lewd photographs
8. showing pornographic materials in the workplace
9. inappropriate sexual looks or gestures
10. touching that makes another uncomfortable
11. implicit and explicit demands for sexual acts

Such conduct may constitute sexual harassment regardless of whether the conduct is between members of management, between management and staff employees, between staff employees, or directed at employees by nonemployees conducting business with M.J. Dean Construction, Inc., regardless of gender or sexual orientation.

### Avoiding Harassment

Since the best way to stop any offensive conduct is to simply tell the person of your objection to it, M.J. Dean Construction, Inc. encourages you to do so. Even if no one has told you that your conduct is offensive, you are still subject to discipline, including discharge, for engaging in harassing conduct. You must exercise your own good judgment to avoid engaging in conduct that violates this Policy Statement. To help avoid risk of engaging in such conduct, you should keep the following guidelines in mind: (1) a co-worker may consider touching to be unwelcome or offensive, (2) racial, religious, ethnic, and sexual jokes and epithets have no place in the work environment, (3) compliments to other employees should be kept general, as more specific compliments may be perceived as sexually suggestive, and (4) do not behave in a way that you would not want your spouse, significant other, or children to see.

Employees are strongly discouraged from seeking a romantic or amorous relationship with another employee. Under no circumstance may an employee, after refusal, repeatedly ask another employee to date, apply pressure to have a relationship, or retaliate in any way due to an employee's decision not to date or have a relationship.

### Harassment by Nonemployees

M.J. Dean Construction, Inc. will also endeavor to protect employees, to the extent possible, from reported harassment by nonemployees in the workplace, including customers, clients and suppliers.

### Complaint Procedure and Investigation

If you believe you are the subject of any harassment or discrimination, or witness any harassment or discrimination in the workplace, you should immediately inform your supervisor. If your supervisor is not available, does not respond to your satisfaction, or you do not wish to contact your supervisor, you should contact the Human Resources Department. In addition, if you have any questions regarding harassment or discrimination, you are encouraged to discuss them with your supervisor or the Human Resources Department.

M.J. Dean Construction, Inc. will conduct a prompt investigation as confidentially as possible under the circumstances. Employees who raise concerns and make reports in good faith can do so without fear of reprisal; at the same time employees have an obligation to cooperate with M.J. Dean Construction, Inc. in enforcing this policy and investigating and remedying complaints.

Any employee who becomes aware of possible sexual harassment or other illegal discrimination against others should promptly advise their supervisor, Human Resource Director or any other appropriate member of management.

Anyone who is found, after investigation, to have engaged in harassment or discrimination will be subject to appropriate sanctions, up to and including termination, even for the first offense. An employee who has made a complaint or report will be notified of the outcome of the investigation and any disciplinary action taken.

### Retaliation

Any employee who files a complaint of sexual harassment or other discrimination in good faith will not be adversely affected in terms and conditions of employment and will not be retaliated against or discharged because of the complaint. In addition, we will not tolerate retaliation against any employee who, in good faith, cooperates in the investigation of a complaint. Anyone who engages in such retaliatory behavior will be subject to appropriate discipline, up to and including termination.