# EXHIBIT G



## Acknowledging Receipt of Policy and Safety Manual

**Office Policy Manual**

I have received my copy of the M.J. Dean Construction, Inc. Policy Manual that outlines the policies, practices, and benefit guidelines of the company. I have been given time to read and review all the policies and procedures and I understand the information contained in the manual. I also understand that I may contact the Human Resources Department should I have any questions or concerns regarding these policies

Since the information in this manual is necessarily subject to change as situations warrant, it is understood that changes in the manual may supersede, revise, or eliminate one or more of the policies in this manual. These changes will be communicated to me by my supervisor or through official notices. I accept responsibility for keeping informed of these changes. I further acknowledge my understanding that my employment with M.J. Dean Construction, Inc. may be terminated at any time with or without cause.

**Safety Manual**

I have received my copy of M.J. Dean Construction, Inc's. Code of Safe Practices, which outlines the safety procedures and guidelines of the Company, including but not limited to, general safe practices, first aid, protective gear, tool use, and related construction operations. I have been given time to read and review all the procedures and I understand the information contained in the manual. I also understand that I may contact the Human Resources Department or Safety Department should I have any questions or concerns regarding these policies.

I understand that as an employee, I have a duty to comply with the safety rules of M.J. Dean Construction, Inc., assist in maintaining the hazard free environment, to report any accidents or injuries - including any breaches of safety - and to report any unsafe equipment, working condition, process or procedure, at once to a supervisor.

Safety rules and regulations will be issued or modified from time to time and shall be effective immediately. Rules and regulations will be distributed to employees and posted at all job sites. Safety first!

This policy was received and understood on  7/23/2019

PARNELL COLVIN
EMPLOYEE NAME (PRINT)

*[signature]*
EMPLOYEE SIGNATURE

5055 West Patrick Lane, Suite 101 • Las Vegas, Nevada 89118 • (702) 873-1947 • Fax (702) 873-7857
www.mjdeanconstruction.com

Rev 7/18

DEF 00013



# Office Policy Manual

**M.J. Dean Construction, Inc.**
www.mjdeanconstruction.com

The policies and procedures in this manual are not intended to be contractual commitments by M.J. Dean Construction, Inc., and employees shall not construe them as such.

The policies and procedures are intended to be guides to management and are merely descriptive of suggested procedures to be followed. M.J. Dean Construction, Inc. reserves the right to revoke, change or supplement guidelines at any time without notice.

No policy is intended as a guarantee of continuity of benefits or rights. No permanent employment or employment for any term is intended or can be implied from any statements in this manual.

5055 West Patrick Lane
Las Vegas, Nevada 89118
(Main) 702-873-1947, (Fax) 702-873-7857

# Employment Policies

## Americans with Disabilities Act

It is M.J. Dean Construction, Inc.'s policy that we will not discriminate against qualified individuals with disabilities with regard to any aspect of their employment. M.J. Dean Construction, Inc. is committed to complying with the American with Disabilities Act of 1990 and its related Section 504 of the Rehabilitation Act of 1973. M.J. Dean Construction, Inc. recognizes that some individuals with disabilities may require accommodations at work. If you are currently disabled or become disabled during your employment, you should contact your supervisor to discuss reasonable accommodations that may enable you to perform the essential functions of your job.

## Employment at Will

Unless expressly proscribed by statute or contract, your employment is "at will." All M.J. Dean Construction, Inc. employees are at will, which means they may be terminated at any time and for any reason, with or without advance notice. Employees are also free to quit at any time. Any employment relationship other than at will must be set out in writing and signed by M.J. Dean Construction, Inc.'s President.

## Equal Opportunity Policy

M.J. Dean Construction, Inc. provides equal opportunity in all of our employment practices to all qualified employees and applicants without regard to race, color, religion, gender, national origin, age, disability, marital status, military status, sexual orientation, or any other category protected by federal, state and local laws. This policy applies to all aspects of the employment relationship, including recruitment, hiring, compensation, promotion, transfer, disciplinary action, layoff, return from layoff, training and social, and recreational programs. All such employment decisions will be made without unlawfully discriminating on any prohibited basis.

## Grievance Procedure

Employees are encouraged to bring concerns, problems and grievances to the attention of their supervisor and/or the Human Relations Department. You are also obligated to report any wrongdoing of which you become aware to your supervisor or, if the situation warrants, to any M.J. Dean Construction, Inc. officer.

## Gratuities to Government Employees or Officials

In adherence to government regulations, no employee may offer a gratuity to any government employee or official on behalf of M.J. Dean Construction, Inc. Gratuities are defined as meals, drinks, gifts, expenses, cash, or any other item of value, including personal service. An offer to provide, or the actual provision of, any form of gratuity to a government employee or official will constitute grounds for immediate termination.

## Anti-Harassment and Discrimination Policy

M.J. Dean Construction, Inc. strives to maintain an environment free from discrimination and harassment, where employees treat each other with respect, dignity and courtesy. This policy applies to all phases of employment, including but not limited to recruiting, testing, hiring, promoting, demoting, transferring, laying off, terminating, paying, granting benefits and training.

### Prohibited Behavior

M.J. Dean Construction, Inc. does not and will not tolerate any type of harassment of our employees, applicants for employment, or our customers. Discriminatory conduct or conduct characterized as harassment as defined below is prohibited.

The term harassment includes, but is not limited to, slurs, jokes, and other verbal or physical conduct relating to a person's gender, ethnicity, race, color, creed, religion, sexual orientation, national origin, age, disability, marital status, military status or any other protected classification that unreasonably interferes with a person's work performance or creates an intimidating, hostile work environment.

Sexually harassing behavior in particular includes unwelcome conduct such as: sexual advances, requests for sexual favors, offensive touching, or other verbal or physical conduct of a sexual nature. Such conduct may constitute sexual harassment when it:

1. is made an explicit or implicit condition of employment
2. is used as the basis for employment decisions
3. unreasonably interferes with an individual's work performance, or
4. creates an intimidating, hostile or offensive working environment.

The types of conduct covered by this policy include, but are not limited to, demands or subtle pressure for sexual favors accompanied by a promise of favorable job treatment or a threat concerning employment.

Specifically, it includes sexual behavior such as:

1. repeated unwanted requests for dates
2. unwelcome sexual jokes or teasing
3. unwelcome discussion of sexual conduct
4. questions or comments about another's sex life
5. making sexually offensive statements
6. spreading sexual statements or rumors about an employee
7. displaying lewd photographs
8. showing pornographic materials in the workplace
9. inappropriate sexual looks or gestures
10. touching that makes another uncomfortable
11. implicit and explicit demands for sexual acts

Such conduct may constitute sexual harassment regardless of whether the conduct is between members of management, between management and staff employees, between staff employees, or directed at employees by nonemployees conducting business with the Company, regardless of gender or sexual orientation.

### Avoiding Harassment

Since the best way to stop any offensive conduct is to simply tell the person of your objection to it, M.J. Dean Construction, Inc. encourages you to do so. Even if no one has told you that your conduct is offensive, you are still subject to discipline, including discharge, for engaging in harassing conduct. You must exercise your own good judgment to avoid engaging in conduct that violates this Policy Statement. To help avoid risk of engaging in such conduct, you should keep the following guidelines in mind: (1) a co-worker may consider touching to be unwelcome or offensive, (2) racial, religious, ethnic, and sexual jokes and epithets have no place in the work environment, (3) compliments to other employees should be kept general, as more specific compliments may be perceived as sexually suggestive, and (4) do not behave in a way that you would not want your spouse, significant other, or children to see.

Employees are strongly discouraged from seeking a romantic or amorous relationship with another employee. Under no circumstance may an employee, after refusal, repeatedly ask another employee to date, apply pressure to have a relationship, or retaliate in any way due to an employee's decision not to date or have a relationship.

### Harassment by Nonemployees

M.J. Dean Construction, Inc. will also endeavor to protect employees, to the extent possible, from reported harassment by nonemployees in the workplace, including customers, clients and suppliers.

### Complaint Procedure and Investigation

If you believe you are the subject of any harassment or discrimination, or witness any harassment or discrimination in the workplace, you should immediately inform your supervisor. If your supervisor is not available, does not respond to your satisfaction, or you do not wish to contact your supervisor, you should contact the Human Resources Department. In addition, if you have any questions regarding harassment or discrimination, you are encouraged to discuss them with your supervisor or the Human Resources Department.

M.J. Dean Construction, Inc. will conduct a prompt investigation as confidentially as possible under the circumstances. Employees who raise concerns and make reports in good faith can do so without fear of reprisal; at the same time employees have an obligation to cooperate with M.J. Dean Construction, Inc. in enforcing this policy and investigating and remedying complaints.

Any employee who becomes aware of possible sexual harassment or other illegal discrimination against others should promptly advise their supervisor, Human Resource Director or any other appropriate member of management.

Anyone who is found, after investigation, to have engaged in harassment or discrimination will be subject to appropriate sanctions, up to and including termination, even for the first offense. An employee who has made a complaint or report will be notified of the outcome of the investigation and any disciplinary action taken.

### Retaliation

Any employee who files a complaint of sexual harassment or other discrimination in good faith will not be adversely affected in terms and conditions of employment and will not be retaliated against or discharged because of the complaint. In addition, we will not tolerate retaliation against any employee who, in good faith, cooperates in the investigation of a complaint. Anyone who engages in such retaliatory behavior will be subject to appropriate discipline, up to and including termination.

Employee Policy Manual for M.J. Dean Construction, Inc.

DEF 00131