



# Employee Incident Investigation Report

## Basic Information

| | |
|---|---|
| **Date** | **Name of Injured Person(s)** |
| 11/14/2019 | |
| **Time** | **First Aid Provided?** |
| 07:28 AM | Yes |
| **Project** | **Any Visible Injuries?** |
| MSG | No |
| **Person Filling Completing Report** | **Emergency Contact Notified?** |
| Parnell Colvin | No |

**Incident Summary**

Since I been employed labor general foreman (Kevin) made it clear to me during our phone conversation that he don't like people that he don't hire directly and I better walk fucking lightly around the job site or he would get rid of my ass in a heartbeat. I said I only wanted to work . I knew from my conversation with Kevin general foreman that I would be working under a very stressful environment but my attitude is positive and i work .But from day one Kevin has been picking on me for no reason. About two weeks ago i was on deck d cleaning as I usually do and work and i was caught up so I started to get wire out of the beams when Kevin came over and said what was i do i explained to Kevin that i am multitasking since i was caught up . I said Kevin you been here for just five minutes i been on the deck for over 3 hours cleaning if you would have asked to instead of assuming i would have informed you.  At this time i told Kevin that you

Have been picking on me and making it hard for me to work since i been here and I don't no why you be picking on me all the time. The next day Kevin came to me and apologized and said we would start over . But a few days later Kevin was back at his same tactics i was on the deck cleaning it is only two restrooms on the deck so i went to the restrooms on the ground i am gone for no more than 7 minutes and most of that was from walking to use the restroom. When i can back Kevin was standing there he said where was i and i replied that I went downstairs to use the restroom because the ones on the deck was being used Kevin said the guys said i am gone along time i said Kevin i was gone no more than 7 minutes and most of that was from walking to the restroom. Yesterday morning i was on the deck cleaning prior to that foreman Juan told me that it was only going to be me hector, and himself cleaning the deck because Kevin was not going to send no help. As i am cleaning Kevin comes over to me and says there is 9 guys on the deck and go work with another foreman named Ricky please keep in mind that this was my area that i work in with the carpenters for the last 3 months but Kevin only singles me out every time no other labor on my crew keeps getting switched around .now i no that we do get moved around to to help other crews but this is a tactic I believe Kevin uses to mess with me. But has not work i just do my job so  as Kevin talked to me i said this is my area he says i am the fucking boss

jkent@mjdean.net
prosquist@mjdean.net



# Employee Incident Investigation Report

you do what i say do i said Kevin he you go again Kevin said he was not fucking doing this and he would give me my two fucking checks i said why you be messing with me  Kevin threw his hands up and said he was done and called me a nigger and left the area. There are many other incidents this is just a few .

jkent@mjdean.net
prosquist@mjdean.net