

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PARNELL COLVIN,                    )
                                   )
        Plaintiff,                 )
                                   )
        vs.                        )  CASE NO.:
                                   )  2:20-cv-01765-APG-EJY
M.J. DEAN CONSTRUCTION,            )
INC.,                              )
                                   )
        Defendant.                 )
                                   )

VIDEO CONFERENCE DEPOSITION OF PAUL ROSEQUIST
LAS VEGAS, NEVADA
FRIDAY, AUGUST 6, 2021



CERTIFIED TRANSCRIPT

REPORTED BY:  JACKIE JENNELLE, RPR, CCR #809
JOB #416567



AdvancedONE LEGAL

(866) 715-7770
advancedONE.com

1      Q.    Tell me about your investigation.

2            MR. ROSENTHAL:   Objection, overbroad, vague

3      and ambiguous.

4      BY MR. MARKS:

5      Q.    Tell me what you did to investigate the

6      allegations contained in Exhibit 6.

7      A.    I -- when it first started, as I've stated

8      prior, is I had Parnell Colvin fill out his report.

9      I submitted that report.

10           I asked him if there was any other

11     witnesses or anyone else he would like for me to

12     interview, and he told me he wanted me to interview

13     Ricky Flores, which is one of the foremen on the MSG

14     Sphere project.

15           I then contacted Kevin Gutierrez to take

16     his testimony, his incident investigation, his

17     statement.   I called him on the phone, asked him to

18     come to my office.

19           When he got to my office, I gave him some

20     general information on what was happening at the

21     time and I had him fill out a statement like I did

22     with Mr. Colvin.

23     Q.    Okay.   Did Mr. Gutierrez deny using the

24     N-word?

25     A.    Yes.

COLVIN vs M.J.DEAN CONSTRUCTION,INC.                    Page 14
PAUL ROSEQUIST, 08/06/2021

1     Q.    And --

2     A.    Adamantly denied that.

3     Q.    Did Mr. Flores hear anything about the

4   N-word on the job?

5     A.    Not that he has ever told me about.

6     Q.    Okay.  So after that, did anything else

7   ever happen regarding your investigation?

8     A.    Yes.

9     Q.    What did you do?

10    A.    I then called Ricky Flores, had him come to

11  my office, gave him the same basic rundown, had him

12  fill out the forms in the same manner as previously

13  and then I submitted his.

14         I then called in Dave McGrandy (phonetic)

15  who was the area superintendent for Area D which

16  Colvin was a part of.  And I had him also fill out a

17  witness statement.

18         Then when I got all the witness statements

19  and after I had reviewed them, I called John

20  Thomason and went over these with John Thomason and

21  seeked his counsel from that point forward.

22    Q.    What did John Thomason say?

23    A.    I wouldn't want to misquote Mr. Thomason.

24  He spoke about the possibilities of moving somebody

25  around to make this work for everybody.

COLVIN vs M.J.DEAN CONSTRUCTION, INC.                    Page 30
PAUL ROSEQUIST, 08/06/2021

1                    CERTIFICATE OF REPORTER

2       STATE OF NEVADA   )
                          )   SS:
3       COUNTY OF CLARK   )

4              I, Jackie Jennelle, RPR, CCR #809, Clark

5       County, State of Nevada, do hereby certify:  That I

6       reported the video conference deposition of PAUL

7       ROSEQUIST, commencing on FRIDAY, AUGUST 6, 2021, at

8       10:00 a.m.

9              That prior to being deposed, the witness

10      was duly sworn by me to testify to the truth.  That

11      I thereafter transcribed my said shorthand notes

12      into typewriting and that the typewritten transcript

13      is a complete, true and accurate transcription of my

14      said shorthand notes.

15             I further certify that I am not a relative

16      or employee of counsel, of any of the parties, nor a

17      relative or employee of the parties involved in said

18      action, nor a person financially interested in the

19      action.

20             IN WITNESS WHEREOF, I have set my hand in my

21      office in the County of Clark, State of Nevada, this

22      19th day of August, 2021.

23                          _____

24

25                          JACKIE JENNELLE, RPR, CCR #809