

# LOGAN DECLARATION

## **DECLARATION OF THEODORE LOGAN**

I, Theodore Logan, declare as follows:

1. I am an African American male and I currently employed by M.J. Dean Construction ("M.J. Dean") as a Labor General Foreman.

2. I began working at M.J. Dean on February 12, 2018 as a Labor Foreman.

3. From April 2019 to November 2020, I worked at the Madison Square Garden Project (the "Sphere Project"), and I was supervised by, and reported directly to, Kevin Gutierrez.

4. During the entire time that I have worked with Kevin Gutierrez, I have never heard him say or do anything that was discriminatory or offensive, such as calling anyone the N-word or any other racial slurs.

5. In December 2019, Kevin Gutierrez, promoted me to General Labor Foreman.

6. I worked with Parnell Colvin at the Sphere Project on almost a daily basis from the time that Mr. Colvin began working at M.J. Dean in July 2019, until he was laid off on April 6, 2020.

7. On November 14, 2019, I was present when Kevin Gutierrez and Mr. Colvin had what appeared to be a verbal disagreement. During that conversation, I never heard Mr. Gutierrez say or do anything discriminatory or offensive, such as calling Mr. Colvin the N-word or other racial slurs.

8. During the entire time that I have worked for M.J. Dean, I have never seen or heard an employee say or do anything that discriminated or harassed another employee based on an individual's race or ethnicity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called upon as a witness I could and would competently testify thereto.

Dated: October 8, 2021

_____
Theodore Logan