

# RODRIGUEZ DECLARATION

## DECLARATION OF ANTONIO JALOMO-RODRIGUEZ

I, Antonio Jalomo-Rodriguez, declare as follows:

1. I am currently employed by M.J. Dean Construction ("M.J. Dean") as a Safety Manager.

2. From April 2019 to April 2020, I worked for M.J. Dean as a Safety Manager at the Madison Square Garden Sphere Project (the "Sphere Project").

3. Other than November 14, 2019, Parnell Colvin never complained to me, either orally or in writing, about any sort of discrimination or harassment in the workplace, including racial epithets, racist actions, white supremacist remarks, racist graffiti, or generally offensive graffiti.

4. During the entire time that I worked at the Sphere Project as a Safety Manager, Parnell Colvin never complained to me, either orally or in writing, that anybody was retaliating against him.

5. During the entire time that I worked at the Sphere Project as a Safety Manager, I never heard anybody make any discriminatory or offensive remarks based on someone's race or ethnicity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called upon as a witness I could and would competently testify thereto.

Dated: October 8, 2021

_____
Antonio Jalomo-Rodriguez