# EXHIBIT N

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PARNELL COLVIN,               )
                              )
    Plaintiff,                )
                              )
    vs.                       ) CASE NO.:
                              ) 2:20-cv-01765-APG-EJY
M.J. DEAN CONSTRUCTION,       )
INC.,                         )
                              )
    Defendant.                )
                              )

**ORIGINAL**

VIDEO CONFERENCE DEPOSITION OF KEVIN GUTIERREZ
LAS VEGAS, NEVADA
THURSDAY, JULY 29, 2021

REPORTED BY:  JACKIE JENNELLE, RPR, CCR #809
JOB #416110



```
 1    stadium, correct?
 2           MR. ROSENTHAL:  Objection, asked and
 3    answered.
 4    BY MR. MARKS:
 5       Q.   You can answer.
 6           MR. ROSENTHAL:  If you know the answer, you
 7    can go ahead.
 8    BY MR. MARKS:
 9       Q.   You can answer, correct?
10       A.   I would have to explain what happened.
11       Q.   You'll have a chance to explain.
12           You understood that this project was
13    designated an essential project; isn't that true?
14           MR. ROSENTHAL:  Objection, asked and
15    answered.
16    BY MR. MARKS:
17       Q.   You can still answer, sir.
18       A.   I didn't know nothing about the governor.
19       Q.   Okay.  Fine.
20           Did you have anything to do with the lay --
21    deciding who would be laid off?
22       A.   No.
23       Q.   Did you have anything to do with deciding
24    who would be rehired?
25       A.   No.
```

1                    CERTIFICATE OF REPORTER
2    STATE OF NEVADA  )
                      )  SS:
3    COUNTY OF CLARK  )
4            I, Jackie Jennelle, RPR, CCR #809, Clark
5    County, State of Nevada, do hereby certify:  That I
6    reported the video conference deposition of KEVIN
7    GUTIERREZ, commencing on THURSDAY, JULY 29, 2021, at
8    10:00 a.m.
9            That prior to being deposed, the witness
10   was duly sworn by me to testify to the truth.  That
11   I thereafter transcribed my said shorthand notes
12   into typewriting and that the typewritten transcript
13   is a complete, true and accurate transcription of my
14   said shorthand notes.
15           I further certify that I am not a relative
16   or employee of counsel, of any of the parties, nor a
17   relative or employee of the parties involved in said
18   action, nor a person financially interested in the
19   action.
20           IN WITNESS WHEREOF, I have set my hand in my
21   office in the County of Clark, State of Nevada, this
22   9th day of August, 2021.
23
24                           _____
25                           JACKIE JENNELLE, RPR, CCR #809