



## M.J. Dean
### CONSTRUCTION, INC.

## LICENSE #32338 - #33625

### Termination Notice

**Date:** _04/06/2020_

**Name:** _PARNELL COLVIN_

**Employee #** _6800_

**Social Security #:** _____

(Please complete this form and submit it to the main office for each terminaton )

**Reason for terminaton :**      **Quit :** _____      **Discharge:** _____

                                 **Laid Off, Reduction in force:**     X

**Give full detail below :**

LAID OFF LACK OF WORK M.S.G. SHUT DOWN

_____

_____

_____

_____


**Submitted by:** _____ KEVIN GUTIERREZ _____

**Please Print:** _____

**Title:** _____ GENERAL FOREMAN _____

5055 West Patrick Lane , Ste. 101 Las Vegas , Nevada 89118 (702) 873-1947 Fax (702)873-7857

DEF 00019