# EXHIBIT 1
Defendants' FRCP 26(a)(1) Initial Disclosures

Martin A. Little, Esq.
Nevada Bar No. 7067
Robert L. Rosenthal, Esq.
Nevada Bar No. 6476
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: rlr@h2law.com
Email: mal@h2law.com

*Attorneys for Defendant M.J. Dean Construction, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN, | Case No. 2:20-cv-01765-APG-EJY |
| Plaintiff, | **DEFENDANTS' FRCP 26(a)(1) INITIAL DISCLOSURES** |
| vs. | |
| M.J. DEAN CONSTRUCTION, INC, | |
| Defendant. | |

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure and Rule 26.1 of the Local Civil Rules of the United States District Court for the District of Nevada, Defendant M.J. Dean Construction, Inc., hereby submits the following list of witnesses and documents.

**A.   PERSONS LIKELY TO HAVE RELEVANT INFORMATION**

The following individuals are likely to have discoverable information concerning the issue in this action.

    1.    Chris Flanagan, CFO
            c/o Howard & Howard Attorneys PLLC
            3800 Howard Hughes Parkway, Ste. 1000
            Las Vegas, NV 89169
            702-257-1483

Mr. Flanagan is expected to testify as to the alleged facts contained within the pleadings.

    2.    Thomas Glidewell
            c/o Howard & Howard Attorneys PLLC
            3800 Howard Hughes Parkway, Ste. 1000
            Las Vegas, NV 89169

HOWARD & HOWARD ATTORNEYS PLLC

702-257-1483

Mr. Flanagan is expected to testify as to the alleged facts contained within the pleadings.

3.    David McGrandy
      c/o Howard & Howard Attorneys PLLC
      3800 Howard Hughes Parkway, Ste. 1000
      Las Vegas, NV 89169
      702-257-1483

Mr. McGrandy is expected to testify as to the alleged facts contained within the pleadings.

4.    Kevin Gutierrez
      c/o Howard & Howard Attorneys PLLC
      3800 Howard Hughes Parkway, Ste. 1000
      Las Vegas, NV 89169
      702-257-1483

Mr. Gutierrez is expected to testify as to the alleged facts contained within the pleadings.

5.    David McGrandy
      c/o Howard & Howard Attorneys PLLC
      3800 Howard Hughes Parkway, Ste. 1000
      Las Vegas, NV 89169
      702-257-1483

Mr. McGrandy is expected to testify as to the alleged facts contained within the pleadings.

6.    David Muti
      c/o Howard & Howard Attorneys PLLC
      3800 Howard Hughes Parkway, Ste. 1000
      Las Vegas, NV 89169
      702-257-1483

Mr. Muti is expected to testify as to the alleged facts contained within the pleadings.

7.    Paul Rosquist
      c/o Howard & Howard Attorneys PLLC
      3800 Howard Hughes Parkway, Ste. 1000
      Las Vegas, NV 89169
      702-257-1483

Mr. Rosquist is expected to testify as to the alleged facts contained within the pleadings.

8.    John Thomason
      c/o Howard & Howard Attorneys PLLC
      3800 Howard Hughes Parkway, Ste. 1000
      Las Vegas, NV 89169
      702-257-1483

Mr. Thomason is expected to testify as to the alleged facts contained within the pleadings.

9. Ricardo Flores
c/o Howard & Howard Attorneys PLLC
3800 Howard Hughes Parkway, Ste. 1000
Las Vegas, NV 89169
702-257-1483

Mr. Flores is expected to testify as to the alleged facts contained within the pleadings.

10. Any and all necessary rebuttal witnesses, including experts.

11. Any and all of Plaintiff's experts, including, but not limited to, financial and economical providers.

12. Defendant reserves the right to call any witness named by Plaintiff.

**B. DESCRIPTION AND LOCATION OF RELEVANT DOCUMENTS**

The following documents are located at the law offices of Howard & Howard Attorneys PLLC:

| DISCLOSURE NUMBER | DESCRIPTION | BATES NUMBERS |
|---|---|---|
| 1 | Personnel File | DEF 00001 – DEF 00032 |
| 2 | Wage Records | DEF 00033 – DEF 00044 |
| 3 | Union Documents | DEF 00045 – DEF 00087 |

**C. COMPUTATION OF ANY CATEGORY OF DAMAGES**

Attorney's fees and costs to be determined.

**D. RELEVANT INSURANCE OR INDEMNIFICATION AGREEMENTS**

Not applicable.

Dated: January 11, 2021

Respectfully submitted,

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Robert Rosenthal
Robert Rosenthal, Esq.
Martin A. Little, Esq.
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
*Attorneys for Defendant M.J. Dean Construction, Inc.*

3