# EXHIBIT 4
Defendants' Third Supplemental FRCP 26 Disclosures

Martin A. Little, Esq.
Nevada Bar No. 7067
Robert L. Rosenthal, Esq.
Nevada Bar No. 6476
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: rlr@h2law.com
Email: mal@h2law.com

Attorneys for Defendant M.J. Dean Construction, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>M.J. DEAN CONSTRUCTION, INC,<br><br>　　　　Defendant. | Case No. 2:20-cv-01765-APG-EJY<br><br>**DEFENDANTS' THIRD SUPPLEMENTAL FRCP 26 DISCLOSURES** |

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Defendant M.J. Dean Construction, Inc., hereby submits the following Third Supplemental FRCP 26 Disclosures.

**A.     DESCRIPTION AND LOCATION OF RELEVANT DOCUMENTS**

The following documents are located at the law offices of Howard & Howard Attorneys PLLC:

| DISCLOSURE NUMBER | DESCRIPTION | BATES NUMBERS |
|---|---|---|
| 7 | Out of Work Lists | DEF 00209 – DEF 00219 |
| 8 | 2020 MSG Terminations | DEF 00220 – DEF 00230 |
| 9 | 2020 Termination Dates | DEF 00231 – DEF 00241 |

/ / /

/ / /

/ / /

1

Dated: July 23, 2021

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Robert Rosenthal
Robert Rosenthal, Esq.
Martin A. Little, Esq.
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
*Attorneys for Defendant M.J. Dean Construction, Inc.*

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

I hereby certify that I am a citizen of the United States and employed in Las Vegas, Nevada. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3800 Howard Hughes Parkway, Suite 1000, Las Vegas, NV 89169. On July 23, 2021, I served a copy of the within document(s): **DEFENDANTS' THIRD SUPPLEMENTAL FRCP 26 DISCLOSURES**

| | |
|---|---|
| X | By Email: I hereby certify that I electronically served the foregoing by email to the email address set forth below, pursuant to stipulation of the parties. |
| X | By U.S. Mail: I hereby certify that I placed the document listed above in a sealed envelope with postage thereon fully prepaid and addressed as set forth below, in the United States mail in Las Vegas, Nevada. |

Daniel Marks, Esq.
Nicole M. Young, Esq.
Law Office of Daniel Marks
610 South Ninth Street
Las Vegas, Nevada 89101
office@danielmarks.net
*Attorneys for Plaintiff*

3