# EXHIBIT A

## DECLARATION OF THOMAS GLIDEWELL

I, Thomas Glidewell, declare as follows:

1. I am currently employed by M.J. Dean Construction, Inc. ("MJ Dean") as its Chief Information Officer.

2. MJ Dean provides construction services for large commercial projects, including the current Madison Square Garden Sphere Project in Las Vegas, Nevada ("Sphere Project").

3. Attached hereto as Exhibit J are true and correct copies of various witness statements submitted as part of MJ Dean's investigation into Plaintiff's Internal Complaint.

4. Attached hereto as Exhibit L is a true and correct copy of correspondence from Madison Square Garden dated April 1, 2020, advising that the Sphere Project needed to be shut down due to COVID-19.

5. Attached hereto as Exhibit M is a true and correct copy of a Termination Notice that was given to Plaintiff on April 6, 2020, advising Mr. Colvin that he was being laid off because the Sphere Project was being shut down.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called upon as a witness I could and would competently testify thereto.

Dated: October 8, 2021

_____
Thomas Glidewell