# EXHIBIT E



## CONSTRUCTION, INC.

## Anti-Harassment / Discrimination Policy Statement

**EMPLOYEE CERTIFICATION AND ACKNOWLEDGMENT:**

I have been given a copy of the M.J. Dean Construction, Inc. Policy on Harassment and Discrimination. I acknowledge that I have reviewed that Policy and that I understand all sections of the Policy, including what acts constitute a violation of the Policy, and what the probable consequences may be for any such violations.

This policy was received and understood on 7/23/2019

PARNELL COLVIN
EMPLOYEE NAME (PRINT)

EMPLOYEE SIGNATURE

5055 West Patrick Lane, Suite 101 • Las Vegas, Nevada 89118 • (702) 873-1947 • Fax (702) 873-7857
www.mjdeanconstruction.com

Rev 7/18

DEF 00014