# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PARNELL COLVIN,              )
                            )
        Plaintiff,          )
                            )
        vs.                 ) CASE NO.:
                            ) 2:20-cv-01765-APG-EJY
M.J. DEAN CONSTRUCTION,     )
INC.,                       )
                            )
        Defendant.          )
                            )

VIDEO CONFERENCE DEPOSITION OF PAUL ROSEQUIST
LAS VEGAS, NEVADA
FRIDAY, AUGUST 6, 2021

**CERTIFIED TRANSCRIPT**

REPORTED BY:  JACKIE JENNELLE, RPR, CCR #809
JOB #416567



1      **Q.   Tell me about your investigation.**

2          MR. ROSENTHAL:  Objection, overbroad, vague

3  and ambiguous.

4  BY MR. MARKS:

5      **Q.   Tell me what you did to investigate the**

6  **allegations contained in Exhibit 6.**

7      A.   I -- when it first started, as I've stated

8  prior, is I had Parnell Colvin fill out his report.

9  I submitted that report.

10          I asked him if there was any other

11  witnesses or anyone else he would like for me to

12  interview, and he told me he wanted me to interview

13  Ricky Flores, which is one of the foremen on the MSG

14  Sphere project.

15          I then contacted Kevin Gutierrez to take

16  his testimony, his incident investigation, his

17  statement.  I called him on the phone, asked him to

18  come to my office.

19          When he got to my office, I gave him some

20  general information on what was happening at the

21  time and I had him fill out a statement like I did

22  with Mr. Colvin.

23      **Q.   Okay.  Did Mr. Gutierrez deny using the**

24  **N-word?**

25      A.   Yes.

COLVIN vs M.J.DEAN CONSTRUCTION,INC.                          Page 14
PAUL ROSEQUIST, 08/06/2021

1     Q.    And --

2     A.    Adamantly denied that.

3     Q.    Did Mr. Flores hear anything about the

4  N-word on the job?

5     A.    Not that he has ever told me about.

6     Q.    Okay.  So after that, did anything else

7  ever happen regarding your investigation?

8     A.    Yes.

9     Q.    What did you do?

10    A.    I then called Ricky Flores, had him come to

11 my office, gave him the same basic rundown, had him

12 fill out the forms in the same manner as previously

13 and then I submitted his.

14         I then called in Dave McGrandy (phonetic)

15 who was the area superintendent for Area D which

16 Colvin was a part of.  And I had him also fill out a

17 witness statement.

18         Then when I got all the witness statements

19 and after I had reviewed them, I called John

20 Thomason and went over these with John Thomason and

21 seeked his counsel from that point forward.

22    Q.    What did John Thomason say?

23    A.    I wouldn't want to misquote Mr. Thomason.

24 He spoke about the possibilities of moving somebody

25 around to make this work for everybody.

COLVIN vs M.J.DEAN CONSTRUCTION,INC.                          Page 30
PAUL ROSEQUIST, 08/06/2021

```
 1                    CERTIFICATE OF REPORTER

 2    STATE OF NEVADA   )
                        )  SS:
 3    COUNTY OF CLARK   )

 4         I, Jackie Jennelle, RPR, CCR #809, Clark

 5    County, State of Nevada, do hereby certify:  That I

 6    reported the video conference deposition of PAUL

 7    ROSEQUIST, commencing on FRIDAY, AUGUST 6, 2021, at

 8    10:00 a.m.

 9         That prior to being deposed, the witness

10    was duly sworn by me to testify to the truth.  That

11    I thereafter transcribed my said shorthand notes

12    into typewriting and that the typewritten transcript

13    is a complete, true and accurate transcription of my

14    said shorthand notes.

15         I further certify that I am not a relative

16    or employee of counsel, of any of the parties, nor a

17    relative or employee of the parties involved in said

18    action, nor a person financially interested in the

19    action.

20         IN WITNESS WHEREOF, I have set my hand in my

21    office in the County of Clark, State of Nevada, this

22    19th day of August, 2021.

23

24         _____

25         JACKIE JENNELLE, RPR, CCR #809
```