# EXHIBIT J



# Employee Incident Investigation Report

## Witness #1 Information

**Witness #1 Name**
Ricky foreman

**Phone Number**
7025763860

## Witness #2 Information

**Witness #2 Name**

## Other Information

**Police Information**

**Badge**

**Name**

**Case #**

## Corrective Actions

**Recommended Corrective Actions**

**Corrective Actions Completed?**
Yes

## Signatures

| Name | Signature | Position |
|---|---|---|
| Parnell Colvin | *[signed] Parn Cl* | |

jkent@mjdean.net
prosquist@mjdean.net

powered by gocanvas

www.gocanvas.com

3C182AC2-0ACC-4B53-9E75-28C883713AFA

DEF 00027



# Witness Statement

## Information

**Date**
11/14/2019

**Time**
10:44 AM

**Project**
MSG

**Safety person requesting statement**
Paul Rosquist

## Statement

**Witness Statement**

On 11-13-2019 Parnell one of my laborers came to me and said that the Laborer GF Kevin had words between each other and Kevin said he was done. I told Parnell to do what Kevin said to do. One week before my Carp. GF John Tsinnijinnie talked to Kevin about Parnell and the way he was working. Parnell wasn't working out. So that's why Kevin talked to Parnell was to move him to another crew. I like Kevin and he is a good Foreman. He is fair to everyone.

**Name**
Dave McGrandy

**Signature**



jkent@mjdean.net
prosquist@mjdean.net

powered by gocanvas    www.gocanvas.com    8e6c3c48-6888-4054-ab0c-ecd9703e0e86

DEF 00028



# Witness Statement

## Information

**Date**
11/14/2019

**Time**
08:52 AM

**Project**
MSG

**Safety person requesting statement**
Paul Rosquist

## Statement

**Witness Statement**

i was approached by juan area D formen saying that parnell dident want to follow orders that he would leave to the restroom for 30min to 45min and that he didnt want to listen to him i told jaun that i would take parnell so that way there wont be any conflict and me and parnell have a good relationship parnell came to work for me a couple of times hes notr a fast worker but consistent worker but i know the he dont like to be told what to do i i told parnell yesterday that he was going to be with me from now on he didnt like the idea but came anyways this morning i idnt see parnell so i went to look for him wean i found him in area D i told him that he was working with me from now on he told me that he talk to DAVE area d superintendet dave told him that he was working with him i said no your working with me so i called kevin and ask if parnell was going to work for me and the answer was yes thats wean parnell said that he was going to talk to john thomas that he didnt want to be going back and forth i said your not you work for me now he said once again that he was going to talk to jhon he once never told me that kevin called him anyting parnell for some reason dont want to be moved from area d i been knowing kevin for 15yrs kevin is a great person kevin would never say anyting racial about anyone matter fact kevin gave parnell every oppertunity to work but parnell didnt take his oppertunitys once again i think parnell lied about the racial slurr

**Name**
Ricardo Flores

**Signature**

jkent@mjdean.net
prosquist@mjdean.net

powered by gocanvas    www.gocanvas.com    f016d618-54d2-4b9d-9d74-8759be513f17

DEF 00029



# Witness Statement



jkent@mjdean.net
prosquist@mjdean.net

powered by gocanvas   www.gocanvas.com   f016d618-54d2-4b9d-9d74-8759be513f17

DEF 00030