# EXHIBIT K

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PARNELL COLVIN,                )
                               )
        Plaintiff,             )
                               )
    vs.                        ) CASE NO.:
                               ) 2:20-cv-01765-APG-EJY
M.J. DEAN CONSTRUCTION,        )
INC.,                          )
                               )   **ORIGINAL**
        Defendant.             )
                               )

VIDEO CONFERENCE DEPOSITION OF KEVIN GUTIERREZ
LAS VEGAS, NEVADA
THURSDAY, JULY 29, 2021

REPORTED BY:  JACKIE JENNELLE, RPR, CCR #809
JOB #416110



AdvancedONE LEGAL    (866) 715-7770    advancedONE.com

1    stadium, correct?
2         MR. ROSENTHAL:  Objection, asked and
3    answered.
4    BY MR. MARKS:
5         Q.   You can answer.
6              MR. ROSENTHAL:  If you know the answer, you
7    can go ahead.
8    BY MR. MARKS:
9         Q.   You can answer, correct?
10        A.   I would have to explain what happened.
11        Q.   You'll have a chance to explain.
12             You understood that this project was
13   designated an essential project; isn't that true?
14             MR. ROSENTHAL:  Objection, asked and
15   answered.
16   BY MR. MARKS:
17        Q.   You can still answer, sir.
18        A.   I didn't know nothing about the governor.
19        Q.   Okay.  Fine.
20             Did you have anything to do with the lay --
21   deciding who would be laid off?
22        A.   No.
23        Q.   Did you have anything to do with deciding
24   who would be rehired?
25        A.   No.

1   A.   I don't recall.
2   Q.   Did you ever try to clean or take down the
3   graffiti?
4   A.   No.
5   Q.   Do you know if anybody tried to clean or
6   take down the graffiti?
7   A.   Yes.
8   Q.   Who did?
9   A.   It would be the people that are in charge
10  of the restrooms.  It's reported to safety.  Safety
11  makes it an issue.  They bring the restroom people
12  out.  They get rid of the graffiti.
13  Q.   So, from your knowledge, was the graffiti
14  cleaned up and then put back?
15       MR. ROSENTHAL:  Objection, vague and
16  ambiguous, incomplete hypothetical, lacks
17  foundation.
18  BY MR. MARKS:
19  Q.   You can answer.
20  A.   Repeat the question, please.
21  Q.   So your attorney can object.  Unless he
22  tells you, Don't answer, you're still going to
23  answer.
24       So I can re-ask the question.  He's going
25  to make his objection.  Keep the question in mind,

COLVIN vs M.J. DEAN CONSTRUCTION, INC.                    Page 33
KEVIN GUTIERREZ, 07/29/2021

1   and then I would expect you to answer.
2           Do you understand that?
3       A.  Yes.
4       Q.  Okay.  Just by way of background, you said
5   there had been racist graffiti at the Sphere project
6   throughout the project, correct?
7       A.  Yes.
8       Q.  So do you recall a time when there was
9   racist graffiti and then you noticed it was cleaned
10  up and then you noticed it was put back in?
11      A.  Yes.
12      Q.  And how many different occasions did that
13  happen?
14      A.  200.
15      Q.  So during the -- this is during the
16  one-year period from 2019 to 2020, this happened 200
17  times?
18      A.  It's an ongoing thing in construction.
19      Q.  I'm talking about at the Sphere project.
20          It happened 200 times during the year?
21      A.  It's an estimate.
22      Q.  Okay.  If we went to the Sphere project
23  today to the bathroom, would we see racist graffiti?
24          MR. ROSENTHAL:  Objection, calls for
25  speculation.

COLVIN vs M.J. DEAN CONSTRUCTION, INC.
KEVIN GUTIERREZ, 07/29/2021

Page 50

```
 1                  CERTIFICATE OF REPORTER
 2    STATE OF NEVADA  )
                       )  SS:
 3    COUNTY OF CLARK  )

 4          I, Jackie Jennelle, RPR, CCR #809, Clark
 5    County, State of Nevada, do hereby certify:  That I
 6    reported the video conference deposition of KEVIN
 7    GUTIERREZ, commencing on THURSDAY, JULY 29, 2021, at
 8    10:00 a.m.

 9          That prior to being deposed, the witness
10    was duly sworn by me to testify to the truth.  That
11    I thereafter transcribed my said shorthand notes
12    into typewriting and that the typewritten transcript
13    is a complete, true and accurate transcription of my
14    said shorthand notes.

15          I further certify that I am not a relative
16    or employee of counsel, of any of the parties, nor a
17    relative or employee of the parties involved in said
18    action, nor a person financially interested in the
19    action.

20          IN WITNESS WHEREOF, I have set my hand in my
21    office in the County of Clark, State of Nevada, this
22    9th day of August, 2021.
23
24                          _____
25                          JACKIE JENNELLE, RPR, CCR #809
```