# EXHIBIT L

Case 2:20-cv-01765-APG-EJY   Document 48-13   Filed 10/29/21   Page 2 of 2



**THE MADISON SQUARE GARDEN COMPANY**

JAYNE MCGIVERN
EVP DEVELOPMENT
& CONSTRUCTION

April 1, 2020

AECOM Hunt
2450 South Tibbs Avenue
Indianapolis, IN 46241
Attention: Robert K. May

Re: **Notice of Force Majeure Suspension at MSG Sphere at the Venetian ("Project")**

Dear Bob:

On March 12, 2020, Hunt Construction Group, Inc. (d/b/a AECOM Hunt) ("AECOM") issued notice pursuant to Section 5.3 of the Construction Agreement ("Agreement") about likely impacts and delays resulting from the ongoing force majeure event (the COVID-19 pandemic). As AECOM noted, this wide-ranging event is likely to result in, among other things, impacts to labor, personnel, manufacturing, equipment, supply chains, etc.

MSG has further investigated the scope of potential impacts and delays related to COVID-19. MSG agrees that a force majeure event has occurred, and will likely result in impacts and delays to the Work that will exceed sixty (60) days. As a result, MSG hereby formally notifies AECOM of MSG's decision to suspend all work at the Project Site no later than April 15, 2020.

Pursuant to the Agreement, MSG is directing AECOM and its subcontractors to demobilize substantially in accordance with the Project Suspension Strategy Summary previously provided to AECOM, with the understanding that the same may be updated per our further discussions and as things develop over the next two weeks. Specifically, as we have discussed, MSG's intention is to have AECOM complete the concrete pour for Level 6 as soon as possible but otherwise to promptly commence an orderly shutdown by April 15, 2020, so that the Site and Work are kept safe and secure and the Work can be efficiently resumed when MSG directs resumption. Please immediately inform the Subcontractors of what each of them needs to do over the next two weeks to accomplish these goals.

We appreciate AECOM's continuing cooperation in addressing the unprecedented impact from the COVID-19 pandemic and its effects. MSG reserves all of its rights under the Agreement, at law or in equity, and neither this notice nor the suspension of the Work is intended to waive or release any claims that MSG may have, including any claims relating to impacts and delays to the Project, and all such claims are expressly reserved.

Very truly yours,

*Jayne McGivern*

Jayne McGivern

cc: Ken Johnson, Jeff Fisher, Lauren Catoe
    Adam Vickers, Mike O'Donnell, Marc Schoenfeld

THE MADISON SQUARE GARDEN COMPANY
TWO PENNSYLVANIA PLAZA, NEW YORK, NY 10121-0091
UK +44 (0)7776 131 135 I US +1 646 872 1712 I E. jayne.mcgivern@msg.com

DEF 00212