# EXHIBIT M



# M.J. Dean
CONSTRUCTION, INC.

LICENSE #32338 - #33625

Termination Notice

Date: 04/06/2020

Name: PARNELL COLVIN

Employee #: 6800

Social Security #: _____
(Please complete this form and submit it to the main office for each terminaton )

Reason for terminaton :    Quit : _____    Discharge: _____

Laid Off, Reduction in force: __X__

Give full detail below :

LAID OFF LACK OF WORK M.S.G. SHUT DOWN

Submitted by: KEVIN GUTIERREZ

Please Print: [signature]

Title: GENERAL FOREMAN

5055 West Patrick Lane , Ste. 101 Las Vegas , Nevada 89118 (702) 873-1947 Fax (702)873-7857