# EXHIBIT 2
Defendants' First Supplemental FRCP 26 Disclosures

```
1  Martin A. Little, Esq.
   Nevada Bar No. 7067
2  Robert L. Rosenthal, Esq.
   Nevada Bar No. 6476
3  HOWARD & HOWARD ATTORNEYS PLLC
   3800 Howard Hughes Parkway, Suite 1000
4  Las Vegas, Nevada 89169
   Telephone: (702) 257-1483
5  Email: rlr@h2law.com
   Email: mal@h2law.com
6
```

*Attorneys for Defendant M.J. Dean Construction, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| PARNELL COLVIN, | Case No. 2:20-cv-01765-APG-EJY |
|---|---|
| Plaintiff, | DEFENDANTS' FIRST SUPPLEMENTAL FRCP 26 DISCLOSURES |
| vs. | |
| M.J. DEAN CONSTRUCTION, INC, | |
| Defendant. | |

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Defendant M.J. Dean Construction, Inc., hereby submits the following First Supplemental FRCP 26 Disclosures.

**A.   DESCRIPTION AND LOCATION OF RELEVANT DOCUMENTS**

The following documents are located at the law offices of Howard & Howard Attorneys PLLC:

| DISCLOSURE NUMBER | DESCRIPTION | BATES NUMBERS |
|---|---|---|
| 4 | Text messages between John Thomason and Parnell Colvin | DEF 00088 – DEF 00092 |

Dated: January 14, 2021

Respectfully submitted,

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Robert Rosenthal
　　Robert Rosenthal, Esq.
　　Martin A. Little, Esq.
　　3800 Howard Hughes Parkway, Suite 1000
　　Las Vegas, Nevada 89169
　　*Attorneys for Defendant M.J. Dean Construction, Inc.*

1

## PROOF OF SERVICE

I hereby certify that I am a citizen of the United States and employed in Las Vegas, Nevada. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3800 Howard Hughes Parkway, Suite 1000, Las Vegas, NV 89169. On January 14, 2021, I served a copy of the within document(s): **DEFENDANTS' FIRST SUPPLEMENTAL FRCP 26 DISCLOSURES**

X   By Email: I hereby certify that I electronically served the foregoing by email to the email address set forth below, pursuant to stipulation of the parties.

X   By U.S. Mail: I hereby certify that I placed the document listed above in a sealed envelope with postage thereon fully prepaid and addressed as set forth below, in the United States mail in Las Vegas, Nevada.

Jesse M. Sbaih, Esq.
Ines Olevic-Saleh, Esq.
JESSE SBAIH & ASSOCIATES, LTD.
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
jsbaih@sbaihlaw.com
*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　/s/ Barbara Dunn
　　　　　　　　　　　　　　　Howard & Howard Attorneys PLLC

2