# EXHIBIT 3
Defendants' Second Supplemental FRCP 26 Disclosures

Martin A. Little, Esq.
Nevada Bar No. 7067
Robert L. Rosenthal, Esq.
Nevada Bar No. 6476
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: rlr@h2law.com
Email: mal@h2law.com

*Attorneys for Defendant M.J. Dean Construction, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN,<br><br>    Plaintiff,<br><br>vs.<br><br>M.J. DEAN CONSTRUCTION, INC,<br><br>    Defendant. | Case No. 2:20-cv-01765-APG-EJY<br><br>**DEFENDANTS' SECOND SUPPLEMENTAL FRCP 26 DISCLOSURES** |

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Defendant M.J. Dean Construction, Inc., hereby submits the following First Supplemental FRCP 26 Disclosures.

**A.   DESCRIPTION AND LOCATION OF RELEVANT DOCUMENTS**

The following documents are located at the law offices of Howard & Howard Attorneys PLLC:

| DISCLOSURE NUMBER | DESCRIPTION | BATES NUMBERS |
|---|---|---|
| 5 | MJ Dean Office Policy Manual | DEF 00093 – DEF 00165 |
| 6 | MJ Dean Safety Handbook | DEF 00166 – DEF 00208 |
| 7 | Correspondence between Union and MSG regarding layoffs | DEF 00209 – DEF 00212 |

///

///

///

1

| | |
|---|---|
| Dated: April 27, 2021 | HOWARD & HOWARD ATTORNEYS PLLC |
| | By: /s/ Robert Rosenthal<br>Robert Rosenthal, Esq.<br>Martin A. Little, Esq.<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant M.J. Dean Construction, Inc.* |

## PROOF OF SERVICE

I hereby certify that I am a citizen of the United States and employed in Las Vegas, Nevada. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3800 Howard Hughes Parkway, Suite 1000, Las Vegas, NV 89169. On April 27, 2021, I served a copy of the within document(s): **DEFENDANTS' SECOND SUPPLEMENTAL FRCP 26 DISCLOSURES**

      By Email: I hereby certify that I electronically served the foregoing by email to the email address set forth below, pursuant to stipulation of the parties.

X    By U.S. Mail: I hereby certify that I placed the document listed above in a sealed envelope with postage thereon fully prepaid and addressed as set forth below, in the United States mail in Las Vegas, Nevada.

Jesse M. Sbaih, Esq.
Ines Olevic-Saleh, Esq.
JESSE SBAIH & ASSOCIATES, LTD.
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
jsbaih@sbaihlaw.com
*Attorneys for Plaintiff*

2