## LIST OF EXHIBITS

Exhibit A     Rosenthal Declaration

Exhibit B     Email Dated October 19, 2021