# EXHIBIT B

## Robert L. Rosenthal

| | |
|---|---|
| **From:** | Robert L. Rosenthal |
| **Sent:** | Tuesday, October 19, 2021 5:36 PM |
| **To:** | 'Nicole Young' |
| **Cc:** | Office |
| **Subject:** | RE: Colvin v. MJ Dean |

Hi Nicole,

You're correct. Those witnesses were not included in Defendants' disclosures. However, I believe that I have the right to offer them as rebuttal witnesses for the purpose impeaching Mr. Colvin's deposition testimony, where he alleged for the first time, that no one witnessed his argument with Mr. Gutierrez, that he was subjected to pervasive racist graffiti and white supremacist comments in the workplace, and that he complained about these issues to Antonio and Julian.

If you have any authority that indicates I cannot introduce rebuttal witnesses, please let me know and I will review accordingly.

Best,

Rob

**Howard & Howard**
law for business.

**Robert L. Rosenthal**
Attorney and Counselor

3800 Howard Hughes Pkwy., Ste. 1000, Las Vegas, NV 89169
**D:** 702.667.4809 | **F:** 702.567.1568
rrosenthal@howardandhoward.com | Bio | vCard | LinkedIn

NOTICE: Information contained in this transmission to the named addressee is proprietary information and is subject to attorney-client privilege and work product confidentiality. If the recipient of this transmission is not the named addressee, the recipient should immediately notify the sender and destroy the information transmitted without making any copy or distribution thereof.

**From:** Nicole Young <NYoung@danielmarks.net>
**Sent:** Tuesday, October 19, 2021 4:25 PM
**To:** Robert L. Rosenthal <rrosenthal@howardandhoward.com>
**Cc:** Office <office@danielmarks.net>
**Subject:** Colvin v. MJ Dean

**CAUTION: EXTERNAL EMAIL**

Hi Rob:

In reviewing your motion for summary judgment filed on October 8, 2021, I noticed you attached three declarations from witnesses that were not disclosed during discovery, including Theodore Logan, Julian Jeffers, and Antonio Jalomo-Rodriguez. I have reviewed your FRCP 26 disclosures, including an initial, first, second and third supplements, and I do not see where any of those witnesses are listed. Before filing a motion to exclude,

1

I wanted to confirm that these witnesses were not disclosed. I ask that you please withdraw those declarations to avoid a motion to exclude and strike.

Please let me know if you have any questions.

Thank you!
Nicole

Nicole M. Young, Esq.
Associate Attorney
Law Office of Daniel Marks
610 South Ninth Street
Las Vegas, Nevada 89101
Telephone: (702) 386-0536
Facsimile: (702) 386-6812