LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No.: 002003
NICOLE M. YOUNG, ESQ.
Nevada State Bar No. 12659
610 South Ninth Street
Las Vegas, Nevada 89101
Office@danielmarks.net
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PARNELL COLVIN,                                    Case No. 2:20-cv-01765-APG-EJY

      Plaintiff,

v.

M.J. DEAN CONSTRUCTION, INC,

      Defendant,
_____/

### STIPULATION AND ORDER TO EXTEND DEADLINE FOR JOINT PRETRIAL ORDER

      IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their undersigned counsel to extend the dealine to file the Proposed Joint Pretrial Order for a period of 60 days from the current deadline of July 11, 2022, through and including September 9, 2022.

      Counsel will be out of town and will need additional time to gather information needed to complete the Proposed Joint Pretrial order.

      This extension is requested in good faith and not for purposes of delay.

DATED this 8th day of July, 2022.                    DATED this 8th day of July, 2022.

LAW OFFICE OF DANIEL MARKS                    HOWARD & HOWARD ATTORNEYS
                                                                          PLLC


/s/ Nicole M. Young                                   /s/ Robert Rosenthal
DANIEL MARKS, ESQ.                                ROBERT ROSENTHAL, ESQ.
Nevada Bar No. 002003                               Nevada State Bar No. 6476
NICOLE M. YOUNG, ESQ.                           3800 Howard Hughes Parkway, Suite 1000
Nevada State Bar No. 12659                          Las Vegas, Nevada 89169
610 South Ninth Street                                 Attorney for Defendant
Las Vegas, Nevada 89101
Attorneys for Plaintiff

### ORDER

Based upon the foregoing and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Proposed Joint Pretrial Order due on July 11, 2022, shall be extended for sixty (60) days. The new date to file the Proposed Joint Pretrial Order shall be September 9, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  July 8, 2022

Respectfully submitted:

LAW OFFICE OF DANIEL MARKS

/s/ Nicole M. Young
_____
DANIEL MARKS, ESQ.
Nevada Bar No. 002003
NICOLE M. YOUNG, ESQ.
Nevada State Bar No. 12659
610 South Ninth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff