LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No.: 002003
NICOLE M. YOUNG, ESQ.
Nevada State Bar No. 12659
610 South Ninth Street
Las Vegas, Nevada 89101
Office@danielmarks.net
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PARNELL COLVIN,                                Case No. 2:20-cv-01765-APG-EJY

      Plaintiff,

v.

M.J. DEAN CONSTRUCTION, INC,

      Defendant,
_____/

## STIPULATION AND ORDER TO EXTEND DEADLINE FOR JOINT PRETRIAL ORDER

**(Second Request)**

IT IS HEREBY STIPULATED AND AGREED between the parties, by and through their undersigned counsel to extend the deadline to file the Proposed Joint Pretrial Order for a period of two (2) weeks from the current deadline of September 9, 2022 to September 23, 2022.

Counsel for Plaintiff needs additional time because they are preparing for trial in another matter and Counsel for Defendant requested substantial changes. The parties also need additional time to discuss Stipulations for trial, including joint exhibits.

/ / / /

/ / / /

/ / / /

This extension is requested in good faith and not for purposes of delay.

DATED this 8th day of September, 2022.                    DATED this 8th day of September, 2022.

LAW OFFICE OF DANIEL MARKS                                HOWARD & HOWARD ATTORNEYS PLLC

/s/ Nicole M. Young                                       /s/ Robert Rosenthal
DANIEL MARKS, ESQ.                                        ROBERT ROSENTHAL, ESQ.
Nevada Bar No. 002003                                     Nevada State Bar No. 6476
NICOLE M. YOUNG, ESQ.                                     3800 Howard Hughes Parkway, Suite 1000
Nevada State Bar No. 12659                                Las Vegas, Nevada 89169
610 South Ninth Street                                    Attorney for Defendant
Las Vegas, Nevada 89101
Attorneys for Plaintiff

## ORDER

Based upon the foregoing and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Proposed Joint Pretrial Order due on September 9, 2022, shall be extended for two (2) weeks. The new date to file the Proposed Joint Pretrial Order shall be September 23, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  September 8, 2022

Respectfully submitted:

LAW OFFICE OF DANIEL MARKS

/s/ Nicole M. Young
DANIEL MARKS, ESQ.
Nevada Bar No. 002003
NICOLE M. YOUNG, ESQ.
Nevada State Bar No. 12659
610 South Ninth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff