Martin A. Little, Esq.
Nevada Bar No. 7067
Robert L. Rosenthal, Esq.
Nevada Bar No. 6476
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: rlr@h2law.com
Email: mal@h2law.com

*Attorneys for Defendant M.J. Dean Construction, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN,<br><br>Plaintiff,<br><br>vs.<br><br>M.J. DEAN CONSTRUCTION, INC,<br><br>Defendant. | Case No. 2:20-cv-01765-APG-EJY<br><br>**DEFENDANT'S NON-OPPOSITION TO PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

Defendant, M.J. DEAN CONSTRUCTION, INC., case No. 2:20-cv-01765-APG-EJY, by and through its attorney of record, Robert L. Rosenthal, Esq. of Howard & Howard Attorneys, PLLC, hereby notify the Court that they do not oppose Plaintiff's Motion to Withdraw as Counsel for Plaintiff.

Dated: October 31, 2022          Respectfully submitted,

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Robert Rosenthal
Robert Rosenthal, Esq.
Martin A. Little, Esq.
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
*Attorneys for Defendant M.J. Dean Construction, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically filed and served upon the following parties on October 31, 2022 through the Court's ECF system.

> Law Office of Daniel Marks
> Daniel Marks, Esq.
> Nicole M. Young, Esq.
> 610 South Ninth Street
> Las Vegas, Nevada 89101
>
> *Attorneys for Plaintiff*

/s/ Barbara Dunn

Howard & Howard Attorneys PLLC

2