PARNELL COLVIN
6681 TARA AVE
LAS VEGAS, NV 89146
EMAIL: PC681@YAHOO.COM
PH: (503) 490-6564

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

PARNELL COLVIN,

    Plaintiff,

Vs.

M.J. DEAN CONSTRUCTION, INC,
    Defendan,
_____/

Case No: 2:20-cv-APG-EJY

REPLY TO MOTION TO WITHDRAW AND REQUEST HEARING ON SAID MOTION.

COMES NOW plaintiff Parnell Colvin, and is requesting a hearing to the motion filed by his attorney Mr. Daniel Marks, to withdraw from his case. Plaintiff Colvin, has been very involved and cooperating with the whole process of this case. Plaintiff Colvin, has provided all requested documentations replied to all emails participated in the discovery phase including depostions of himself and defendants. Provided addictional information to his attorneys to fully assist in complete preperation of this case . Mr. Marks, was concerned that I had filed a motion to receive email notifications so plaintiff Colvin, could read and follow his case.

(1)

At no time has plaintiff Colvin, filed anything into this case and has repeatly told Mr. Marks, he only filed the motion to get notifications when something is filed. Also Colvin, cell phone screen is cracked and did not allow him to use his and his phone was turned off for a short period of time. Plaintiff Colvin, emailed his attorneys and informed them his phone was not working and the best way to contact him was through email. colvin, has responed to all emails and this was his only way to communicate with his other attorney. Also his doctors , family and friends were all told that the best way to contact him was through was via email.

Mr. Marks, was not the only person that was asked to contact Colvin, via email the general counsel for the National Labor Relation Board. Colvin, has been committed to this case from day one to hold the defendants accountable for thier conduct. If would be very hard for Colvin, to find another attorney at this stage of the proceedings to represent Colvin, as most attorneys dont like to undue and correct mistakes made by prior attorneys. Colvin, case has progressed so far into litigation it would be very difficult for any attorney to step in and take over this case which will cause a great deal of harm to plaintiff.

Plaintiff, Colvin, has been very much dedicated and committed to this case from the start and is requesting the court to hold a hearing plaintiff has numerous emails that will show he has responded to all requests made by Mr. Marks. Colvin, communicated with everybody through email because his phone is broke and would not let him use it but has advised everyone to please contact via email and he will respond to all and he has. Colvin, has reached out to Mr. Marks, via email to ask him to remain on his case to date he was not received an response.

Plaintiff Colvin, is requesting the court to holf an hearing so he can produce his correspondace to the court to show he has always responded to his attorneys it was not through phone but via email. Colvin, will be harmed if the court grants the motion to withdraw as it will be almost impossible for find another attorney at this stage. Colvin, believes he has always showed and demostrated courtesy and professionalism from the moment Mr. Marks, became his attorny.

Plaintiff Colvin, would like to thank the court for its consideration in this matter.

DATED THIS NOVEMBER 4,2022

*[signature]*

PARNELL COLVIN