LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No.: 002003
NICOLE M. YOUNG, ESQ.
Nevada State Bar No. 12659
610 South Ninth Street
Las Vegas, Nevada 89101
Office@danielmarks.net

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PARNELL COLVIN,

    Plaintiff,

v.

M.J. DEAN CONSTRUCTION, INC,

    Defendant,
_____/

Case No. 2:20-cv-01765-APG-EJY

**REPLY IN SUPPORT OF MOTION TO WITHDRAWAL AS COUNSEL FOR PLAINTIFF**

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.  FACTUAL BACKGROUND**

    Undesigned counsel filed a Motion to Withdraw as Plaintiff's Counsel on October 31, 2022, stating that Plaintiff will not communicate with him by phone or in person. Undesigned counsel cannot represent Plaintiff when he will not communicate. Plaintiff has never given any reason why he will not communicate in person or by telephone.

    Mr. Colvin filed a document on November 4, 2022, entitled "Reply to Motion to Withdraw and Request Hearing on Said Motion." Plaintiff does not deny he will not communicate in person or by phone. He claims his phone is "cracked," but that does not prevent phone use for an extended time. There is no explanation as to why Plaintiff who previously met frequently with counsel and responded to phone calls is now refusing to communicate by telephone or in person.

////

////

////

Undesigned counsel cannot adequately prepare Plaintiff for trial when Plaintiff steadfastly will not communicate by phone or meet in person. Respectively undesigned counsel requests this Court grant the Motion allowing counsel to withdraw.

DATED this __8__ day of November, 2022.

LAW OFFICE OF DANIEL MARKS

_____
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
NICOLE M. YOUNG, ESQ.
Nevada State Bar No. 12659
610 South Ninth Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the LAW OFFICE OF DANIEL MARKS, and that on the ___8___ day of November, 2022, I did serve a true and correct copy of the above and foregoing **REPLY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** by way of Notice of Electronic Filing provided by the court mandated ECF filing service, upon the Defendant at the following:

    Robert Rosenthal
    Howard & Howard Attorneys PLLC
    3800 Howard Hughes Parkway, Suite 1000
    Las Vegas, Nevada 89169
    Attorneys for Defendant

**Via U.S. First Class Mail and email:**

    Parnell Colvin
    6681 Tara St.
    Las Vegas, Nevada 89146
    Email: pc681@yahoo.com
    Plaintiff

/s/ Rayne Forrester
An employee of the
LAW OFFICE OF DANIEL MARKS