PARNELL COLVIN
6681 TARA AVE
LAS VEGAS, NV 89146
PH: (503) 490-6564
EMAIL: PC681@YAHOO.COM

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
       COUNSEL/PARTIES OF RECORD

       NOV 15 2022

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PARNELL COLVIN,

    Plaintiff.

Vs.

M.J. DEAN CONSTRUCTION, INC,

    Defendant.
_____/

Case No. 2:20-cv-01765-APG-EJY

REPLY TO WITHDRAW MOTION

    COMES NOW Pliantiff Parnell Colvin, and will address Mr. Marks, claims first plaintiff is very grateful for all the hard work dedication and time Mr. Marks, has put into his case and has alot of respect for him as well. However this case could not have reached to this level if plaintiff Colvin, would not been communicate with his attorney throughout this entire process. Colvin, has participated in every phase of this case from start until present he has participated in the discovery process. Was present for his deposition and the depostions of all the defendants via zoom. Plaintiff has provided witnesses to assist in preperation of his case. Provided addiction evidence to his counsel set up interviews with witnesses and emailed addictional documents to his counsel.

Plaintiff Colvin, wants to point out to the court that Mr. Marks, is not correctly addressing the court. Mr. Marks, claims he cant prepare because I want meet with him or call his office. Mr. Marks, was not communicating with plaintiff for months because we were all waiting for the court to rule on the summary judgment motions pending before the court which was about six months before the court ruled on them. During this time Mr.Marks, would contact Colvin, for the purpose of asking when can plaintiff Colvin, pay the cost of the defendants depositions fees.

Mr. Marks. stated that if the court dont grant the defendants motion for summary judgment we could get a trial date this year. At this point we had no further discussions about my case we were just waiting for the court to rule on the summary judgment motions. Once the court ruled on the summary judgment motions Mr. Marks, called to state his thoughts on the ruling thats all that was discussed during our phone conversation no further preperation for my case was mentioned.

Plaintiff Colvin, filed with the court a notice to send him notifications when something is filed into his case. Plaintiff Colvin, just wanted to be able to follow and read all the pleadings from both parties. Plaintiff can understand why his counsel was concerned because the notice says that plaintiff was representing himself. This is when Mr. Marks, was trying to contact him it was about the filing of notice to receive email notifications when something is filed into plaintiff case. This had nothing to do with counsel needing Colvin, to come into his office or call it was about the filing of the notice and not about preparations regarding plaintiff Colvin case as stated.

////////////

////////////

////////////

Plaintiff Colvin received an email from his attorney stating that he would withdraw if plaintiff Colvin, did not call or come to his office by October 31, 2022. Plaintiff Colvin, had emailed his attorney numerous times stating that his phone screen was cracked and was out of service. Plaintiff Colvin stated that the best way was to email him and he would respond asap which he has but this was unacceptable even though Colvin, reached out numerous times via email to his attorney stating he would address any concerns his attorney may have but for now the best way to contact Colvin is by email.

Mr. Marks, seems to question the condiction of Colvin, phone condiction Colvin is more than willing to bring his phone to court so the court can inspect the condiction of his phone. The sreen is cracked with lines through it the key pads sometimes works. Colvin has told all the people he communicates with to contact him by email. Colvin is going through a trial now with National Labor Relation Board and they use emails and zoom to communicate and have video conferences. Mr. Marks could have easily set this up and plaintiff Colvin would participate.

Plaintiff Colvin has a zoom conference with the judge November 17,2022 to discuss issues with the (NLRB) trial. Plaintiff has submitted the order by the judge for this courts review also Colvin has submitted numerous emails to show the court it was not just Mr. Marks was asked to contact him via email. Plaintiff doctors communicated via email, NLRB attorney,emails I sent to Mr. Marks office. I am sure the parties involved in this case communicated through emails. Nobody in the age of technology calls like in the old days most is done by some form of electronic means. We could have done a zoom call like we did for defendants depostions.

When plaintiff received the motion to withdraw Colvin, sent an email to his counsel requesting that he would like for Mr. Marks to keep representing him to this day Colvin has never heard back from Mr. Marks. Plaintiff Colvin has also emailed and stated he thought there were key witnesses that were not included in the pretrial order and some corrections should be made to clear up what I believe will casuse confussion at trial and the defendants will try and create a different reality of the facts. I wish I was invloved in the preperation of the pretrial order to address some facts.

I realize that both parties have attorneys but at the end of the day nobody can tell and no the facts of this case better than me to the court or jury. Attorneys may no the laws but I no the facts of the case and what opened and no one will be able to spin the facts and that itself is a fact. I am hopeful Mr. Marks will remain on my case as it will be extremely difficult to find an attorney this late in the proceedings to represent me. Most attorneys stay away from cases that has reached a level that my case has as no two attoneys think alike if Mr. Marks motion is granted it will casuse harm to plaintiff for them stated facts Colvin request the court to order Mr. Marks to continue his representation of Colvin.

Thanking the court for its time and consideration of Plaintiff Colvin motion.

////////
////////
///////
///////
//////
//////

Plaintiff Colvin has always stated to his attorney what ever concerns or issues that need to be addressed to please email him and he would respond. Mr. Marks is not telling the court that Colvin was not able to call during his busniess hours but responded thoughout the day whenever he received an email from his attorney or from the office. Again when Colvin would ask what the issue was via email he got no reply. Also zoom was another way to have a meeting plaintiff Colvin attorney never contacted him with any further attempts to prepare for trial or any other proceedings.

When plaintiff Colvin got the email notification that the pretrial order was filed with the court he immediatley emailed is attorney to tell him certain facts were incorrect and addictional witnesses should have been added. Colvin is not suggesting that his attorney intentionally did anything wrong as attorneys get things wrong even the best of the best I am the person that knows the facts and I thought some corrections should be made. I just wanted to let my attorney no I realize that alot is going on a attorney may have multiple cases going on at once I get it but when I sent my email I never got a response.

Colvin has been very much involved in the whole process of this case and he would not spent years invested to suddenly not prepare for his own defense. Also Colvin is presently going through a trial with the (NLRB) this case hase been going on since ( 2018 ). Colvin is involved with this case and all cases pending and some he is pro se. I stress to the court Colvin has been available 24/7 with this case and other cases where he has communicated at times at 11:00 pm with his attorney and has zoom calls with the judges.

## CERTIFICATE OF SERVICE

I hereby certify that I have served said parties by placing a true and correct copy of the pleading in the US MAIL to the following:

LAW OFFICES OF
DANIEL MARKS
NEVADA BAR NO: 002003
610 SOUTH NINTH STREET
LAS VEGAS, NV 89101

ROBERT ROSENTHAL
HOWARD & HOWARD ATTORNEYS PLLC
3800 HOWARD HUGHES PARKWAY, SUITE 1000
LAS VEGAS, NV 89169

DATED THIS NOVEMBER 15, 2022

*[signature]*