# EXHIBIT B

## Tommy Glidewell

| | |
|---|---|
| **From:** | Mike Dean |
| **Sent:** | Tuesday, April 21, 2020 3:32 PM |
| **To:** | Tommy Glidewell |
| **Subject:** | FW: Discrimination/retaliation/wrongful termination |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Tommy,

Gonna have to put your HR hat on for this one.

Mike

-----Original Message-----
From: Mike Brown <pc681@yahoo.com>
Sent: Tuesday, April 21, 2020 2:40 PM
To: Mike Dean <mdean@mjdean.net>
Cc: pc681@yahoo.com
Subject: Discrimination/retaliation/wrongful termination

Hello , MR.Dean, My name is Parnell Colvin, I am a labor and I had spent the last 9 months working at the Sphere project. I experienced the following treatment by labor foreman Kevin , on a regular basis. The last major incident was when Kevin , called me a ( NIGGER) and threatening to fire me . I informed Aecom hunt about the incident and John Thomas there was suppose to have been a investigation myself and others Including superintendant,foreman and others had to give statements.I just wanted to work there is a lot more to these incidents i should have never been laid off this was retaliation by Kevin , I was assigned to the yard after the incident where I worked by myself with no https://urldefense.proofpoint.com/v2/url?u=http-3A__issues.At&d=DwIFAg&c=euGZstcaTDllvimEN8b7jXrwqOf-v5A_CdpgnVfiiMM&r=LQUzpVvmkN0dfg1w98PXRA&m=NhVv9WGOMVMuyuA9zGuIuSoYLaTaJqscO2YvP4-cyyA&s=_QWfciqGQpNQphLj_vyXoiUzZy-3kebt_Kh5ywjUqk4&e= this point I am faced protecting my rights and file a claim with (NERC) or (EEOC) this was never my intentions but I am faced with a deadline to file my claim I am requesting if you would intervene and make this situation right if not can you provide me with a copy of the statement I made in regards to the condition I was working under thanks for your time .

Sent from my iPhone

1

DEF 00031

## Tommy Glidewell

**From:** Tommy Glidewell
**Sent:** Wednesday, April 29, 2020 10:29 AM
**To:** 'pc681@yahoo.com'
**Subject:** MJ Dean Construction :: Parnell Colvin III
**Attachments:** Employee Incident Investigation Report.pdf

Dear Mr. Colvin,

I am in receipt of your email that was sent to Mike Dean on April 21, 2020, wherein you allege that you were unfairly discriminated against and wrongfully terminated by M.J. Dean Construction, Inc. (M.J. Dean) on April 6, 2020. M.J. Dean takes all complaints of this nature very seriously, and therefore we have conducted a thorough review of your claims.

As referenced in your termination notice, you were terminated due to a lack of work as a result of the MSG – Sphere project being shut down by the project's owner, as a response to the COVID-19 pandemic, along with over 300 other employees. No other factors were considered in your termination of employment, and M.J. Dean denies the allegations described in your email.

The incident that you referenced in your email, regarding an altercation on November 14, 2019 with labor foreman Kevin Gutierrez, was unsubstantiated by multiple witness statements, and had no bearing on your termination some five months after the fact. As requested, I have attached a copy of your Employee Incident Investigation Report from that day.

We regret that the COVID-19 pandemic has disrupted or closed so many businesses around the world, forcing employers to layoff or furlough employees. We appreciate all of the work you have done during your employment with us, and wish you the best of luck in the future.

Respectfully,

Tommy Glidewell | Chief Information Officer
**M.J. Dean Construction, Inc.**
5055 W. Patrick Lane, Suite 101
Las Vegas, Nevada 89118
P: 702.873.1947
E: tglidewell@mjdean.net