Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

New Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN, | ) CASE NO. 2:20-cv-01765-APG-EJY |
| Plaintiff, | ) NOTICE OF APPEARANCE |
| vs. | ) |
| M.J. DEAN CONSTRUCTION, INC., | ) |
| Defendant. | ) |

PLEASE TAKE NOTICE THAT Michael P. Balaban, Esq. of the LAW OFFICES OF MICHAEL P. BALABAN, at the address of 10726 Del Rudini Street, Las Vegas, Nevada 89141 and with a telephone number of (702)586-2964 and a State Bar No. of 9370, enters his appearance for Plaintiff Parnell Colvin in the above entitled matter.

DATED:  1/7/2023                          LAW OFFICES OF MICHAEL P. BALABAN

                                          BY:  /s/ Michael P. Balaban
                                               Michael P. Balaban
                                               LAW OFFICES OF MICHAEL P. BALABAN
                                               10726 Del Rudini Street
                                               Las Vegas, NV  89141

1

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to FRCP Rule 5(b)(3) and LR IC 4-1(a), a true and correct copy of the foregoing document was electronically served via the Court's CM/ECF electronic filing system to the following persons on January 7, 2023:

Martin A. Little, Esq.
Robert L. Rosenthal, Esq.
HOWARD & HOWARD ATTORNEYS PLLC
*Attorneys for Defendant*

/s/ Michael P. Balaban
Michael P. Balaban