# EXHIBIT B

## Excerpts From Deposition Transcript of Plaintiff Parnell Colvin

# EXHIBIT B

UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEVADA

PARNELL COLVIN,                    )
                                  )
          Plaintiff,              )
                                  )
vs.                               ) CASE NO. 2:14-CV-00761-JCM-PAL
                                  )
M.J. DEAN CONSTRUCTION,           )
INC.                              )
                                  )
          Defendant.              )
_____    )

VIDEORECORDED DEPOSITION OF PARNELL COLVIN

Las Vegas, Nevada

July 15, 2021
10:00 a.m. (PST)

REPORTED BY:
MICHAEL A. BOULEY, RDR
NVCCR #960



Parnell Colvin - 7/15/2021
Parnell Colvin vs. M.J. Dean Construction, Inc.

```
 1              VIDEORECORDED DEPOSITION OF PARNELL COLVIN, was

 2    taken on July 15, 2021, at 10:00 a.m. at Howard & Howard,

 3    3800 Howard Hughes Parkway, Suite 1000, Las Vegas,

 4    Nevada, before Michael A. Bouley, RDR, Nevada Certified

 5    Court Reporter No. 960.

 6

 7    APPEARANCES:

 8    On Behalf of the Plaintiff

 9              LAW OFFICE OF DANIEL MARKS, LTD.
                By:  Mr. Daniel Marks, Esq.
10              610 S. Ninth Street
                Las Vegas, Nevada  89101
11              (702) 386-0536
                office@danielmarks.net
12

13    On Behalf of the Defendant

14              HOWARD & HOWARD ATTORNEYS, PLLC
                By:  Mr. Robert L. Rosenthal, Esq.
15              3800 Howard Hughes Parkway, Suite 1000
                Las Vegas, Nevada  89169
16              (702) 257-1483
                rlr@h2law.com
17

18

19    Also Present:

20    Abdul Alotaibi, legal videographer

21    Kevin Gutierrez

22    Tommy Glidewell

23

24

25
```



Parnell Colvin   7/15/2021
Parnell Colvin vs. M.J. Dean Construction, Inc.

```
 1                           INDEX

 2    WITNESS                                        PAGE

 3    PARNELL COLVIN

 4    Examination by Mr. Rosenthal ...................    5

 5    Examination by Mr. Marks .......................  225

 6    Examination by Mr. Rosenthal ..................   238

 7

 8

 9

10                          EXHIBITS

11    NUMBER              DESCRIPTION                PAGE

12    A       First Amended Complaint...................    9

13    B       Text Messages ............................   51

14    C       Dispatch Referral ........................   63

15    D       Employment Documents .....................   65

16    E       Code of Safe Practices & Anti-Drug and

17            Harassment Policies ......................   71

18    F       Office Policy Manual .....................   75

19    G       Benefits document  .......................   79

20    H       Employee Incident Investigation Report ...  117

21    I       Photograph ...............................  166

22    J       Photograph ...............................  173

23    K       Email ....................................  199

24    L       Termination Notice .......................  203

25    M       Email from T. Glidewell  .................  207
```



Parnell Colvin - 7/15/2021
Parnell Colvin vs. M.J. Dean Construction, Inc.

1    Q.   Did you show Tony what you saw on the restroom

2    on January 3, 2020?

3    A.   No.

4    Q.   When did you show Tony what you saw in the

5    restroom?

6    A.   I never showed Tony.

7    Q.   So you only showed Julian?

8    A.   Yes.

9    Q.   Why didn't you show Tony?

10   A.   Because Tony was just walking by, and I just

11   said, You need to go look at what was -- what's in the

12   restroom.  And they did that, and they -- Carson taped it

13   off.

14   Q.   How do you know that Tony went to look at what

15   was in the restroom?

16   A.   Because he came back to me and said, That's some

17   fucked up shit.

18   Q.   Do you know if anything was done about it?

19   A.   Yes.

20   Q.   What was done?

21   A.   They was cleaning it.

22   Q.   Who is they?

23   A.   Me and Ricky.

24   Q.   Do you know if the person or persons who wrote

25   what's contained on Exhibit I that was in the restroom



Parnell Colvin - 7/15/2021
Parnell Colvin vs. M.J. Dean Construction, Inc.

1    area, if the people or person who did this was an M.J.

2    Dean employee?

3        A.   I don't know.

4        Q.   So it could have been an AECOM employee or

5    somebody else from a different company.  Right?

6        A.   Possible.

7        Q.   There were other employees on the jobsite other

8    than M.J. Dean employees.  Correct?

9        A.   Yes.

10       Q.   Again, you don't know who wrote these things on

11   Exhibit I.  Right?

12       A.   Right.  I don't know.

13       Q.   Do you know if, as a result of your complaints

14   to Tony and Julian about what was written in the restroom

15   that's marked as Exhibit I, that it was -- this was

16   resolved to your satisfaction?

17       A.   I don't know.

18       Q.   You don't know whether it was resolved to your

19   satisfaction?

20       A.   I just reported it.

21       Q.   Okay.  Do you feel it was resolved -- were you

22   happy with the result that it was removed?

23       A.   Yes.

24            MR. MARKS:  Object to the form.

25   BY MR. ROSENTHAL:



Parnell Colvin  -  7/15/2021
Parnell Colvin vs. M.J. Dean Construction, Inc.

1    get something.  So it's the closest restroom.  So you go

2    into the closest restroom.  At that time, that was the

3    closest restroom.

4        Q.    So you never went back to that restroom for the

5    next four months of your employment.  Is that correct?

6        A.    Correct.

7        Q.    And so you don't know if M.J. Dean took any

8    action in response to your oral complaints to Julian and

9    Tony about Exhibit J.  Right?

10       A.    Correct.

11       Q.    You don't know who wrote the contents of what's

12   in Exhibit J.  Right?

13       A.    I don't know.

14       Q.    You don't know if the person who wrote Black

15   laborers equals lazy with an exclamation mark was an M.J.

16   Dean employee or somebody else.  Right?

17       A.    Correct.

18       Q.    Now, the photographs marked as Exhibits I and J

19   were only disclosed during this litigation to me on May

20   21st, 2021.  Do you know why that -- why that is?

21       A.    Well, prior counsel, I think you like know this,

22   but they informed me that -- well, actually, I read your

23   pleading online, so I was able to see that you guys had

24   requested that you were -- it would be photos at the last

25   minute.



Parnell Colvin - 7/15/2021
Parnell Colvin vs. M.J. Dean Construction, Inc.

1      BE IT KNOWN that the foregoing proceedings were

2   taken before me; that the witness before testifying was

3   duly sworn to testify to the whole truth; that the

4   foregoing pages are a full, true and accurate record of

5   the proceedings, all done to the best of my skill and

6   ability; that the proceedings were taken down by me in

7   stenographic shorthand and thereafter reduced to print

8   under my direction.

9      I CERTIFY that I am in no way related to any of

10   the parties hereto, nor am I in any way interested in the

11   outcome thereof.

12

13

14

15      (X)   Review and signature was requested.

16      ( )   Review and signature was waived.

17      ( )   Review and signature was not requested.

18

19      _Michael A. Bouley_

20   _____
     Michael A. Bouley, RDR
21   Nevada Certified Reporter, #960

22

23

24

25

