# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN, | Case No.: 2:20-cv-01765-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| M.J. DEAN CONSTRUCTION, INC., | |
| Defendant | |

The parties have filed several motions in limine.  Local Rule 16-3(a) provides that motions in limine "will not be considered unless the movant attaches a statement certifying that the parties have participated in the meet-and-confer process and have been unable to resolve the matter without court action."  The plaintiff's motions do not contain any certification.  The defendant's motions contain certifications demonstrating that the plaintiff's counsel has refused to disclose why he opposes the defendant's motions.  That does not constitute a good faith meet-and-confer session.

Trial is set for March 27, 2023.  Rather than deny the motions, I direct the parties to meaningfully meet and confer on all issues presented in the motions.  Merely stating disagreement without substantively explaining why is insufficient.  Failure to participate in the meet-and-confer session in good faith may result in sanctions for counsel.  The deadlines for the responses to the motions are not extended.  The parties shall file a joint status report regarding their renewed conference, including any issues that are resolved or partially resolved.

/ / / /

/ / / /

/ / / /

1  I THEREFORE ORDER that the parties shall meet and confer regarding the motions in
2 limine and file a status report regarding their efforts by **March 3, 2023**.
3  DATED this 27th day of February, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE