# EXHIBIT B

EXHIBIT B

## MJ DEAN / COLVIN – PLAINTIFF'S OTHER FILINGS

| Case Number | Date | Jurisdiction | Other Party | Document |
|---|---|---|---|---|
| 04F013298 | 8/13/04 | OR Multnomah Cir. Ct. | Pier Park Apartments (Plaintiff) | *records have been destroyed* |
| 05F004364 | 3/14/05 | OR Multnomah Cir. Ct. | Mattie Patterson (Plaintiff) | *records have been destroyed* |
| 07F012903 | 7/16/07 | OR Multnomah Cir. Ct. | Richardson Enterprises (Plaintiff) | *records have been destroyed* |
| SC080619 | 2/14/08 | OR Clackamas Cir. Ct. | United Finance (Plaintiff) | *2/28 submitted records request* |
| SC084263 | 10/10/08 | OR Clackamas Cir. Ct. | Galway Enterprises (Plaintiff) | *2/28 submitted records request* |
| FE082289 | 12/16/08 | OR Clackamas Cir. Ct. | Edward Mansoor (Plaintiff) | *2/28 submitted records request* |
| 10003679E | 2/22/10 | OR Multnomah Cir. Ct. | Fay Benagni (Plaintiff) | *2/24 submitted records request* |

1

| | | | |
|---|---|---|---|
| 100003680S | 2/22/10 | OR Multnomah Cir. Ct. | Fay Benagni (Plaintiff) | 2/24 submitted records request |
| A147553 | 1/10/11 | OR Ct. App. | Employment Department | 2/24 submitted records request |
| 110506656E | 5/20/11 | OR Multnomah Cir. Ct. | Fay Benagni | 2/24 submitted records request |
| 110018602E | 7/12/11 | OR Multnomah Cir. Ct. | Fay Benagni (Plaintiff) | 2/24 submitted records request |
| 110019993E | 7/25/11 | OR Multnomah Cir. Ct. | Fay Benagni (Plaintiff) | 2/24 submitted records request |
| 111114895Civil | 11/14/11 | OR Multnomah Cir. Ct. | Employment Department | 2/24 submitted records request |
| 121013014 | 10/16/12 | OR Multnomah Cir. Ct. | James Castell PC | 2/24 submitted records request |
| C122782EV | 11/9/12 | OR Washington Cir. Ct. | Mike Dimeo (Plaintiff) | 2/24 submitted records request |
| C130815EV | 4/23/13 | OR Washington Cir. Ct. | Peter Hoffman (Plaintiff) | 2/24 submitted records request |

| | | | | |
|---|---|---|---|---|
| 3:13-bk-33280 | 5/23/13 | OR Bk Ct. | | Petition for BK |
| | 8/30/23 | | | Order Closing Case |
| C131621EV | 8/13/13 | OR Washington Cir. Ct. | Peter Hoffman (Plaintiff) | 2/24 submitted records request |
| 14000162 3E | 1/24/14 | OR Multnomah Cir. Ct. | Yonggen Qiu (Plaintiff) | 2/24 submitted records request |
| 14BA-CV01162 | 5/19/14 | MO 13th Judicial Cir. Ct. | Hardt's Rental (Plaintiff) | 2/28 submitted records request |
| 14BA-CV01162-01 | 6/11/14 | MO 13th Judicial Cir. Ct. | Hardt's Rental (Plaintiff) | 2/28 submitted records request |
| 14SC06509 | 5/19/14 | OR Multnomah Cir. Ct. | Mandisa Brown | 2/24 submitted records request |
| 14SC07258 | 5/29/14 | OR Multnomah Cir. Ct. | Mandisa Brown (Plaintiff) | 2/24 submitted records request |
| 14E028385 | 12/23/14 | LVJC | | Summary Eviction Landlord Complaint |
| | 12/24/14 | LVJC | Xiaowei Xia (Plaintiff) | Order for Summary Eviction |

3

| Case Number | Date | Court | Party | Document |
|---|---|---|---|---|
| A-15-711994-A | 1/2/15 | EJDC | Xiaowei Xia | Appeal |
|  | 1/21/15 |  |  | Order |
| 15E008774 | 4/27/15 | LVJC | Land Kings (Plaintiff) | Summary Eviction Landlord Complaint |
|  | 5/6/15 |  |  | Order for Summary Judgment |
| A-15-718363-A | 5/13/15 | EJDC | Land Kings | Appeal |
|  | 6/9/15 |  |  | Order |
| 2:15-bk-12810-LEB | 5/15/15 | BK Court |  | Petition for BK |
|  | 7/6/15 |  |  | Trustee's Motion to Dismiss |
|  | 7/6/15 |  |  | Order Confirming Automatic Dismissal |
|  | 7/21/15 |  |  | Order Closing Case |
| 15E020726 | 9/16/15 | LVJC | Enas & Bill Croft (Plaintiff) | Summary Eviction Landlord Complaint |
|  | 5/11/15 |  |  | Order for Summary Eviction |
| 15A004041 | 11/16/15 | LVJC – small claims | Enas & Bill Croft | Complaint |

| | | | | |
|---|---|---|---|---|
| | 12/11/15 | | | Motion to Dismiss |
| 15CV30892 | 11/16/15 | OR Multnomah Cir. Ct. | Turner Construction Company | 2/24 submitted records request |
| 2:15-bk-16662-MKN | 11/30/15 | BK Court | | Petition for BK |
| | 1/28/16 | | | Trustee's Motion to Dismiss |
| | 3/7/16 | | | Order Dismissing Case |
| | 3/11/16 | | | Order Closing Case |
| 2:17-bk-10614-MKN | 2/13/17 | BK Court | | Petition for BK |
| | 8/9/17 | | | Trustee's Motion to Dismiss |
| | 10/31/17 | | | Order Granting Trustee's Motion to Dismiss |
| | 12/5/17 | | | Order Closing Case |
| 17E008035 | 4/10/17 Efiled 4/14 | LVJC | Estate of Susan Waters (Plaintiff) | Summary Eviction Landlord Complaint |
| 17E020548 | 8/23/17 | LVJC | New landlord Legacy Properties (Plaintiff) | *Records have been sealed* |

| | | | |
|---|---|---|---|
| 17E026915 | 10/30/17 | LVJC | Legacy Properties (Plaintiff) | Summary Eviction Landlord Complaint |
| | 11/9/17 | | | Order for Summary Judgment |
| A-17-764967-A | 11/17/17 | EJDC | Legacy Properties | Appeal |
| | 11/30/17 | | | Order |
| 18E003730 | 2/14/18 | LVJC | Shahani Enterprises (Plaintiff) | Summary Eviction Landlord Complaint |
| | 2/23/18 | | | Order for Summary Eviction |
| A-18-770554-A | 3/6/18 | EJDC | Shahani Enterprises | Appeal |
| | 3/20/18 | | | Order |
| A-19-796640-C | 6/13/19 | EJDC | Tako LLC | Complaint |
| | 11/8/19 | | | Order |
| 19A002646 | 7/10/19 Efiled 7/11 | LVJC – small claims | AHP Realty (Plaintiff) | Complaint |
| | 9/27/19 | | | Order |
| 19E016541 (cons. with 19E017251 | 7/19/19 | LVJC | AHP Realty (Plaintiff) | Summary Eviction Landlord Complaint |

| | | | |
|---|---|---|---|
| | 8/27/19 | | Order |
| 2:19-bk-14597-MKN | 7/18/19 | BK Court | Petition for BK |
| | 9/10/19 | | Trustee's Motion to Dismiss |
| | 9/12/19 | | Order |
| | 12/5/19 | | Order Closing Case |
| 2:19-bk-16459-MKN | 10/4/19 | BK Court | Petition for BK |
| | 1/8/20 | | Trustee's Motion to Dismiss |
| | 1/8/20 | | Order |
| | 1/23/20 | | Order Closing Case |
| 19E017251 | 7/19/19 | LVJC | AHP Realty (Plaintiff) *Records have been sealed* |
| 2:19-cv-01403-KJD-VCF (LVJC 19E017251) | 8/15/19 | USDC | AHP Realty & Qingwen Kong Complaint |
| | 5/4/21 | | Order |
| | 5/4/21 | | Judgment |
| 20E002889 | 2/10/20 Efiled 2/13 | LVJC | AHP Realty (Plaintiff) Summary Eviction Landlord Complaint |

7

| | | | | |
|---|---|---|---|---|
| 2:20-cv-00343-GMN-NJK | 2/18/20 | USDC | AHP Realty & Qingwen Kong | Complaint |
| | 12/28/20 | | | Order |
| | 12/29/20 | | | Judgment |
| A-20-820973-C | 9/10/20 | EJDC | Tako LLC | Complaint |
| | 2/11/23 | | | Notice of Hearing |
| 21C008234 | 4/16/21 | LVJC | International Union of NA Local 872 Laborers (Plaintiff) | Complaint |
| | 8/5/21 | | | Motion to Dismiss Frivolous Lawsuit |
| | 11/22/21 | | | Union's Motion for Sanctions |
| | 12/2/21 | | | Order Lifting Stay & On Motions |
| | 12/28/21 | | | Notice of Colvin's Noncompliance with Court's 12/2/21 Order |
| | 1/6/22 | | | Default |
| 2:21-cv-02109-RFB-NJK | 11/29/21 | USDC | Tommy White International Union of NA Local 872 Laborers | Complaint |
| | 3/3/22 | | | Notice |

8

| | | | | Notice |
|---|---|---|---|---|
| | 7/8/22 | | | |
| | 10/17/22 | | | Order |
| A-22-848293-A | 2/14/22 | EJDC | | |
| | 4/21/21 | BK Court | International Union of NA Local 872 Laborers | |
| 2:21-bk-12012-ABL | 7/2/21 | | | Petition for BK |
| | 7/7/21 | | | Trustee's Motion to Dismiss |
| | 8/9/21 | | | Order |
| 21E014316 | 7/19/21 Efiled 7/28 | LVJC | Tako LLC (Plaintiff) | Order |
| | 12/8/22 | | | Summary Judgment Landlord Complaint |
| | 12/15/22 | | | Motion for Recusal |
| | 12/16/22 | | | Affidavit from Brown |
| | 12/27/22 | | | Order |
| 2:21-cv-01373-APG-BNW | 7/21/21 | USDC | Tako LLC | Order for Summary Eviction |
| | 11/23/21 | | | Complaint |
| | 1/6/22 | | | Order |
| | 1/7/22 | | | Order Dismissing Case Judgment |

| | | | | |
|---|---|---|---|---|
| 2:21-bk-14974-ABL | 10/18/11 | BK Court | | Petition for BK |
| | 11/24/21 | | | Union's Motion to Dismiss |
| | 12/3/21 | | | Trustee's Motion to Dismiss |
| | 12/7/21 | | | Order |
| | 6/27/22 | | | Order Closing Case |
| 21-71422 (NLRB Case. No. 28-221154) | 12/9/21 | 9th Cir. Ct. | National Labor Relations Board | Petition for Review |
| | 2/28/22 | | | Order (dismissal) |
| 2:22-cv-00082-CDS-DJA | 1/18/22 | USDC | Tako LLC | Complaint |
| | 11/7/22 | | | Order |
| | 11/18/22 | | | Judgment |
| 2:22-bk-11413-ABL | 4/22/22 | BK Court | | Petition for BK |
| | 6/3/22 | | | Union's MTD |
| | 8/1/22 | | | Order |
| | 8/17/22 | | | Order |
| 21E014316 | 7/19/21 | LVJC | Tako LLC (Plaintiff) | Summary Judgment Landlord Complaint |

| | | | | |
|---|---|---|---|---|
| A-22-860164-C (LVJC 21E014316) | 10/24/22 | EJDC | Tako LLC (Plaintiff) | Complaint |
| 2:22-cv-01837-APG-EJY | 11/1/22 | USDC | Tako LLC | Notice of Removal |
| | 11/2/22 | | | OSC |
| | 11/21/22 | | | Order |
| 2:22-cv-01928-CDS-NJK | 11/15/22 | USDC | Tako LLC | Complaint |
| | 12/6/22 | | | Order |
| | 12/5/22 | | | Order |
| | 12/12/22 | | | Order |
| | 12/30/22 | | | Notice of Appeal |
| 23-15080 (2:22-cv-01928-CDS-NJK) | 1/23/23 | 9th Cir. Ct. | Tako, LLC | Letter confirming receipt of appeal/petition |
| 2:22-cv-02047-APG-EJY | 12/9/22 | USDC | Tako LLC & AHP Realty | Complaint |
| | 12/12/22 | | Tako | Order |
| A-22-860198-C | 10/22/22 | EJDC | Tako LLC (Plaintiff) | |

11