**EXHIBIT H**

**EXHIBIT H**

Electronically Filed
2/11/2023 2:11 PM
Steven D. Grierson
CLERK OF THE COURT

1  **SUPP**
   **MILAN'S LEGAL**
2  MILAN CHATTERJEE, ESQ.
   NEVADA BAR NO. 15159
3  3172 N. Rainbow Blvd., #1406
   Las Vegas, Nevada 89108
4  (702) 381-2875
   Milan@MilansLegal.com
5  Attorney for Plaintiff

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| PARNELL COLVIN, an individual, | Case No.: A-20-820973-C |
| Plaintiff, | Dept.: VIII |
| vs. | **SUPPLEMENTAL BRIEF TO MOTION TO WITHDRAW AS COUNSEL (FILING #53)** |
| TAKO, LLC, a domestic limited-liability company, | **HEARING REQUESTED** |
| Defendant. | ***SIMULTANEOUS AUDIOVISUAL TRANSMISSION EQUIPMENT APPEARANCE NOTICE*** |

MILAN CHATTERJEE, ESQ. of MILAN'S LEGAL, Plaintiff's counsel of record, submits this Supplemental Brief to his Motion to Withdraw as Counsel (Filing #53), filed with this Court on February 9, 2023.

///
///
///
///
///
///
///
///

DATED this 11th day of February, 2023.

**MILAN CHATTERJEE, ESQ.**


By: /s/ *Milan Chatterjee, Esq.*
**MILAN'S LEGAL**
MILAN CHATTERJEE, ESQ.
NEVADA BAR NO. 15159
3172 N. Rainbow Blvd, # 1406
Las Vegas, Nevada 89108
(702) 381-2875
Milan@MilansLegal.com
*Attorney for Plaintiff*

## MEMORANDUM OF POINTS AND AUTHORITIES

Milan Chatterjee, Esq. ("Moving Counsel") submits this Supplemental Brief to support his Motion to Withdraw as Counsel. In his Motion to Withdraw as Counsel, Moving Counsel identified material misrepresentations made to him by Plaintiff Parnell Colvin ("Plaintiff Colvin").

In addition to these material misrepresentations, Moving Counsel would like to emphasize to this Court that he was not aware of the U.S. District Court of Nevada declaring Plaintiff Parnell Colvin ("Plaintiff") as a "vexatious litigant" on December 12, 2022, due to Plaintiff Colvin initiating "at least six lawsuits related to the eviction proceedings brought against him in state court" against Defendant Tako, LLC ("Defendant"). *See Colvin v. Tako,* LLC, 2:22-cv-01928-CDS-NJK, at *1 (D. Nev. Dec. 12, 2022). Per Judge Cristina D. Silva of the U.S. District Court of Nevada, "having thoroughly reviewed the circumstances of this case, and the numerous others that Colvin has filed in this district, I find that he has abused the judicial process in a fashion that not only wastes judicial resources in this district, but also interferes with and harasses the parties involved in his state-court cases." *See Colvin* at *1.

When Moving Counsel found out about Plaintiff Colvin's eviction-related state court case against Defendant, after Plaintiff concealed this important fact to him, Moving Counsel asked Plaintiff Colvin to keep him apprised of any and all developments relating to this matter, as the parties are the same to this present case, and the subject property (6681 Tara Avenue) is the same in both cases. The implications of the eviction-related matter are highly relevant to this present case.

Though Plaintiff agreed to keep Moving Counsel apprised of the eviction-related matter, Plaintiff deliberately concealed the six eviction-related lawsuits he filed against Defendant in the U.S. District Court of Nevada, and this Court's recent finding of Plaintiff to be a "vexatious litigant" against Defendant. Moving Counsel only learned about these six eviction-related lawsuits and the Court's determination of Plaintiff as a "vexatious litigant" by Defense Counsel in Court Filing #52 titled "Tako, LLC's Opposition to Plaintiff's Motion to Amend Complaint," which was filed with this Court on January 9, 2023, in response to Plaintiff's Motion to Amend Complaint (Court Filing #51), which was filed with this Court on December 25, 2022.

///

Due to Plaintiff's deliberate concealment of his six relevant eviction-related lawsuits against Defendant in the U.S. District Court of Nevada, and this Court's declaration of Plaintiff as a "vexatious litigant," Plaintiff has made it impossible (and frankly very embarrassing) for Moving Counsel to represent him in this present matter. Moreover, Moving Counsel does not condone Plaintiff's "abus[e] [of] the judicial process in a fashion that not only wastes judicial resources in this district, but also interferes with and harasses the parties involved in his state-court cases." *See Colvin* at *1.

For the reasons provided in this Supplemental Brief and Moving Counsel's Motion to Withdraw as Counsel (Court Filing #53), Moving Counsel asks for this Court to grant his Motion to Withdraw as Counsel.

DATED this 11th Day of February, 2023.

**MILAN CHATTERJEE, ESQ.**

By: */s/ Milan Chatterjee, Esq.*
**MILAN'S LEGAL**
MILAN CHATTERJEE, ESQ.
NEVADA BAR NO. 15159
3172 N. Rainbow Blvd, # 1406
Las Vegas, Nevada 89108
(702) 381-2875
Milan@MilansLegal.com
*Attorney for Plaintiff*