# EXHIBIT J

EXHIBIT J

Parnell Colvin
6681 Tara Ave
Las Vegas, NV 89146
Email : Pc681@yahoo.com

```
____FILED        ____RECEIVED
____ENTERED      ____SERVED ON
         COUNSEL/PARTIES OF RECORD

         JAN 18 2022

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____DEPUTY
```

Parnell Colvin,                )
                               )     2:22-cv-00082-RFB-DJA
        Plaintiff,             )
                               )
                               )
                               )                         DEMAND FOR JURY TRIAL
                               )
V.                             )
                               )
                               )
Tako LLC,                      )
                               )
        Defendants,            )
                               )

## JURISDICTION

Plaintiff is raising a federal issue being denied his right to particpate in court proceedings, Plaintiff has spent the last month in the hospital dealing with covid-19 plaintiff was not expected to suvive and given no chance to overcome covid. However plaintiff has made some progress but now has a list of medications that taken 4 times a day and is on oxegen from a compacitor. Plaintiff has a long road a head to recover and rehab but is blessed to be alive.

Plaintiff is medically and physically unable to participate in court proceedings do to recovery and was being denied due process by not being able to participate. all citizens have a federal constitutional right to due process guaranteed to all citizens. Plaintiff, believes that he has satisfied the court that it has jurisdiction over subject matter.

## ARGUMENT

Defedants know that plaintiff is unable to participate in a court hearing and plaintiff medically is unable to participate even having a doctor write a letter stating this fact. The defendants still wants to proceed which plaintiff is unable to and defendants are taking advantage of plaintiff medical condiction. Plaintiff believes this is a clear violation of his constitutional right to due process.

## RELIEF

Pliantiff is requesting that this court let plaintiff seek relief through the federal court and have the state case dimissed for violating plaintiff due process rights and order any relief that the court feels is appropriate.

DATED THIS 18TH DAY JANUARY 2022

*[signature]*
PARNELL COLVIN

3

**SPRING VALLEY HOSPITAL**
MEDICAL CENTER
*A Member of The Valley Health System*

January 4, 2022

To Whom It May Concern:

Mr. Parnell Colvin, date of birth 4/20/1969, was admitted to Spring Valley Hospital on 12/19/2021 with a serious illness and still requires care in our hospital. He is unable to attend court at this time.

Please feel free to contact Dr. Shiven Chaudry at 702-853-3160 or myself at 702-853-908-3396 if we can be of further assistance.

Sincerely,

*Robyn Isaacson, LSW, MSW*

Robyn Isaacson, LSW, MSW
Licensed Social Worker
5400 S Rainbow Blvd
Las Vegas, NV 89118
Phone 702-908-3396
Fax 702-853-3739

5400 South Rainbow Boulevard, Las Vegas, Nevada 89118
Telephone (702) 853-3000
www.springvalleyhospital.net