**EXHIBIT L**

**EXHIBIT L**

1 | PARNELL COLVIN
2 | 6681 TARA AVE
3 | LAS VEGAS, NV 89146
4 | PH: (503) 490-6564
5 | EMAIL: PC681@YAHOO.COM
6 |
7 | RICHARD VELA
8 | 867 N. LAMB BLVD SPACE 82
9 | LAS VEGAS, NV 89110
10 | PH: (702) 683-5223

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PARNELL COLVIN, RICHARD VELLA,　　　　　　　CASE NO: 2:21-CV-02109-RFB-NJK

　　　　Plaintiff,　　　　　　　　　　　　　　REPLY TO DEFENDNATS MOTION

　　　　　　　　　　　　　　　　　　　　　　　TO DISMISS.

　　　　VS.

TOMMY WHITE AKA THOMAS WHITE

INTERNATIONAL UNION OF NORTH

AMERICA LOCAL 872 LABORERER ET. AL

_____/

　　Comes now plaintiffs Parnell Colvin and Richard Vella, reponse to defendants motion to dimiss on numerious false statements and alligations. Plaintiffs want to state to the court that the defendants have a history of filing large amounts of unnecessary paperwork as an attempt to overwhelm the courts and plaintiffs.
///////

1  Defendants main attorney is David Rosenfeld, his firm is based out of the state of California and he is not
2  licensed to pratice law in the state of Nevada. Plaintiff Colvin , has been dealing with Mr. Rosenfeld for over
3  10 years so I am aware of alot of his tatics and gamesmanships. Attorney Sean W. McDonald, is a new attorney
4  and he must have been instructed by his boss to continue these tactics and practices believing it will frustrate,
5  wear plaintiffs down or defer them from holding these defendants accountable for years of abuse and
6  mis- conduct the defendants want prevail.
7
8      The defendants claims are without merits and baseless the motion to dismiss should be denied and these
9  proceedings should continue in the interests of justice. The defendants claim untimely service of process
10 plaintiffs requested extentions each time to serve the defendants and the court granted each request and by the
11 court date the court given by the court to serve and file proof of service with the court. Plaintiffs served the
12 defendants at the Local Union Hall 872. Plaintiffs had the service video recorded on July 5,2022 and
13 Vice President of Local 872 ( Marco Hernandez) can be seen in the video accepting and being served.
14
15     on that same day July 5, 2022 Plaintiff filed proof of service with this courts clerks office so defendants were
16 served timely. This court has subject matter jurisdiction as the claims plaintiff state are governed by the federal
17 goverment and federal constitution and are within the scope of federal laws and federal statues which gives
18 subject matter jurisdiction to hear this case. When plaintiffs filed proof of service with the court plaintiffs
19 received an order in the mail stating its case would be dimissed for failure to file proof of service with the court.
20 Plaintiff immediately called the judges chambers.
21
22     Staff had told plaintiff that there was no proof of service on file Plaintiff Colvin stated to the staff that he had
23 a copy that shows it was filed July 5, 2022 and he would be more than happy to show the court he filed
24 a timely proof of service. After some looking the staff found the proof of service and stated that the cout clerk
25 had mis- filed the proof of service. Ms. Brown, is not a party to the lawsuit and can legally serve the defendants
26 the only persons that cannot serve the defendants are the plaintiffs which plaintiffs did not. Plaintiff Vella, had
27 misspelled his name the correct spelling is (Vella).
28 //////

(2)

1  Defendants also make a claim that the plaintiffs failure to state claims the plaintiffs filed an amended
2  complaint against the defendants and within that amended complaint state the statues and claims plaintiffs
3  believe the defendants violated. Plaintiffs amended complaint shows no confussion it clearly states forth the
4  claims and statues that the defendants have committed and continue to commit. If the court orders plaintiff
5  Vella, to correct his last name he will comply plaintiffs are both aware of its filings and both have consented to
6  each signing for each other because of timing the plaintiffs will comply with the courts order.
7
8  The defendants are claiming the court must be wrong for granting the extentions to serve the defendants as
9  the plaintiff was dealing with a very serious medical condiction. The court after plaintiff advised the court the
10 court of his medical condiction stated for good cause shown it would grant an extention to file proof of service
11 on the defendants. Defendants was served a copy of the complaint and summons together. The defendants
12 attorney Sean W. McDonald, is confuesed he was not present when the defendants were served defendant
13 Marco Hernandez, accepted service on behalf of the defendants. I am sure the defendants can provide a video
14 copy of the recording as defendants Tommy White aka Thomas White, records the union hall 24/7 including
15 its own members as they come to address a number of things at the union hall. I have my copy to show proof
16 of service.
17
18 I know Mr. White, records everthing I found out when he secretly recorded me and produced the vidoe when
19 my slate of members was running to replace him and his cronies. Members dont even no he is secretly recording
20 members without there persmission or knowledge. Plaintiff will be able show and prove to a jury that the
21 defendants we believe have committe the acts contained in the lawsuit. The Department of Labor and the
22 Federal Bureau of Investigations have meet with plaintiffs and and will be called as witnesses if the (FBI) and
23 United States Attorney Office decides to charge the defendants. Complaints and investigation go back to at least
24 2003 with defendant Mr.White, who was going to be charge in a prior case which will be introduced at trial.
25 Plaintiffs have been gathering evidence againsts the defendants for years .
26
27 ///////
28 ///////

(3)

Plaintiffs believe they have and will be able to put on a very compelling case against the defendants plaintiff Colvin, intial imformation to the FBI was so interesting that the agent personally came to my house to talk about Mr. White, and his cronies and took documents the FBI dont come to your house unless it has a real interests in crimes past or present. We will be calling the agents as witnesses if the goverment dont pick up this case and charge the defendants. The defendants are only facing civil penalties upon a conviction in this lawsuit however if the federal goverment comes in and charged the defendants criminally they will face fines and prison time.

Plaintiff is requesting if the court has any issues that it will allow plaintiffs the opportunity to address or correct and not dismiss the lawsuit in the interests of justice. For good cause plaintiffs request that the defendants motion to dismiss be denied and allow plaintiffs case to proceed to a jury trial this case is for justice for all the members that dont have a clue how these defendants have betrayed them and enriched themselves off the back of its members and have been for years taking advantage of members and intimidating them from speaking up like the plaintiffs.

This why the defendants terminated plaintiffs membership because they were exposing the corruption of thes defendants. Plaintiffs have a pending case against the defendated for wrongful doings. The court date is set for December 6,2022 with the National Labor Relation Board. attorney Sean W. McDonald, has no clue to how deep this alledged corruption is he has only been around a few years or so plaintiff Vella, has been dealing with defendant Mr. White for more than 20 years attorney Sean W. McDonald was probably in high school when these crimes we belive have started and continue to date. He should educate himself wth more than 20 years of alleged crimes.

DATED THIS DAY SEPTEMBER 30, 2022

_[signatures]_

PARNELL COLVIN    RICHARD VELLA