# EXHIBIT M

EXHIBIT M

1 | PARNELL COLVIN
2 | 6681 TARA AVE
3 | LAS VEGAS, NV 89146
4 | PH: (503) 490-6564
5 | EMAIL: PC681@YAHOO.COM

```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
           COUNSEL/PARTIES OF RECORD

           OCT 18 2022

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PARNELL COLVIN,                              CASE NO: 2:21-CV-02109-RFB-NJK

PLAINTIFF.

(1) MOTION FOR EXTENTION TO FILE

VS.                                          ANSWER.

TOMMY WHITE, et al                           (2) EXTENTION TO COMPLETE

DEFENDANTS.                                  COURSE TO E-FILE.

_____/

Comes now plaintiff Parnell Colvin, and is requesting the court to grant him an extention for the following reasons. Colvin, is suffering from a serious medical condition and needs and is having surgery for a painful case of an ( umbilical hernia). This medical condition has got worse because it was not treated and now requires surgery to repair the damage the hernia has caused Colvin. Umbilical Hernia, is when the the intestines bulg through the belly button the hernia can contain tissue from the abdomen or part of an organ. Which can also be ( intestines) or fluids colvin, can feel the intestines pushing through his belly button and has to manually push them back into his stomach throught the day and night. Plaintiff also wears a wrap so his intestines want push or force them completely out which can be fatal for Colvin.

////////

////////

Colvin, hernia can cause strangulation or cut off blood flow to parts of the his intestines Colvin, belly button sticks out and can be seen through shirts. Colvin, knows first hand how serious his hernia is as his father past away from his hernia complications. Colvin, was told told by his doctor the recovery time is 4-6 weeks after having surgery if all go well. Colvin, has multiple cases in state and federal court and will be requesting extentions Colvin, states this is his first request for an extention do to his hernia condition. Right the present time the pain becomes very painful and at times plaintiff cColvin, struggles to stand or sit.

Colvin, states his request for an extention is not for any kind of delay Colvin, has been active in all of his cases it is at this time he needs surgery. Even going through the pain Colvin, still files documents with the state and federal court. Colvin, came to the federal courthouse September 30,2022 to file his answer but when he arrived was denied entry Colvin came back October 3, 2022 to file his answer and again was denied entry to the clerks office to file his answer because of an emergecy Colvin, came the next day October 4, 2022 and was finally able to file his answer.

This should show the determination that Colvin, has with litigating his case against the defendants. Colvin, is requesting the extention to have surgery and recover and to finish litigating his case. Colvin, has submitted his referral from his doctor stating surgery some information has been redacted. Plaintiff Colvin, has been determind to in meeting all his cases dates but at this present cannot at times it hurts to walk or sit it is very uncomfortable to have to keep pushing his intestines back into his stomach so they want burst through because if this happens it can be fatal for Colvin. This request is for an extention of time is a valid one and the basis is for medical reasons.

Dated This Day October 18,2022

_____

PARNELL COLVIN