# EXHIBIT Q

EXHIBIT Q

Las Vegas Justice Court
Electronically Filed
1/6/2022 11:09 AM
Melissa Saragosa
CLERK OF THE COURT

1  CVDFLT
   KRISTINA L. HILLMAN, Bar No. 7752
2  SEAN W. McDONALD, Bar No. 12817
   WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
   3199 E. Warm Springs Road, Suite 400
4  Las Vegas, Nevada 89120
   Telephone (702) 508-9282
5  Fax (510) 337-1023
   E-Mail: khillman@unioncounsel.net
6          smcdonald@unioncounsel.net
           nevadacourtnotices@unioncounsel.net
7
   Attorneys for Plaintiff

## IN THE JUSTICE COURT OF LAS VEGAS TOWNSHIP

## COUNTY OF CLARK, STATE OF NEVADA

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 872,<br><br>Plaintiff,<br><br>v.<br><br>PARNELL COLVIN,<br><br>Defendant. | Case No. 21C008234<br><br>Dept. No. 5<br><br>**DEFAULT** |

It appearing from the files and records in the above-entitled action that Parnell Colvin, Defendant herein, being duly served with a copy of the Summons and Complaint on the 13th day of July, 2021; that more than 20 days, exclusive of the day of service, having expired since service upon the Defendant; that the Court on January 5, 2022, ordered the Defendant's Answer filed July 26, 2021, stricken from the Court's record and that the Plaintiff may proceed to seek entry of the Defendant's Default; and application having been made therefor, the default of the above-named Defendant is hereby entered.

CLERK OF THE COURT

By: _Deputy Clerk D. Avram_   1/6/2022
    Deputy Clerk                Date

///

Submitted by:

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

_____/s/ Sean W. McDonald_____
Kristina L. Hillman
Sean W. McDonald

Attorneys for Plaintiff

151533\1234376

2