EXHIBIT R

EXHIBIT R

UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF NEVADA

PARNELL COLVIN,  )
               )
     Plaintiff, )
               )
vs.            ) CASE NO. 2:14-CV-00761-JCM-PAL
               )
M.J. DEAN CONSTRUCTION, )
INC.           )
               )
     Defendant. )
               )

VIDEORECORDED DEPOSITION OF PARNELL COLVIN

Las Vegas, Nevada

July 15, 2021
10:00 a.m. (PST)

REPORTED BY:
MICHAEL A. BOULEY, RDR
NVCCR #960



Case 2:20-cv-01765-APG-EJY   Document 92-18   Filed 03/10/23   Page 3 of 5

Parnell Colvin - 7/15/2021
Parnell Colvin vs. M.J. Dean Construction, Inc.

```
 1              VIDEORECORDED DEPOSITION OF PARNELL COLVIN, was

 2   taken on July 15, 2021, at 10:00 a.m. at Howard & Howard,

 3   3800 Howard Hughes Parkway, Suite 1000, Las Vegas,

 4   Nevada, before Michael A. Bouley, RDR, Nevada Certified

 5   Court Reporter No. 960.

 6

 7   APPEARANCES:

 8   On Behalf of the Plaintiff

 9           LAW OFFICE OF DANIEL MARKS, LTD.
             By:  Mr. Daniel Marks, Esq.
10           610 S. Ninth Street
             Las Vegas, Nevada  89101
11           (702) 386-0536
             office@danielmarks.net
12

13   On Behalf of the Defendant

14           HOWARD & HOWARD ATTORNEYS, PLLC
             By:  Mr. Robert L. Rosenthal, Esq.
15           3800 Howard Hughes Parkway, Suite 1000
             Las Vegas, Nevada  89169
16           (702) 257-1483
             rlr@h2law.com
17

18

19   Also Present:

20   Abdul Alotaibi, legal videographer

21   Kevin Gutierrez

22   Tommy Glidewell

23

24

25
```



Parnell Colvin - 7/15/2021
Parnell Colvin vs. M.J. Dean Construction, Inc.

```
 1      A.   Yes.
 2      Q.   How many times have you sued anybody?
 3      A.   Twice.
 4      Q.   Who have you sued?
 5      A.   One was like a complaint I filed against the
 6  union.
 7      Q.   Okay.  When was that?
 8      A.   I'm not sure.  I don't want to speculate.  It's
 9  been some time, though.
10      Q.   Was it during the time that you worked for M.J.
11  Dean?
12      A.   No.
13      Q.   Was it after?
14      A.   Before.
15      Q.   Before?
16      A.   Yes.
17      Q.   Okay.  Can you estimate how many years or how
18  much time it was before you began working at M.J. Dean
19  that you sued your union?
20      A.   I'll just say about three years.
21      Q.   Which union did you sue?
22      A.   Laborers 872.
23      Q.   That's in Las Vegas, correct?
24      A.   Yes.
25      Q.   What did you sue the Laborers union for?
```



Case 2:20-cv-01765-APG-EJY   Document 92-18   Filed 03/10/23   Page 5 of 5

Parnell Colvin - 7/15/2021
Parnell Colvin vs. M.J. Dean Construction, Inc.

```
 1          BE IT KNOWN that the foregoing proceedings were
 2   taken before me; that the witness before testifying was
 3   duly sworn to testify to the whole truth; that the
 4   foregoing pages are a full, true and accurate record of
 5   the proceedings, all done to the best of my skill and
 6   ability; that the proceedings were taken down by me in
 7   stenographic shorthand and thereafter reduced to print
 8   under my direction.
 9          I CERTIFY that I am in no way related to any of
10   the parties hereto, nor am I in any way interested in the
11   outcome thereof.
12
13
14
15          (X)  Review and signature was requested.
16          ( )  Review and signature was waived.
17          ( )  Review and signature was not requested.
18
19
                        _Michael A. Bouley_
20                      _____
                        Michael A. Bouley, RDR
21                      Nevada Certified Reporter, #960
22
23
24
25
```

