Martin A. Little, Nevada Bar No. 7067
Robert L. Rosenthal, Nevada Bar No. 6476
Robert Hernquist, Nevada Bar No. 10616
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: rlr@h2law.com
Email: mal@h2law.com
Email: rwh@h2law.com

*Attorneys for Defendant M.J. Dean Construction, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>M.J. DEAN CONSTRUCTION, INC,<br><br>　　　　Defendant. | Case No. 2:20-cv-01765-APG-EJY<br><br>**JOINT STATEMENT OF THE CASE** |

Pursuant to this Court's Order entered March 13, 2023 (ECF 100), the Parties submit the following Joint Statement of the Case:

Plaintiff Parnell Colvin is suing his former employer, M.J. Dean Construction, Inc. Mr. Colvin, who worked for MJ Dean as a Union Laborer on the Madison Square Garden Sphere project in 2019 and 2020, is claiming that MJ Dean discriminated and harassed him because of his race, and then retaliated for complaining about the alleged discrimination and harassment. MJ Dean denies that Mr. Colvin was subjected to discrimination, harassment and retaliation of any kind, and contends that Mr. Colvin was laid off along with over 500 other employees due to the developing COVID-19 pandemic.

Dated this 20th day of March, 2023

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Robert Hernquist
    Martin A. Little, Nevada Bar No. 7067
    Robert Rosenthal, Nevada Bar No. 6476
    Robert Hernquist, Nevada Bar No. 10616

*Attorneys for Defendant M.J. Dean Construction, Inc.*

Dated this 20th day of March, 2023

LAW OFFICES OF MICHAEL P. BALABAN

By: /s/   Michael P. Balaban
    Michael P. Balaban, Nevada Bar No. 9370

*Attorney for Plaintiff Parnell Colvin*