Martin A. Little, Nevada Bar No. 7067
Robert L. Rosenthal, Nevada Bar No. 6476
Robert Hernquist, Nevada Bar No. 10616
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: rlr@h2law.com
Email: mal@h2law.com
Email: rwh@h2law.com

*Attorneys for Defendant M.J. Dean Construction, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN,<br><br>                Plaintiff,<br><br>vs.<br><br>M.J. DEAN CONSTRUCTION, INC,<br><br>                Defendant. | Case No. 2:20-cv-01765-APG-EJY<br><br>**JOINT SUBMISSION OF EXHIBIT LISTS** |

Pursuant to this Court's Order entered March 13, 2023 (ECF 100), the Parties submit the following Exhibit Lists:

- Exhibit 1: Joint Exhibits

- Exhibit 2: Plaintiff's Exhibits

- Exhibit 3: Defendant's Exhibits

Dated this 20th day of March, 2023

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Robert Hernquist
    Martin A. Little, Nevada Bar No. 7067
    Robert Rosenthal, Nevada Bar No. 6476
    Robert Hernquist, Nevada Bar No. 10616

*Attorneys for Defendant M.J. Dean Construction, Inc.*

Dated this 20th day of March, 2023

LAW OFFICES OF MICHAEL P. BALABAN

By: /s/   Michael P. Balaban
    Michael P. Balaban, Nevada Bar No. 9370

*Attorney for Plaintiff Parnell Colvin*