**EXHIBIT 1**

**EXHIBIT 1**

EXHIBIT LIST                page 1

Case #: 2:20-cv-01765-APG-EJY
Caption: Parnell Colvin v. M.J. Dean Construction, Inc.

Exhibits for: Plaintiff Parnell Colvin AND Defendant M.J. Dean Construction, Inc.

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
|  |  | J1 |  | Defendant's personnel file for Plaintiff |
|  |  | J2 |  | Out of Work Lists |
|  |  | J3 |  | Laborers' Referral Slip copy |
|  |  | J4 |  | MJ Dean Office Policy Manual |
|  |  | J5 |  | MJ Dean Safety Handbook |

EXHIBIT LIST          page 2

Case #: 2:20-cv-01765-APG-EJY
Caption: Parnell Colvin v. M.J. Dean Construction, Inc.

Exhibits for: Plaintiff Parnell Colvin AND Defendant M.J. Dean Construction, Inc.

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | J6 | | Employee Incident Investigation Report |
| | | J7 | | Plaintiff's Wage Records |
| | | J8 | | Union Documents |
| | | J9 | | Termination Notice |
| | | J10 | | E-mails between Plaintiff and Defendant regarding termination |