# EXHIBIT 2

EXHIBIT 2

EXHIBIT LIST   page 1

Case #: 2:20-cv-01765-APG-EJY
Caption: Parnell Colvin v. M.J. Dean Construction, Inc.

Exhibits for: Plaintiff Parnell Colvin

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 11 | | Text message between John Thomason and Parnell Colvin, 6/10/19 |
| | | 12 | | Text message between John Thomason and Parnell Colvin, 7/22/19 |
| | | 13 | | Text message between John Thomason and Parnell Colvin, 11/14/19 |
| | | 14 | | Text message between John Thomason and Parnell Colvin, 11/29/19 |
| | | 15 | | Text message between John Thomason and Parnell Colvin, 12/25/19 |

EXHIBIT LIST                page 2

Case #: 2:20-cv-01765-APG-EJY
Caption: Parnell Colvin v. M.J. Dean Construction, Inc.

Exhibits for: Plaintiff Parnell Colvin

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 16 | | Photo - "burn all N*****S Trump 2020" |
| | | 17 | | Photo - "BLACK LABORERS-LAZY" |
| | | 18 | | Plaintiff's job search - business cards |
| | | 19 | | Plaintiff's job search - Mortenson/McCarthy |
| | | 20 | | Plaintiff's job search - sticky note |

EXHIBIT LIST   page 3

Case #: 2:20-cv-01765-APG-EJY
Caption: Parnell Colvin v. M.J. Dean Construction, Inc.

Exhibits for: Plaintiff Parnell Colvin

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 21 | | Plaintiff's job search - job openings/alerts |
| | | 22 | | Plaintiff's text message-D/ July 6, 2021 |
| | | 23 | | Plaintiff's text message- Alec/April 4, et al. |
| | | 24 | | Plaintiff's text message- (517) 819-9453/March 15, et al. |
| | | 25 | | Plaintiff's text message- (517) 819-9453/November 2, et al. |

EXHIBIT LIST                             page  4

Case #:   2:20-cv-01765-APG-EJY
Caption:  Parnell Colvin v. M.J. Dean Construction, Inc.

Exhibits for: Plaintiff Parnell Colvin

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
|  |  | 26 |  | Plaintiff's text message- (702) 465-4070 |
|  |  | 27 |  | Plaintiff's text message- (808) 722-1291/November 3, et al. |
|  |  | 28 |  | Plaintiff's text message- (808) 722-1291/January 1, et al. |
|  |  | 29 |  | Plaintiff's text message- (808) 722-1291/July 6, 2021, et al. |
|  |  |  |  |  |