# EXHIBIT 3

# EXHIBIT 3

EXHIBIT LIST          page ___1___

Case #: 2:20-cv-01765-APG-EJY
Caption: Parnell Colvin v. M.J. Dean Construction, Inc.

Exhibits for: Defendant M.J. Dean Construction, Inc.

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 501 | | Plaintiff's First Amended Complaint |
| | | 502 | | Defendant's Answer and Affirmative Defenses to Amended Complaint |
| | | 503 | | 2020 MSG Terminations |
| | | 504 | | 2020 Terminations Dates |
| | | 505 | | Correspondence between Union and MSG regarding layoffs |

EXHIBIT LIST   page 2

Case #: 2:20-cv-01765-APG-EJY
Caption: Parnell Colvin v. M.J. Dean Construction, Inc.

Exhibits for: Defendant M.J. Dean Construction, Inc.

| Date Marked | Date Admitted | number | Witness | Description |
|---|---|---|---|---|
| | | 506 | | Notice of Unemployment Claim filed by Plaintiff |
| | | 507 | | Plaintiff's Response to Defendant's Request for Production of Documents |
| | | 508 | | Plaintiff's Responses to Defendant's Interrogatories |
| | | 509 | | Defendant's Answers to Plaintiff's Third Set of Interrogatories |
| | | | | |