Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN,<br><br>             Plaintiff,<br><br>      vs.<br><br>M.J. DEAN CONSTRUCTION, INC.,<br><br>             Defendant. | CASE NO. 2:20-cv-01765-APG-EJY<br><br>PLAINTIFF'S PROPOSED JURY INSTRUCTIONS<br><br><br><br>Trial: March 27, 2023<br>Time: 9;00 a.m.<br>Judge: Honorable Andrew Gordon |

Plaintiff PARNELL COLVIN ("Plaintiff" or "Colvin") submits his proposed jury instruction as follows:

Plaintiff agrees with Defendant's proposed jury instructions (Doc # 101) numbers 1 through 28, 30 and 32 through 41.  Plaintiff does not agree with Defendant's proposed jury instructions numbers 29 and 31 for which he will file separate jury instructions for in addition to

///

///

///

1

jury instructions not proposed by Defendant which Plaintiff feels should be given.

DATED: 3/21/2023                                         LAW OFFICES OF MICHAEL P. BALABAN

                                             BY: /s/ Michael P. Balaban
                                                Michael P. Balaban, Esq.
                                                LAW OFFICES OF MICHAEL P. BALABAN
                                                10726 Del Rudini Street
                                                Las Vegas, NV  89141

## **CERTIFICATE OF SERVICE**

I hereby certify that pursuant to FRCP Rule 5(b)(3) and LR IC 4-1(a), a true and correct copy of the foregoing document was electronically served via the Court's CM/ECF electronic filing system to the following persons on March 21, 2023:

Martin A. Little, Esq.
Robert L. Rosenthal, Esq.
HOWARD & HOWARD ATTORNEYS PLLC
*Attorneys for Defendant*

/s/ Michael P. Balaban
Michael P. Balaban