Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| PARNELL COLVIN, | ) | CASE NO. 2:20-cv-01765-APG-EJY |
| | ) | |
| Plaintiff, | ) | PLAINTIFF'S PROPOSED VOIR DIRE |
| | ) | QUESTIONS |
| vs. | ) | |
| | ) | |
| M.J. DEAN CONSTRUCTION, INC., | ) | |
| | ) | |
| Defendant. | ) | Trial: March 27, 2023 |
| | ) | Time: 9;00 a.m. |
| | ) | Judge: Honorable Andrew Gordon |

Plaintiff PARNELL COLVIN ("Plaintiff" or "Colvin") submits his proposed voir dire questions to be posed to prospective jurors at the time of jury selection as follows:

1.    Do you feel it is wrong for an individual to file a lawsuit to enforce their legal rights.  If so please explain.

2.    Have you ever filed a lawsuit to enforce you legal rights?  If so please explain.

3.    What are your views when a non-African American calls an African American the N-word?

1

4. Does your view change if an African American calls another African American the N-word? If so, why?

5. Do you feel there is any use for the n-word in today's society? If yes, please explain.

6. Have you ever been called a racist? If so please explain.

7. Do you think you are a racist? If so please explain.

8. Do you think former President Donald Trump is racist? If so please explain.

9. Do you think former President Donald Trump has used racist language or said racist things in the past? If so please explain.

10. Do you agree with any of the language that former President Donald Trump has used in the past as it relates to his views on different races or national origins in America? If so please explain.

11. What are your views of white supremacy or white supremacists in American today?

12. Do you feel white supremacy or white supremacists views are on the rise in American? If so please explain.

13. Do you agree with any of the views of white supremacists in America today? If so please explain.

14. For example do you agree with the main view of white supremacists that whites or Caucasians are superior to non-whites? If so please explain.

15. Are you of the opinion that employers have a duty or obligation to insure that white supremacists or other discriminatory views are not voiced at their workplace or are you of the opinion that that is something the employee just has to deal with? Please explain your view as needed.

16. Are you of the view whites or Caucasians are treated worse than non-whites in America today? If so please explain.

17. Are you of the opinion that the laws in America favor non-whites over whites or Caucasians? If so please explain.

18. Do you think there is a problem with discrimination in America today?  If so please explain.

19. In general are you in favor of discrimination laws to combat discrimination in America?  If so please explain.

20. Are you in favor of discrimination laws to combat discrimination in the workplace? If so please explain.

21. Do you feel that you have ever been subjected to discrimination in the workplace? If so please explain.

22. Do you feel that you have ever been subjected to a hostile work environment in any job you have held in the past?  If so please explain.

23. Do you feel that you have ever been subjected to retaliation in the workplace?  If so please explain.

24. What are your views about compensating an employee with non-economic damages for emotional distress, mental anguish, etc. for discrimination they have suffered in the workplace?

25. What are your views about compensating an employee with punitive damages to punish their employer/former employer for malicious and wrongful conduct they have suffered in the workplace?

DATED:  3/21/2023                         LAW OFFICES OF MICHAEL P. BALABAN


BY: /s/ Michael P. Balaban
    Michael P. Balaban, Esq.
    LAW OFFICES OF MICHAEL P. BALABAN
    10726 Del Rudini Street
    Las Vegas, NV  89141

1

### CERTIFICATE OF SERVICE

2          I hereby certify that pursuant to FRCP Rule 5(b)(3) and LR IC 4-1(a), a true and correct

3   copy of the foregoing document was electronically served via the Court's CM/ECF electronic filing

4   system to the following persons on March 21, 2023:

5

6                            Martin A. Little, Esq.
                             Robert L. Rosenthal, Esq.
7                      HOWARD & HOWARD ATTORNEYS PLLC
                             *Attorneys for Defendant*
8

9                                        /s/ Michael P. Balaban
10                                       Michael P. Balaban

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28