Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN, | ) CASE NO. 2:20-cv-01765-APG-EJY |
| Plaintiff, | ) NOTICE OF SETTLEMENT |
| vs. | ) |
| M.J. DEAN CONSTRUCTION, INC., | ) |
| Defendant. | ) |

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties to the above-entitled action have reached a settlement in the above-captioned matter with each side to bear their own fees and costs.  The parties are finalizing the settlement.  It is expected that this matter will be fully resolved with a

///

///

///

///

1

Stipulation and Order for Dismissal with prejudice filed with the Court in the next 30 days.

Dated this 26th day of March 2023.

DATED: 3/26/2023                                   LAW OFFICES OF MICHAEL P. BALABAN

BY: /s/ Michael P. Balaban
Michael P. Balaban, Esq.
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to FRCP Rule 5(b)(3) and LR IC 4-1(a), a true and correct copy of the foregoing document was electronically served via the Court's CM/ECF electronic filing system to the following persons on March 26, 2023:

Martin A. Little, Esq.
Robert L. Rosenthal, Esq.
HOWARD & HOWARD ATTORNEYS PLLC
*Attorneys for Defendant*

/s/ Michael P. Balaban
Michael P. Balaban