Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN, | CASE NO. 2:20-cv-01765-APG-EJY |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| M.J. DEAN CONSTRUCTION, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff Parnell Colvin and Defendant M.J. Dean Construction, Inc., through their counsel of record, that this matter be dismissed with

///
///
///
///
///
///
///
///

1

1  prejudice.  Each party shall bear its own attorneys' fees and costs.

| LAW OFFICES OF MICHAEL P. BALABAN | HOWARD & HOWARD ATTORNEYS, PLLC |
|---|---|
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV  89141 | /s/ Robert L. Rosenthal<br>Robert L. Rosenthal, Esq.<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV  89169 |
| Attorney for Plaintiff | Attorney for Defendant |
| Dated: May 3, 2023 | Dated: May 3, 2023 |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: May 4, 2023
2:20-cv-01765-APG-EJY