EXHIBIT 2

JESSE SBAIH & ASSOCIATES, LTD.
Jesse M. Sbaih (#7898)
Ines Olevic-Saleh (#11431)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
Tel   (702) 896-2529
Fax   (702) 896-0529
jsbaih@sbaihlaw.com
iolevic@sbaihlaw.com

*Prior Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN,<br><br>                Plaintiff,<br><br>vs.<br><br>M.J. DEAN CONSTRUCTION, INC.;<br>DOES I through X; AND ROE<br>CORPORATIONS XI–XX, INCLUSIVE,<br>inclusive;<br><br>                Defendant. | CASE NO.: A-17-755581-C<br>DEPT. NO.: VI<br><br><br><br>NOTICE OF JESSE SBAIH & ASSOCIATES,<br>LTD.'S ATTORNEY LIEN |

NOTICE IS HEREBY GIVEN by the undersigned attorney, Ines Olevic-Saleh, Esq. of JESSE SBAIH & ASSOCIATES, LTD. ("Lien Claimant"), pursuant to NRS 18.015, that Lien Claimant has a lien (Lien") upon any judgment, award, claim, demand, settlement, or cause of action regarding the above-named Plaintiff Parnell Colvin ("Mr. Colvin") has or may have against Defendant M.J. DEAN CONSTRUCTION, INC. or any of their agents relating to Mr. Colvin's potential racial and/or age discrimination claim for attorney's fees and costs. The interest claimed in this Lien is based on the following information:

- Based on the Contingent Fee Agreement between Lien Claimant and Plaintiff, Lien Claimant is entitled to TEN THOUSAND DOLLARS and NO CENTS ($10,000.00) of which 20%

($2,000.00) is to be paid to the Lawyer Referral Information Service ("LRIS"), the State Bar entity that referred Plaintiff to Lien Claimant.

- Further, based on the Contingent Fee Agreement between Lien Claimant and Plaintiff, Lien Claimant is entitled to the sum of FOUR HUNDRED SEVENTY DOLLARS and NO CENTS ($470.00) for the costs incurred to date in the above-entitled matter.

- Thus, Lien Claimant is presently asserting a lien in the amount of TEN THOUSAND FOUR HUNDRED SEVENTY DOLLARS and NO CENTS ($10,470.00). Lien Claimant reserves the right to amend this Lien in the event it expends additional time and/or incurs additional costs.

Lien Claimant's right to assert this Lien exists under principles of contract law, quantum meruit, common law, Nevada Statutes, or any combination thereof as may be determined by a Nevada court.

This Lien, pursuant to NRS 18.015(3), attaches to any settlement, verdict, judgment or decree entered and to any money which is recovered on account of the suit filed, or any other action, from the time of service of this notice.

DATED this 1st day of July, 2021.

JESSE SBAIH & ASSOCIATES, LTD.

By /s/ *Ines Olevic-Saleh*
Jesse M. Sbaih (#7898)
Ines Olevic-Saleh (#11431)
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
*Prior Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

Pursuant to FRCP Rule 5(b), I certify that I am an employee of JESSE SBAIH & ASSOCIATES, LTD., and that on the 1st day of July, 2021, I caused the foregoing document entitled **NOTICE OF JESSE SBAIH & ASSOCIATES, LTD.'S ATTORNEY LIEN** to be served via Certified Mail, Return Receipt Requested and electronic service via email as indicated below.

Daniel Marks, Esq.
Nicole M. Young, Esq.
LAW OFFICE OF DANIEL MARKS
610 S. 9th Street
Las Vegas, NV 89101
office@danielmarks.net
    *Attorneys for Plaintiff*

Martin A. Little, Esq.
Robert L. Rosenthal, Esq.
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy, Suite 1000
Las Vegas, NV 89169
rlr@h2law.com
mal@h2law.com
    *Attorneys for Defendant*

Parnell Colvin
6681 Tara Avenue
Las Vegas Nevada 89146
pc681@yahoo.com
    *Plaintiff*

                                                   */s/ Jennifer Davidson*
                                                 An employee of Jesse Sbaih & Associates, Ltd.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 3.60

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ 2.85
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here: 7/1/21

Postage $ .51

Total Postage and Fees $ 6.96

Sent To: PARNELL COLVIN
Street and Apt. No., or PO Box No.: 6081 TARA AVE.
City, State, ZIP+4®: LV, NV 89146

Article tracking: 7019 0140 0000 7969 3251

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   PARNELL COLVIN
   6081 TARA AVENUE
   LAS VEGAS, NV 89146

   9590 9402 3553 7305 9917 32

2. Article Number (Transfer from service label)
   7019 0140 0000 7969 3251

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): MAILBOX

C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee $ 3.60

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ 2.85
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here

Postage $ .51

Total Postage and Fees $ 6.96

Sent To ROBERT ROSENTHAL, ESQ.
Street and Apt. No., or PO Box No. 3800 HOWARD HUGHES #1000
City, State, ZIP+4® LV, NV 89169

7019 0140 0000 7969 3268

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROBERT L. ROSENTHAL, ESQ.
3800 HOWARD HUGHES, #1000
LV, NV 89169

9590 9402 3553 7305 9917 25

2. Article Number (Transfer from service label)
7019 0140 0000 7969 3268

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   CLG Jun                       7-6

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

COLVIN

Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 3.60

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ 2.85
☐ Return Receipt (electronic)     $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required        $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$ .51

Total Postage and Fees
$ 6.96

Sent To DANIEL MARK, ESQ.
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

7020 1810 0001 7001 5070

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
DANIEL MARKS, ESQ.
NICOLE M. YOUNG, ESQ.
LAW OFFICE OF DANIEL MARKS
610 S. 9TH ST.
LV, NV 89101

9590 9402 3553 7305 9917 18

2. Article Number (Transfer from service label)
7020 1810 0001 7001 5070

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   COLVIN   Domestic Return Receipt