Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN,<br><br>            Plaintiff,<br><br>     vs.<br><br>M.J. DEAN CONSTRUCTION, INC.,<br><br>            Defendant. | CASE NO. 2:20-cv-01765-APG-EJY<br><br>AFFIDAVIT OF PARNELL COLVIN IN SUPPORT OF RESPONSE TO JESSE SBAIH & ASSOCIATES, LTD'S MOTION TO ADJUDICATE ATTORNEY'S LIEN AND REDUCE LIEN TO JUDGMENT |

STATE OF NEVADA      )
                                       ) ss.
COUNTY OF CLARK   )

PARNELL COLVIN, under penalty of perjury, says:

1. I was the Plaintiff in the above referenced case.

2. I am making this Affidavit on personal knowledge and state that I am competent to testify to the matters herein contained.

3. I employed Jesse Sbaih & Associates, LTD ("Sbaih") as my attorney from approximately June 24. 2020 until June 25, 2021.  During that time he filed a complaint and an

1

amended complaint, responded to a couple of motions to dismiss and propounded some written discovery, among other things

4. On January 12, 2021 an Early Neutral Evaluation ("ENE") was held in the case (Doc #18).

5. Although Sbaih represents in his motion that Defendant offered $25,000.00 to settle the case, my recollection was that the most that Defendant offered was $6,000.00.

6. Regardless I didn't accept either amount and told Sbaih that I wanted to proceed with litigating the case to trial.

7. After the ENE, I talked to Sbaih about taking depositions which I thought were essential to have any chance of winning at trial but Sbaih refused to take any depositions because he said it cost too much.

8. When I refused to settle for much less than I thought the case was worth and he saw he was going to have to put in some real work into the case including taking depositions to get the case ready for trial he decided to withdraw from the case.

9. Thereafter on June 8, 2021 Sbaih file a motion to withdraw as my attorney (Doc #30) and on June 25, 2023 I got Daniel Marks, Esq. to substitute into the case as my attorney of record (Doc #37).

10. In my opinion all Sbaih's office was looking to do was settle the case at the ENE and once that didn't occur his office looked to withdraw from the case.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Executed this 20th day of July, 2023, at Las Vegas, Nevada.

I say under penalty of perjury under the laws of the United States and the State of Nevada that the foregoing is true and correct.

/s/ Parnell Colvin
Parnell Colvin

**CERTIFICATE OF SERVICE**

I hereby certify that pursuant to FRCP Rule 5(b)(3) and LR IC 4-1(a), a true and correct copy of the foregoing document was electronically served via the Court's CM/ECF electronic filing system to the following persons on July 20, 2023:

Jesse Sbaih, Esq.
Ines Olevic-Saleh, Esq.
JESSE SBAIH & ASSOCIATES, LTD
*Former Attorneys for Plaintiff*

Martin A. Little, Esq.
Robert L. Rosenthal, Esq.
HOWARD & HOWARD ATTORNEYS PLLC
*Attorneys for Defendant*

/s/ Michael P. Balaban
Michael P. Balaban