# EXHIBIT 2



**Legal Wings, Inc.**
PILB #389

Invoice #: P-1933691.01

Route #: 909

Due upon receipt
Invoice Date: 10/2/2020
Invoice #: P-1933691.01

Attn: JENNIFER DAVIDSON
JESSE SBAIH & ASSOCIATES
170 S GREEN VALLEY PKWY STE 280
HENDERSON, NV 89012
Ph: (702) 896-2529

**TOTAL INVOICE AMOUNT DUE**
$45.00

**Job #:** P-1933691.01
**Attorney #:**
**Workorder #:**
**Plaintiff:** PARNELL COLVIN
**Defendant:** M.J. DEAN CONSTRUCTION, INC.
**Case Number:** 2:20-CV-01765-APG-EJY
**Documents:** SUMMONS IN A CIVIL ACTION; COMPLAINT FOR COMPENSATORY AND PUNITIVE DAMAGES & DEMAND FOR JURY TRIAL

**Recipient:** M.J. DEAN CONSTRUCTION,
**Person Served:** BERTHA KATZ
410 S RAMPART BLVD, STE 350, LAS VEGAS, NV 89145

**Served** 10/2/2020

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| PROCESS SERVICE AREA D (NTQ, RA, or COR) | 1 | $45.00 | $45.00 |
| | | Job Total Due = | $45.00 |

**TOTAL INVOICE CHARGES:** $45.00
**TOTAL INVOICE PAYMENTS:**
**TOTAL INVOICE AMOUNT DUE:** $45.00

Legal Wings, Inc., 1118 Fremont St., Las Vegas, NV 89101
Telephone: 702-384-0015, FAX: 702-384-8638, Tax ID: 88-0223382






PILB #389

Invoice #: R-1933389.01

Route #: 909

Due By:
Invoice Date: 9/28/2020
Invoice #: R-1933389.01

Attn: JENNIFER DAVIDSON
JESSE SBAIH & ASSOCIATES
170 S GREEN VALLEY PKWY STE 280
HENDERSON, NV 89012
Ph: (702) 896-2529

**TOTAL INVOICE AMOUNT DUE**

**$25.00**

- - - - - - -                                                                 - - - - - - -

**Job #:** R-1933389.01
**Attorney #:**
**Workorder #:** 01998704
**Plaintiff:** COLVIN
**Defendant:** MJ DEAN CONSTRUCTION
**Case Number** 20-CV-01765
**Documents:** COMPLAINT & CIVIL COVER SHEET

Date Completed
9/23/2020

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| SPECIAL AREA A - DELIVER TO FEDERAL COURT DROP BOX FOR FILING TODAY 9/23/20 BY 3:00 PM. | 1 | $25.00 | $25.00 |
| | | Job Total Due = | $25.00 |
| | | Job Total Recd = | -$0.00 |

**TOTAL INVOICE CHARGES:** $25.00
**TOTAL INVOICE PAYMENTS:** -$0.00
**TOTAL INVOICE AMOUNT DUE:** $25.00

Legal Wings, Inc., 1118 Fremont St., Las Vegas, NV 89101
Telephone: 702-384-0015, FAX: 702-384-8638, Tax ID: 88-0223382



```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS071973
Cashier ID: rtanker
Transaction Date: 09/24/2020
Payer Name: Parnell Colvin

CIVIL FILING FEE
 For: Parnell Colvin
 Amount:         $400.00

CHECK/MONEY ORDER
 Remitter: Jesse Spain Assoc
 Check/Money Order Num: 6534
 Amt Tendered:   $400.00

Total Due:       $400.00
Total Tendered: $400.00
Change Amt:       $0.00

20cv1765

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```

JESSE SBAIH ASSOCIATES, LTD.
170 S. GREEN VALLEY PKWY STE 280
HENDERSON, NV 89012

6534
94-7074/3212 1704

DATE Sept 23, 2020

PAY TO THE ORDER OF Clerk, US District Court          $ 400.00

Four hundred and no/100 DOLLARS

WELLS FARGO
Wells Fargo Bank, N.A.
Nevada
wellsfargo.com

FOR Case # 2:20-cv-01765 Column/client costs

⑆000000⑆ 6534⑆