1

Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN

2

10726 Del Rudini Street
Las Vegas, NV  89141

3

(702)586-2964
Fax: (702)586-3023

4

E-Mail: mbalaban@balaban-law.com

5

Attorney for Plaintiff

6

7

8

9

UNITED STATES DISTRICT COURT

10

DISTRICT OF NEVADA

11

12

PARNELL COLVIN,                              )     CASE NO. 2:20-cv-01765-APG-EJY
                                             )
13
                     Plaintiff,              )     JOINT STATUS REPORT
                                             )
14
          vs.                                )
                                             )
15
                                             )
16
M.J. DEAN CONSTRUCTION, INC.,                )
                                             )
17
                     Defendant.              )
                                             )
18
                                             )
                                             )
19
_____     )

20

21

          TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD AND ALL

22

OTHER INTERESTED PARTIES:

23

          PLEASE TAKE NOTICE that Michael P. Balaban, Esq. of the Law Offices of Michael P.

24

Balaban, Robert L. Rosenthal, Esq. of Howard & Howard Attorneys PLLC and Jesse M. Sbaih, Esq.

25

of Jesse Sbaih & Associates ("JSA") have conferred per the Court's 1/29/2024 Order relating to

26

JSA's motion to adjudicate its attorney's lien and reduce the lien to judgement.

27

          After conferring, the parties would estimate the evidentiary hearing proposed in the Court's

28

Order will take approximately two hours and the witnesses expected to appear are as follows: for

1  Plaintiff Parnell Colvin, Michael Balaban, Esq. and Parnell Colvin; for Defendant M.J. Dean

2  Construction, Inc., Robert Rosenthal, Esq. and Tommy Glidewell; and for JSA, Ines Olevic-Saleh,

3  Esq.

4         Dated this 20th day of February 2024.

5

6  LAW OFFICES OF MICHAEL P.            HOWARD    &    HOWARD
   BALABAN                             ATTORNEYS PLLC

7
8      /s/ Michael P. Balaban              /s/ Robert L. Rosenthal
   Michael P. Balaban, Esq.            Robert L. Rosenthal, Esq.

9  10726 Del Rudini St.                3800 Howard Hughes Parkway,
   Las Vegas, NV  89141                Su. 1000
10                                     Las Vegas, NV  89169

   *Attorney for Plaintiff*

11                                     *Attorneys for Defendant M.J.*
   Dated: February 20, 2024            *Dean Construction, Inc.*
12
13                                     Dated: February 20, 2024

14
                                       JESSE SBAIH & ASSOCIATES, LTD.
15
16
                                           /s/ Jesse M. Sbaih
17                                     Jesse M. Sbaih, Esq.
                                       170 South Green Valley Ranch,
18                                     Suite 280
                                       Henderson, NV  89012
19
20                                     *Attorney Claiming Lien*

21                                     Dated: February 20, 2024
22
23
24
25
26
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that pursuant to FRCP Rule 5(b)(3) and LR IC 4-1(a), a true and correct copy of the foregoing document was electronically served via the Court's CM/ECF electronic filing system to the following person on February 20, 2024:

Robert L. Rosenthal, Esq.
HOWARD & HOWARD ATTORNEYS PLLC
*Attorneys for Defendant*

And served by email to:

Jesse M. Sbaih, Esq.
JESSE SBAIH & ASSOCIATES, LTD.
*Attorney Claiming Lien*

/s/ Michael P. Balaban
Michael P. Balaban