**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PARNELL COLVIN,<br><br>    Plaintiff<br><br>v.<br><br>M.J. DEAN CONSTRUCTION, INC.,<br><br>    Defendant | Case No.: 2:20-cv-01765-APG-EJY<br><br>**Order Setting Evidentiary Hearing**<br><br>[ECF No. 123] |

    The court will conduct an evidentiary hearing on the motion by Jesse Sbaih & Associates, LTD to adjudicate its attorney's lien and reduce the lien to judgment (ECF No. 123) on Tuesday, March 12, 2024 at 2:00 p.m. in Las Vegas Courtroom 6C.

    DATED this 21st day of February, 2024.

                                    ANDREW P. GORDON
                                    UNITED STATES DISTRICT JUDGE