Martin A. Little, Nevada Bar No. 7067
Robert L. Rosenthal, Nevada Bar No. 6476
Robert Hernquist, Nevada Bar No. 10616
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: rlr@h2law.com
Email: mal@h2law.com
Email: rwh@h2law.com

*Attorneys for Defendant M.J. Dean Construction, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PARNELL COLVIN,<br><br>           Plaintiff,<br><br>vs.<br><br>M.J. DEAN CONSTRUCTION, INC,<br><br>           Defendant. | Case No. 2:20-cv-01765-APG-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE EVIDENTIARY HEARING** |

Defendant, M.J. Dean Construction, Inc. ("Defendant"), by and through its counsel, Robert Rosenthal, Esq. from Howard & Howard Attorneys, PLLC, and Plaintiff, Parnell Colvin ("Plaintiff"), by and through his counsel, Michael P. Balaban, Esq. from the Law Offices of Michael P. Balaban, and Plaintiff's former counsel, Jesse Sbaih, Esq. and Ines Olevic-Saleh, Esq. from Jesse Sbaih & Associates, Ltd., file this Stipulation and [Proposed] Order to Continue Evidentiary Hearing, Currently Set for March 12, 2024.

On February 22, 2024, the Court scheduled an evidentiary hearing to occur on Tuesday, March 12, 2024 at 2:00 pm in order to consider testimony and evidence from the parties and their counsel regarding Plaintiff's former counsel's motion to recover fees pursuant to an attorney's lien. *See* ECF No.131.

Defendant's counsel, Robert Rosenthal, is scheduled to undergo cataract surgery on the same day as the evidentiary hearing, March 12, 2024. Barring any complications, Mr. Rosenthal anticipates being able to return to work the following week. In light of Mr. Rosenthal's surgery,

1

counsel for the parties have agreed to continue the March 12, 2024 evidentiary hearing and respectfully request that the Court reset the hearing to take place the following week, the week thereafter, or at another time that is convenient for the Court.

Therefore, the parties hereby stipulate and respectfully request that the Court continue the March 12, 2024 evidentiary hearing and reset the hearing to take place the following week, the week thereafter, or at another time that is convenient for the Court.

Dated this 26th day of February, 2024.

| **Howard & Howard Attorneys PLLC** | **Law Offices of Michael P. Balaban** |
|---|---|
| /s/ Robert L. Rosenthal<br>Robert L. Rosenthal, Esq.<br>Nevada Bar No. 6476<br>3800 Howard Hughes Pkwy., Ste. 1000<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant* | /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>Nevada Bar No. 9370<br>10726 Del Rudini<br>Las Vegas, Nevada 89141<br>*Attorneys for Plaintiff* |

**Jesse Sbaih & Associates, Ltd.**

/s/ Jesse M. Sbaih
Jesse M. Sbaih, Esq.
Nevada Bar No. 7898
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280 Henderson, Nevada 89012
*Former Attorneys for Plaintiff*

## ORDER

**IT IS ORDERED** that the March 12th evidentiary hearing is vacated and continued to March 26, 2024 at 9:30 a.m. in Courtroom 6C.

IT IS SO ORDERED:

Dated: February 27, 2024

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE