1  Martin A. Little, Nevada Bar No. 7067
   Robert L. Rosenthal, Nevada Bar No. 6476
2  Robert Hernquist, Nevada Bar No. 10616
   HOWARD & HOWARD ATTORNEYS PLLC
3  3800 Howard Hughes Parkway, Suite 1000
   Las Vegas, Nevada 89169
4  Telephone: (702) 257-1483
   Email: rlr@h2law.com
5  Email: mal@h2law.com
   Email: rwh@h2law.com
6
7  *Attorneys for Defendant M.J. Dean Construction, Inc.*

8                     **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10 PARNELL COLVIN,                          Case No. 2:20-cv-01765-APG-EJY

11           Plaintiff,                     **NOTICE OF SETTLEMENT**
                                            **REGARDING MOTION TO**
12 vs.                                      **ADJUDICATE LIEN TO CONTINUE**
                                            **EVIDENTIARY HEARING**
13 M.J. DEAN CONSTRUCTION, INC,

14           Defendant.

15

16        TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

17        PLEASE TAKE NOTICE that Defendant and Plaintiff's original attorneys, Jesse Sbaih &

18 Associates, Ltd. ("Sbaih & Associates"), have reached a settlement with respect to Sbaih &

19 Associates' Motion to Adjudicate Attorney's Lien and Reduce to Judgment ("Motion") in the

20 above-captioned matter, with each side to bear its own fees and costs. (ECF # 123.)

21        Sbaih & Associates intends to proceed with the evidentiary hearing currently set to occur

22 on March 26, 2024, as against Plaintiff Parnell Colvin ("Mr. Colvin") and his current counsel,

23 Michael Balaban, Esq. ("Mr. Balaban"), but will not seek any further contribution from

24 Defendant, regardless of how the Court rules on the Motion.

25        In light of this Notice of Settlement, Defendant's counsel respectfully requests to be

26 excused from appearing at the pending evidentiary hearing on March 26, 2024.

27        Defendant's counsel and Sbaih & Associates are finalizing the settlement and it is

28 expected that this matter will be fully resolved with a Stipulation and Order for Dismissal of the

*(left margin, vertical)* HOWARD & HOWARD ATTORNEYS PLLC

Motion *with prejudice* filed with the Court in the next thirty (30) days.

Dated: March 25, 2024

Respectfully submitted,

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Robert Rosenthal
    Robert Rosenthal, Esq.
    Martin A. Little, Esq.
    3800 Howard Hughes Parkway, Suite 1000
    Las Vegas, Nevada 89169
    *Attorneys for Defendant M.J. Dean*
    *Construction, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically filed and served upon the following parties on March 25, 2024 through the Court's ECF system.

Michael P. Balaban, Esq.
Law Offices of Michael P. Balaban
Current Attorney for Plaintiff

Jesse M. Sbaih, Esq.
Ines Olevic-Saleh, Esq.
Jesse Sbaih & Associates, Ltd.
Former Attorneys for Plaintiff

_____/s/ Barbara Dunn_____
Howard & Howard Attorneys PLLC