AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Parnell Colvin

                      AMENDED  JUDGMENT IN A CIVIL CASE

          Plaintiff,

v.                         Case Number: 2:20-cv-01765-APG-EJY

M.J. Dean Construction, Inc.

          Defendants.

☐   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

that Judgment in the amount of $5,470.00 is awarded to Jesse Sbaih & Associates, LTD, and against Parnell Colvin.

3/28/2024                                                       DEBRA K. KEMPI
Date                                                             Clerk

                                                                       /s/ C. Harrington
                                                                       Deputy Clerk