Martin A. Little, Nevada Bar No. 7067
Robert L. Rosenthal, Nevada Bar No. 6476
Robert Hernquist, Nevada Bar No. 10616
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: rlr@h2law.com
Email: mal@h2law.com
Email: rwh@h2law.com

*Attorneys for Defendant M.J. Dean Construction, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PARNELL COLVIN,<br><br>                    Plaintiff,<br><br>vs.<br><br>M.J. DEAN CONSTRUCTION, INC,<br><br>                    Defendant. | Case No. 2:20-cv-01765-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE REGARDING MOTION TO ADJUDICATE LIEN** |

IT IS HEREBY STIPULATED by and between Plaintiff's former counsel, Jesse Sbaih & Associates, Ltd. ("Sbaih"), and Defendant M.J. Dean Construction, Inc. ("Dean"), through their counsel of record, Jesse Sbaih, Esq. and Robert Rosenthal, Esq., that Sbaih & Associates' Motion

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

to Adjudicate Attorney's Lien and Reduce to Judgment (*see* ECF # 123) shall be dismissed with prejudice as against Dean, with each party bearing its own fees and costs.

| **Howard & Howard Attorneys PLLC** | **Jesse Sbaih & Associates, Ltd.** |
|---|---|
| /s/ Robert L. Rosenthal | /s/ Jesse M. Sbaih |
| Robert L. Rosenthal, Esq. | Jesse M. Sbaih, Esq. |
| Nevada Bar No. 6476 | Nevada Bar No. 7898 |
| 3800 Howard Hughes Pkwy., Ste. 1000 | 10726 Del Rudini |
| Las Vegas, Nevada 89169 | The District at Green Valley Ranch |
| *Attorneys for Defendant* | 170 South Green Valley Parkway, Suite 280 |
| | Henderson, Nevada 89012 |
| | *Former Attorneys for Plaintiff* |

IT IS SO ORDERED.

Dated: _____

_____
UNITED STATES DISTRICT COURT JUDGE