Martin A. Little, Nevada Bar No. 7067
Robert L. Rosenthal, Nevada Bar No. 6476
Robert Hernquist, Nevada Bar No. 10616
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: rlr@h2law.com
Email: mal@h2law.com
Email: rwh@h2law.com

*Attorneys for Defendant M.J. Dean Construction, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PARNELL COLVIN,<br><br>Plaintiff,<br><br>vs.<br><br>M.J. DEAN CONSTRUCTION, INC,<br><br>Defendant. | Case No. 2:20-cv-01765-APG-EJY<br><br>**STIPULATION FOR ORDER VACATING, *NUNC PRO TUNC*, ORDER AND JUDGMENT AGAINST DEFENDANT M.J. DEAN CONSTRUCTION, INC.** |

IT IS HEREBY STIPULATED by and between Defendant M.J. Dean Construction, Inc. ("MJ Dean") and Plaintiff's former counsel, Jesse Sbaih & Associates, Ltd. ("Sbaih") (collectively, "the Parties") that,

1.      On March 25, 2024, the Parties agreed to settle Sbaih's Motion to Adjudicate Attorney's Lien ("Motion") and that Sbaih's Motion was dismissed against MJ Dean *with prejudice*. (ECF No. 123.)

2.      On March 25, 2024, counsel for MJ Dean filed a Notice of Settlement with the Court, which stated the Motion "shall be dismissed with prejudice as against Dean, with each party bearing its own fees and costs." (ECF No. 135.)

3.      By agreeing to settle the Motion, it was MJ Dean's intention to buy its peace before the evidentiary hearing set for March 26, 2024, and to alleviate the inherent risk associated with the hearing.

4.      MJ Dean's attorney, Robert Rosenthal, attended and testified at the evidentiary

1

hearing on March 26, 2024. Mr. Rosenthal testified that Sbaih and MJ Dean had entered into a confidential settlement agreement with respect to the Motion, that the Parties had filed a Notice of Settlement the day before stating that the Motion against MJ Dean was dismissed with prejudice, and that the Sbaih and MJ Dean would be filing a stipulation to dismiss the Motion with prejudice forthwith. The Court then excused Mr. Rosenthal from the evidentiary hearing. Mr. Rosenthal was not present during the evidentiary hearing when the Court issued its decision on the Motion.

5.      Despite the fact that (a) the Parties agreed to settle the Motion before the evidentiary hearing, (b) Sbaih agreed to dismiss the Motion against MJ Dean *with prejudice* prior to the evidentiary hearing, (c) the Parties filed a Notice of Settlement before the evidentiary hearing, (d) Mr. Rosenthal advised the Court about the settlement and the dismissal of the Motion against MJ Dean with prejudice, and (e) and Mr. Rosenthal was excused from the evidentiary before the Court issued its decision, the Court nevertheless proceeded to issue a Minute Order and Judgment, which found that MJ Dean was *jointly and severally liable* with Plaintiff in the amount of $5,470.00 with respect to Sbaih's Motion. (ECF Nos. 136 and 137.)

6.      In light of the foregoing, the Parties hereby stipulate that the Court set aside and vacate the Minute Order and Judgment *nunc pro tunc* against MJ Dean in the following manner:

   a.      The Court should set aside and vacate the portion of the Minute Order dated March 27, 2024, wherein the Court found *MJ Dean jointly and severally liable* with respect to Sbaih's Motion. (ECF No. 136)

   b.      The Court should set aside and vacate the portion of the Court's Minute Order dated March 27, 2024, awarding Sbaih *Judgment* in the amount of $5,470.00 *as against MJ Dean jointly and severally* with respect to Sbaih's Motion. The Parties hereby stipulate and agree that Judgment in the amount of $5,470.00 should *not* be against MJ Dean and should not be joint and several. (*See* ECF No. 136.)

   c.      The Court should set aside and vacate the Judgment, dated March 28, 2024, in favor of Plaintiff against *MJ Dean jointly and severally* in the amount of $5,470.00 with respect to Sbaih's Motion. (ECF No. 137.)

1    7.    The attached Proposed Order memorializes the Parties' stipulation, and the Parties

2  request that the Court enter the attached Proposed Order.

3  Dated this 28th day of March, 2024.

4  **Howard & Howard Attorneys PLLC**          **Jesse Sbaih & Associates, Ltd.**

5
6  /s/ Robert L. Rosenthal                      /s/ Jesse M. Sbaih
   Robert L. Rosenthal, Esq.                    Jesse M. Sbaih, Esq.
   Nevada Bar No. 6476                          Nevada Bar No. 7898
7  3800 Howard Hughes Pkwy., Ste. 1000          The District at Green Valley Ranch Ste. 280
   Las Vegas, Nevada 89169                      Henderson, Nevada 89012
8  *Attorneys for Defendant*                    *Former Attorneys for Plaintiff*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROPOSED ORDER

Martin A. Little, Nevada Bar No. 7067
Robert L. Rosenthal, Nevada Bar No. 6476
Robert Hernquist, Nevada Bar No. 10616
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: rlr@h2law.com
Email: mal@h2law.com
Email: rwh@h2law.com

*Attorneys for Defendant M.J. Dean Construction, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PARNELL COLVIN, | Case No. 2:20-cv-01765-APG-EJY |
|        Plaintiff, | **[PROPOSED] ORDER VACATING, *NUNC PRO TUNC*, ORDER AND JUDGMENT AGAINST DEFENDANT M.J. DEAN CONSTRUCTION, INC.** |
| vs. | |
| M.J. DEAN CONSTRUCTION, INC, | |
|        Defendant. | |

       This matter is before the Court on the stipulation of Defendant M.J. Dean Construction, Inc. ("MJ Dean") and Plaintiff's former counsel, Jesse Sbaih & Associates, Ltd. ("Sbaih") (collectively, "the Parties"). The Court having reviewed the Parties' stipulation, and good cause appearing, therefor,

       **THE COURT FINDS AND ORDERS:**

       1.     On March 25, 2024, the Parties agreed to settle Sbaih's Motion to Adjudicate Attorney's Lien.

       2.     On March 25, 2024, Sbaih agreed to dismiss the Motion to Adjudicate Attorney's Lien against MJ Dean with prejudice.

       3.     On March 25, 2024, counsel for MJ Dean filed a Notice of Settlement, which stated the Sbaih's Motion to Adjudicate Attorney's Lien was dismissed with prejudice against MJ Dean, with each Party bearing its own fees and costs.

1

HOWARD & HOWARD ATTORNEYS PLLC

4.      By agreeing to settle Sbaih's Motion to Adjudicate Attorney's Lien, MJ Dean intended to buy its peace before the Court's evidentiary hearing on March 26, 2024, and to alleviate the inherent risk associated with the hearing.

5.      MJ Dean's counsel, Robert Rosenthal, appeared at the evidentiary hearing on March 26, 2024.

6.      MJ Dean's counsel, Robert Rosenthal, testified at the evidentiary hearing that the Parties had entered into a confidential settlement agreement with respect to Sbaih's Motion to Adjudicate Attorney's Lien, that the Parties had filed a Notice of Settlement on March 25, 2024 stating that Sbaih agreed to dismiss the subject motion against MJ Dean with prejudice, and that the Parties intended to file a stipulation to dismiss Sbaih's Motion to Adjudicate Attorney's Lien with prejudice forthwith. The Court then excused Mr. Rosenthal from the evidentiary hearing. Mr. Rosenthal was not present during the evidentiary hearing when the Court issued its decision on Sbaih's Motion to Adjudicate Attorney's Lien.

7.      The Parties stipulated that Sbaih's Motion to Adjudicate Attorney's Lien was dismissed with prejudice against MJ Dean before the matter was heard before the Court.

8.      The Parties stipulated that the Court enter the subject *nunc pro tunc* order.

9.      A *nunc pro tunc* order is appropriate under the circumstances.

10.      Therefore, upon consideration of the Parties' Stipulation, in order to correct an error, the following occur:

a.      The Court's Minute Order dated March 26, 2024, shall be corrected by striking the words "MJ Dean Construction, Inc." and "joint and several" from the following sentence: Judgment in the amount of $5,470.00 is awarded to Jesse Sbaih & Associates, LTD, and against MJ Dean Construction, Inc., and Parnell Colvin, joint and several. Accordingly, the foregoing sentence in the corrected Minute Order shall state "Judgment in the amount of $5,470.00 is awarded to Jesse Sbaih & Associates, LTD, and against Parnell Colvin."

2

b.      The Judgment dated March 28, 2024, shall be corrected by striking the words "MJ Dean Construction, Inc." and "joint and several" from the following sentence: Judgment in the amount of $5,470.00 is awarded to Jesse Sbaih & Associates, LTD, and against MJ Dean Construction, Inc., and Parnell Colvin, joint and several. Accordingly, the foregoing sentence in the corrected Judgment shall state "Judgment in the amount of $5,470.00 is awarded to Jesse Sbaih & Associates, LTD, and against Parnell Colvin."

**IT IS SO ORDERED.**

Dated: _____          _____

UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

/s/ Robert L. Rosenthal
Robert L. Rosenthal, Esq.
Nevada Bar No. 6476
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, Nevada 89169
*Attorneys for Defendant*

**Approved as to form and content:**

**Jesse Sbaih & Associates, Ltd.**

/s/ Jesse M. Sbaih
Jesse M. Sbaih, Esq.
Nevada Bar No. 7898
The District at Green Valley Ranch
170 South Green Valley Parkway, Suite 280
Henderson, Nevada 89012
*Former Attorneys for Plaintiff*

HOWARD & HOWARD ATTORNEYS PLLC