1  Martin A. Little, Nevada Bar No. 7067
   Robert L. Rosenthal, Nevada Bar No. 6476
2  Robert Hernquist, Nevada Bar No. 10616
   HOWARD & HOWARD ATTORNEYS PLLC
3  3800 Howard Hughes Parkway, Suite 1000
   Las Vegas, Nevada 89169
4  Telephone: (702) 257-1483
   Email: rlr@h2law.com
5  Email: mal@h2law.com
   Email: rwh@h2law.com
6
   *Attorneys for Defendant M.J. Dean Construction, Inc.*
7

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10 PARNELL COLVIN,                        Case No. 2:20-cv-01765-APG-EJY

11          Plaintiff,                    **STIPULATION AND ORDER FOR
                                          DISMISSAL WITH PREJUDICE
12 vs.                                    REGARDING MOTION TO
                                          ADJUDICATE LIEN**
13 M.J. DEAN CONSTRUCTION, INC,

14          Defendant.

15

16        IT IS HEREBY STIPULATED by and between Plaintiff's former counsel, Jesse Sbaih &

17 Associates, Ltd. ("Sbaih"), and Defendant M.J. Dean Construction, Inc. ("Dean"), through their

18 counsel of record, Jesse Sbaih, Esq. and Robert Rosenthal, Esq., that Sbaih & Associates' Motion

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

                              1

to Adjudicate Attorney's Lien and Reduce to Judgment (*see* ECF # 123) shall be dismissed with

prejudice as against Dean, with each party bearing its own fees and costs.

**Howard & Howard Attorneys PLLC**               **Jesse Sbaih & Associates, Ltd.**

/s/ Robert L. Rosenthal                                    /s/ Jesse M. Sbaih
Robert L. Rosenthal, Esq.                              Jesse M. Sbaih, Esq.
Nevada Bar No. 6476                                    Nevada Bar No. 7898
3800 Howard Hughes Pkwy., Ste. 1000         10726 Del Rudini
Las Vegas, Nevada 89169                             The District at Green Valley Ranch
*Attorneys for Defendant*                              170 South Green Valley Parkway, Suite 280
                                                                 Henderson, Nevada 89012
                                                                 *Former Attorneys for Plaintiff*


IT IS SO ORDERED.

Dated: March 29, 2024

_____
UNITED STATES DISTRICT COURT JUDGE