|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 23 2024 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

PARNELL COLVIN,

    Plaintiff - Appellant,

 v.

M.J. DEAN CONSTRUCTION, INC.,

    Defendant - Appellee,

 v.

JESSE SBAIH & ASSOCIATES, LTD.,

    Movant - Appellee.

No. 24-2082

D.C. No. 2:20-cv-01765-APG-EJY
District of Nevada,
Las Vegas

ORDER

Appellant has failed to file the opening brief in this case. Pursuant to Ninth Circuit Rule 42-1, this case is dismissed for failure to prosecute.

This order will be served on the district court and will become the mandate of the court in 21 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT